

CHIEF FINANCIAL OFFICER
**JEFF ATWATER**
STATE OF FLORIDA



11-46415

| | | |
|---|---|---|
| CACERES DRYWALL CORPORATION. | **CASE #** | **11011927** |
| | **COURT** | **CIRCUIT COURT** |
| PLAINTIFF(S) | **COUNTY** | **BROWARD** |
| | **DFS-SOP#** | **11-46415** |
| VS | | |

AMERISURE INSURANCE COMPANY,
AND AMERISURE MUTUAL INSURANCE COMPANY,

DEFENDANT(S)

_____/

SUMMONS, IMPORTANT, COMPLAINT FOR DECLARATORY AND OTHER RELIEF, EXHIBIT, DISCOVERY

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida  Said process was received in my office by MAIL on the 6th day of June, 2011 and a copy was forwarded by Electronic Delivery on the 8th day of June, 2011 to the designated agent for the named entity as shown below

AMERISURE INSURANCE COMPANY
JAMES R KOHLOFF   (FLI awsuits@amerisure com)
PO BOX 10790
ST PETERSBURG, FL  33733-0790

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1 080

Jeff Atwater
Chief Financial Officer

cc to  Plaintiff's Representative for filing in appropriate court

DAVID L  SWIMMER
SUITE 100                                                                    JGJ
7990 SW 117TH AVENUE
MIAMI FL 3 3183

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION 09

CACERES DRYWALL CORPORATION,          CASE NO
a Florida corporation,

     Plaintiff,

                                **1 1 0 1 1 9 2 7**

v

AMERISURE INSURANCE COMPANY,
a foreign corporation, and
AMERISURE MUTUAL INSURANCE COMPANY,
a foreign corporation,

     Defendants
_____/

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of the State

     **YOU ARE HEREBY COMMANDED** to serve this Summons and the Complaint for

Declaratory and Other Relief in this lawsuit upon the below named Defendant

**TO**    Amerisure Insurance Company
        26777 Halsted Road
        Farmington Hills, MI  48331-586

**By Serving**  Chief Financial Officer, as registered agent
           Service of Process Section
           P O Box 6200 32314-6200
           Tallahassee, Florida  32399

### IMPORTANT

Each defendant is required to serve written defenses to the Complaint on David L

Swimmer, Esq , Plaintiff's attorney, whose address is David L  Swimmer, 7990 SW

117th Avenue, Suite 100, Miami, FL  33183, within twenty (20) days after service of this

Summons on that defendant, exclusive of the day of service, and to file the original of the

defenses with the clerk of this Court either before service on Plaintiff's attorney or

immediately thereafter  If a Defendant fails to do so, a default will be entered against that

Defendant for the relief demanded in the Complaint

MAY 24 2011

DATED ON _____, 2011

HARVEY RUVIN
Clerk of the Court

(SEAL)

By _____
Deputy Clerk

DENESE DORE

A TRUE COPY
Circuit Court Seal

HOWARD C. FORMAN

## IMPORTANTE

Usted ha sido demandado legalmente  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal  Una llamada telefonica no lo protegera, si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal  Existen ostros requisitos legales  Si lo desea, usted puede consultar a un abogado immediatamente  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney " (Demandate O Abogado del Demanadante )

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal  Un simple coup de telephone est insuffisant pour vous proteger, vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones)

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en mem temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION

CACERES DRYWALL CORPORATION,
a Florida corporation,

CASE NO

Plaintiff,

**11011927**

v

AMERISURE INSURANCE COMPANY,
a foreign corporation, and
AMERISURE MUTUAL INSURANCE COMPANY,
a foreign corporation,

Defendants

_____/

### COMPLAINT FOR DECLARATORY AND OTHER RELIEF

Plaintiff, Caceres Drywall Corporation ("Caceres"), sues Defendants, Amerisure

Insurance Company ("Amerisure"), and Amerisure Mutual Insurance Company ("Amerisure

Mutual"), for declaratory relief and for damages, and states

### JURISDICTION, PARTIES, AND VENUE

1        This is an action for declaratory relief pursuant to Chapter 86 011 et seq  of

the Florida Statutes, for the purpose of resolving actual, substantial and justiciable

controversies between Caceres and Amerisure and between Caceres and Amerisure

Mutual regarding Caceres' legal rights and Amerisure's and Amerisure Mutual's legal

obligations under insurance policies issued by Amerisure and Amerisure Mutual,

respectively, regarding the claims set forth in that certain Complaint styled *Richard A*

*Hamburg, et al  v  Sixty Fifth and One LLC, et al* , Case No  10-11665, Division 11, lodged

in the Seventeenth Judicial Circuit of Florida

2       Caceres seeks damages in excess of $15,000 00, exclusive of interest, costs and attorneys' fees from Amerisure

3       Caceres seeks damages in excess of $15,000 00, exclusive of interest, costs and attorneys' fees from Amerisure Mutual

4       Caceres is a Florida corporation, having its principal place of business in Miami-Dade County, Florida and doing business in Broward County, Florida

5       Defendant, Amerisure, is an insurance company and foreign corporation, having its principal place of business in Farmington Hills, Michigan and authorized to do business in the State of Florida, and doing business in Broward County, Florida

6       Defendant, Amerisure Mutual, is an insurance company and foreign corporation, having its principal place of business in Farmington Hills, Michigan and authorized to do business in the State of Florida and doing business in Broward County, Florida

7       Venue is proper because the acts underlying the claims for coverage occurred in Broward County, Florida and the litigation for which defense and indemnity are sought are pending in the Seventeenth Judicial Circuit in and for Broward County, Florida

8       The parties necessary for this Court's declaration of the rights, duties and obligations set forth herein are parties to this action

9       All conditions precedent to Caceres bringing this action have either been performed, have occurred or have otherwise been waived

## COUNT I
## DECLARATORY JUDGMENT AGAINST AMERISURE INSURANCE COMPANY

10      Caceres realleges the allegations contained in Paragraphs 1 through 9 as if fully set forth herein and further states

11      Caceres installed drywall in the project known as Lauderdale One Condominium pursuant to the Subcontract Agreement dated July 14, 2004 with BJ&K Condo Construction, Inc ("BJ&K")   A copy of the Subcontract Agreement is attached hereto as Exhibit "A "

12      On or about March 25, 2009, Amerisure issued CGL Policy GL 2035546030009, to Caceres providing coverage of $1,000,000 00 per occurrence during the period March 2, 2009 through March 2, 2010 ("Amerisure Policy")   A copy of the Amerisure Policy is attached hereto as Exhibit "B "

13      Caceres is the named insured on the Amerisure Policy

14      In or about December of 2009, during the period of the Amerisure Policy, property damage, allegedly arising from the drywall installed by Caceres, manifested itself in the Lauderdale One Condominium project                                          •

15      On or about December 7, 2009, Caceres was notified of the aforesaid property damage by BJ&K   A copy of BJ&K's December 7, 2009 letter is attached hereto as Exhibit "C "

16      Caceres placed Amerisure on notice of the property damage claims   A copy of Amerisure's December 23, 2009 letter, acknowledging receipt of such notice, is attached hereto as Exhibit "D "

17     On or about February 9, 2010, and March 1, 2010, during the Amerisure

Policy period, Caceres was again notified of claims of property damage arising from the

drywall installed by Caceres   Copies of the February 9, 2010 and March 1, 2010 letters

providing such notification are attached hereto as Exhibits "E" and "F," respectively

18     Caceres again placed Amerisure on notice of the damage claims   A copy of

the March 9, 2010 letter transmitting the claims letters to Amerisure is attached hereto as

Exhibit "G "

19     On or about March 11, 2010, Richard A Hamburg, *et al* filed a Complaint

styled *Richard A  Hamburg, et al  v  Sixty Fifth and One LLC, et al* , Case No  10-11665,

Division 11, in the Seventeenth Judicial Circuit of Florida, alleging, *inter alia,* property

damage arising from the drywall installed by Caceres   A copy of the Complaint is attached

hereto as E xhibit "H "

20     More specifically, the Complaint alleges

> "The drywall used to build plaintiffs' condominium units is
> defective and causes corrosion of air-conditioner and
> refrigerator coils, copper tubing, electrical wiring, computer
> wiring and other household items, as well as creates noxious,
> "rotten egg-like" odors   The drywall was inherently defective
> and not suitable for its intended use "

> "As a result of defendant's conduct as alleged herein, plaintiffs
> and all others similarly situated, have suffered economic
> losses in that the defective drywall has caused damage to their
> units and other personal property within the units "

> "Plaintiffs, and all other similarly situated, have incurred or will
> incur tens of thousands of dollars in damages including, but
> not limited to  repair/replacement of the drywall itself, ceiling
> materials, insulations, wiring, electrical boxes, plumbing and

> other properties, and any materials contaminated or corroded as a result of the defective drywall, incidental and consequential damages, clean up of the drywall dust, additional living expenses, loss of use and diminution of value of their units "

21    The Complaint filed by the claimants in *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al* alleges damage to property other than work performed by Caceres, to wit air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, ceiling materials, insulation, electrical boxes, plumbing and household items

22    Some or all of the property damage alleged by the claimants in *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al* fall within the coverage afforded by the Amerisure Policy

23    Caceres tendered the defense of the claims set forth in *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al* to Amerisure  A copy of this law firm's April 7, 2010 e-mail tendering the defense of the aforesaid claims to Amerisure is attached hereto as Exhibit "I "

24    Amerisure acknowledged receiving the tender of defense from Caceres  A copy of Amerisure's April 21, 2010 letter acknowledging the tender is attached hereto as Exhibit "J '

25    Amerisure wrongfully denied coverage and refused to defend Caceres in *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al*  Copies of letters dated June 23, 2010 and December 8, 2010 from Amerisure denying coverage are attached hereto

as Exhibit "K" and "L," respectively

26    As a result of Amerisure's wrongful denial of coverage, Caceres has been required to obtain counsel to defend itself against the claims of *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al* and has incurred and will continue to incur defense fees and costs

27    As a result of Amerisure's wrongful denial of coverage, Caceres may become obligated to pay damages to the claimants in *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al* which should be paid under the Amerisure Policy

28    Caceres has hired the Law Offices of David L Swimmer, P A to bring this action and has agreed to pay a reasonable fee for its services

29    Caceres is entitled to recover its attorney fees in this action against the Defendant, Amerisure Insurance Co, pursuant to Fla Stat § 627 428

WHEREFORE, Plaintiff, Caceres Drywall Corporation, respectfully requests this Honorable Court

a    To take jurisdiction over the subject matter herein in accordance with Chapter 86, Florida Statutes

b    Enter a judgment declaring that Amerisure Insurance Company has a duty to defend Caceres Drywall Corporation against the claims asserted in the case of *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al*

c    Enter a judgment declaring that Amerisure Insurance Company has a duty to indemnify Caceres Drywall Corporation against the claims asserted in

*Richard A Hamburg, et al v Sixty Fifth and One LLC, et al*

d    Award Caceres Drywall Corporation all costs and attorney fees incurred in pursuing this action

e    Award Caceres Drywall Corporation all costs and attorney fees incurred in the defense of the claims set forth in *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al*

f    Grant further relief as the law and equity may require

**COUNT II**
**BREACH OF CONTRACT BY AMERISURE INSURANCE COMPANY**

30    Caceres realleges the allegations contained in Paragraphs 1 through 9 as if fully set forth herein and further states

31    Caceres installed drywall in the project known as Lauderdale One Condominium pursuant to the Subcontract Agreement dated July 14, 2004 with BJ&K Condo Construction, Inc ("BJ&K") ("Subcontract Agreement")  A copy of the Subcontract Agreement is attached hereto as Exhibit "A "

32    On or about March 25, 2009, Amerisure issued CGL Policy GL 2035546030009, providing coverage of $1,000,000 00 per occurrence during the period March 2, 2009 through March 2, 2010 ("Amerisure Policy")  A copy of the Amerisure Policy is attached hereto as Exhibit "B "

33    Caceres is the named insured on the Amerisure Policy

34    In or about December of 2009, during the period of the Amerisure Policy, property damage, allegedly arising from the drywall installed by Caceres, manifested itself

in the Lauderdale One Condominium

35    On or about December 7, 2009, Caceres was notified of the aforesaid property damage by BJ&K   A copy of BJ&K's December 7, 2009 letter is attached hereto as Exhibit "C "

36    Caceres placed Amerisure on notice of the property damage claims  A copy of Amerisure's December 23, 2009 letter, acknowledging receipt of such notice, is attached hereto as Exhibit "D "

37    On or about February 9, 2010, and March 1, 2010, during the Amerisure Policy period, Caceres was again notified of claims of property damage arising from the drywall installed by Caceres   Copies of letters providing such notification are attached hereto as Exhibits "E" and "F," respectively

38    Caceres again placed Amerisure on notice of the damage claims  A copy of the letter dated March 9, 2010 transmitting the claims letters to Amerisure is attached hereto as Exhibit "G "

39    On or about March 11, 2010, Richard A  Hamburg, *et al* filed a Complaint styled *Richard A  Hamburg, et al  v  Sixty Fifth and One LLC, et al*, Case No  10-11665, Division 11, in the Seventeenth Judicial Circuit of Florida  alleging, *inter alia,*  property damage arising from the drywall installed by Caceres   A copy of the Complaint is attached hereto as Exhibit "H "

40    More specifically, the Complaint alleges

"The drywall used to build plaintiffs' condominium units is defective   and   causes   corrosion   of   air-conditioner   and

refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items, as well as creates noxious, "rotten egg like" odors  The drywall was inherently defective and not suitable for its intended use "

"As a result of defendant's conduct as alleged herein, plaintiffs and all others similarly situated, have suffered economic losses in that the defective drywall has caused damage to their units and other personal property within the units "

"Plaintiffs, and all other similarly situated, have incurred or will incur tens of thousands of dollars in damages including, but not limited to  repair/replacement of the drywall itself, ceiling materials, insulations, wiring, electrical boxes, plumbing and other properties, and any materials contaminated or corroded as a result of the defective drywall, incidental and consequential damages, clean up of the drywall dust, additional living expenses, loss of use and diminution of value of their units "

41     The Complaint filed by Richard A  Hamburg, *et al* alleges damage to property other than work performed by Caceres, to wit  air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, ceiling materials, insulation, electrical boxes, plumbing and household items

42     Some or all of the property damage alleged by Richard A  Hamburg, *et al* fall within the coverage afforded by the Amerisure Policy

43     Caceres tendered the defense of the claims of Richard A  Hamburg, *et al* to Amerisure  A copy of this law firm's April 7, 2010 e-mail tendering the defense of the aforesaid claims to Amerisure is attached hereto as Exhibit "I "

44     Amerisure acknowledged receiving the tender of defense from Caceres  A copy of Amerisure's April 21, 2010 letter acknowledging the tender is attached hereto as

Exhibit "J "

45    Amerisure wrongfully denied coverage and refused to defend Caceres
Copies of letters dated June 23, 2010 and December 8, 2010 from Amerisure denying
coverage are attached hereto as Exhibit "K" and "L," respectively

46    As a result of Amerisure's wrongful denial of coverage, Caceres has been
required to obtain counsel to defend itself against the claims of Richard A  Hamburg, *et al*
and has incurred and will continue to incur defense fees and costs

47    As a result of Amerisure's wrongful denial of coverage, Caceres may become
obligated to pay damages to Richard A  Hamburg, *et al*  which should be paid under the
Amerisure policy

48    Caceres has hired the Law Offices of David L  Swimmer, P A  to bring this
action and has agreed to pay a reasonable fee for its services

49    Caceres is entitled to recover its attorney fees in this action against the
Defendant, Amerisure Insurance Company, pursuant to Fla  Stat  § 627 428

WHEREFORE, Plaintiff, Caceres Drywall Corporation, demands judgment against
Defendant, Amerisure Insurance Company, together with costs and reasonable attorneys'
fees

## COUNT III
## DECLARATORY JUDGMENT AGAINST AMERISURE MUTUAL INSURANCE CO

50    Caceres realleges the allegations contained in Paragraphs 1 through 9 as if
fully set forth herein and further states

51    Caceres  installed  drywall  in  the  project  known  as  Lauderdale  One

Condominium pursuant to the Subcontract Agreement dated July 14, 2004 with BJ&K Condo Construction, Inc ("BJ&K") ("Subcontract Agreement")  A copy of the Subcontract Agreement is attached hereto as Exhibit "A "

52     On or about March 24, 2009, the Amerisure Mutual issued policy CU2035547, providing coverage of $5,000,000 00 per occurrence during the period March 2, 2009 through March 2, 2010 ("Amerisure Mutual Policy")   A copy of the Amerisure Mutual Policy is attached hereto as Exhibit "M "

53     Caceres is the named insured on the Amerisure Mutual Policy

54     In or about December of 2009, during the period of the Amerisure Mutual Policy, property damage, allegedly arising from the drywall installed by Caceres, manifested itself in the Lauderdale One Condominium

55     On or about December 7, 2009, Caceres was notified of the aforesaid property damage by BJ&K  A copy of BJ&K's December 7, 2009 letter is attached hereto as Exhibit "C "

56     Caceres placed Amerisure Mutual on notice of the property damage claims  A copy of Amerisure Mutual's  December 23, 2009 letter, acknowledging receipt of such notice, is attached hereto as Exhibit "D "

57     On or about February 9, 2010, and March 1, 2010, during the Amerisure Mutual Policy period, Caceres was again notified of claims of property damage arising from the drywall installed by Caceres  Copies of the February 9, 2010 and March 1, 2010 letters providing such notification are attached hereto as Exhibits "E" and "F," respectively

58      Caceres again placed Amerisure Mutual on notice of the damage claims  A copy of the letter dated March 9, 2010 transmitting the claims letters to Amerisure Mutual is attached hereto as Exhibit "G "

59      On or about March 11, 2010, Richard A  Hamburg, *et al* filed a Complaint styled *Richard A  Hamburg, et al  v  Sixty Fifth and One LLC, et al* , Case No  10-11665, Division 11, in the Seventeenth Judicial Circuit of Florida, alleging, *inter alia,* property damage arising from the drywall installed by Caceres   A copy of the Complaint is attached hereto as Exhibit "H "

60      More specifically, the Complaint alleges

> "The drywall used to build plaintiffs' condominium units is defective and causes corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items, as well as creates noxious, "rotten egg-like" odors  The drywall was inherently defective and not suitable for its intended use "

> "As a result of defendant's conduct as alleged herein, plaintiffs and all others similarly situated, have suffered economic losses in that the defective drywall has caused damage to their units and other personal property within the units "

> "Plaintiffs, and all other similarly situated, have incurred or will incur tens of thousands of dollars in damages including, but not limited to  repair/replacement of the drywall itself, ceiling materials, insulations, wiring, electrical boxes, plumbing and other properties, and any materials contaminated or corroded as a result of the defective drywall, incidental and consequential damages, clean up of the drywall dust, additional living expenses, loss of use and diminution of value of their units "

61      The Complaint filed by Richard A  Hamburg, *et al*  alleges damage to

property other than work performed by Caceres, to wit air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, ceiling materials, insulation, electrical boxes, plumbing and household items

62    Some or all of the property damage alleged by Richard A Hamburg, *et al* fall within the coverage afforded by the Amerisure Mutual Policy

63    Caceres tendered the defense of the claims of Richard A Hamburg, *et al* to Amerisure Mutual  A copy of this law firm's April 7, 2010 e-mail tendering the defense of the aforesaid claims to Amerisure Mutual is attached hereto as Exhibit "I"

64    Amerisure Mutual acknowledged receiving the tender of defense from Caceres  A copy of Amerisure Mutual's April 21, 2010 letter acknowledging the tender is attached hereto as Exhibit "J"

65    Amerisure Mutual wrongfully denied coverage and refused to defend Caceres  Copies of letters dated June 23, 2010 and December 8, 2010 from Amerisure Mutual denying coverage are attached hereto as Exhibits "K" and "L," respectively

66    As a result of Amerisure Mutual's wrongful denial of coverage, Caceres has been required to obtain counsel to defend itself against the claims of Richard A Hamburg, *et al* and has incurred and will continue to incur defense fees and costs

67    As a result of Amerisure Mutual's wrongful denial of coverage, Caceres may become obligated to pay damages to the claimants in *Richard A Hamburg, et al v Sixty Fifth and One LLC, et al* which should be paid under the Amerisure Mutual Policy

68    Caceres has hired the Law Offices of David L Swimmer, P A to bring this

action and has agreed to pay a reasonable fee for its services

69      Caceres is entitled to recover its attorney fees in this action against the Defendant, Amerisure Mutual Insurance Company, pursuant to Fla Stat § 627 428

WHEREFORE, Plaintiff, Caceres Drywall Corporation, respectfully requests this Honorable Court

a       To take jurisdiction over the subject matter herein in accordance with Chapter 86, Florida Statutes

b       Enter a judgment declaring that Amerisure Mutual Insurance Company has a duty to defend Caceres Drywall Corporation against the claims asserted by Richard A Hamburg, *et al*

c       Enter a judgment declaring that Amerisure Mutual Insurance Company has a duty to indemnify Caceres Drywall Corporation against the claims asserted by Richard A Hamburg, *et al*

d       Award Caceres Drywall Corporation all costs and attorney fees incurred in pursuing this action

e       Award Caceres Drywall Corporation all costs and attorney fees incurred in the defense of the claims of Richard A Hamburg, *et al*

f       Grant further relief as the law and equity may require

## IV
## BREACH OF CONTRACT BY AMERISURE MUTUAL INSURANCE CO

70      Caceres realleges the allegations contained in Paragraphs 1 through 9 as if fully set forth herein and further states

71     Caceres installed drywall in the project known as Lauderdale One Condominium pursuant to the Subcontract Agreement dated July 14, 2004 with BJ&K Condo Construction, Inc ("BJ&K") ("Subcontract Agreement")  A copy of the Subcontract Agreement is attached hereto as Exhibit "A "

72     On or about March 25, 2009, Amerisure Mutual issued policy CU2035547, providing coverage of $5,000,000 00 per occurrence during the period March 2, 2009 through March 2, 2010 ("Amerisure Mutual Policy")  A copy of the Amerisure Mutual Policy is attached hereto as Exhibit "M "

73     Caceres is the named insured on the Amerisure Mutual Policy

74     In or about December of 2009, during the period of the Amerisure Mutual Policy, property damage, allegedly arising from the drywall installed by Caceres, manifested itself in the Lauderdale One Condominium

75     On or about December 7, 2009, Caceres was notified of the aforesaid property damage by BJ&K  A copy of BJ&K's December 7, 2009 letter is attached hereto as Exhibit "C "

76     Caceres placed Amerisure Mutual on notice of the property damage claims  A copy of Amerisure Mutual's December 23, 2009 letter, acknowledging receipt of such notice, is attached hereto as Exhibit "D "

77     On or about February 9, 2010, and March 1, 2010, during the Amerisure Mutual Policy period, Caceres was again notified of claims of property damage arising from the drywall installed by Caceres  Copies of the February 9, 2010 and March 1, 2010 letters

providing such notification are attached hereto as Exhibits "E" and "F," respectively

78      Caceres again placed Amerisure Mutual on notice of the damage claims   A copy of the letter dated March 9, 2010 transmitting the claim letters to Amerisure Mutual is attached hereto as Exhibit "G "

79      On or about March 11, 2010, Richard A  Hamburg, *et al* filed a Complaint styled *Richard A  Hamburg, et al  v  Sixty Fifth and One LLC, et al* , Case No  10-11665, Division 11, in the Seventeenth Judicial Circuit of Florida, alleging, *inter alia,*  property damage arising from the drywall installed by Caceres   A copy of the Complaint is attached hereto as Exhibit "H "

80      More specifically, the Complaint alleges

> "The drywall used to build plaintiffs' condominium units is defective and causes corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items, as well as creates noxious, "rotten egg-like" odors  The drywall was inherently defective and not suitable for its intended use "

> "As a result of defendant's conduct as alleged herein, plaintiffs and all others similarly situated, have suffered economic losses in that the defective drywall has caused damage to their units and other personal property within the units "

> "Plaintiffs, and all other similarly situated, have incurred or will incur tens of thousands of dollars in damages including, but not limited to  repair/replacement of the drywall itself, ceiling materials, insulations, wiring, electrical boxes, plumbing and other properties, and any materials contaminated or corroded as a result of the defective drywall, incidental and consequential damages, clean up of the drywall dust, additional living expenses, loss of use and diminution of value of their units "

81    The Complaint filed by Richard A Hamburg, *et al* alleges damage to property other than work performed by Caceres, to wit  air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, ceiling materials, insulation, electrical boxes, plumbing and household items

82    Some or all of the property damage alleged by Richard A  Hamburg, *et al* fall within the coverage afforded by the Amerisure Mutual Policy

83    Caceres tendered the defense of the claims of Richard A  Hamburg, *et al* to Amerisure Mutual  A copy of this law firm's April 7, 2010 e-mail tendering the defense of the aforesaid claims to Amerisure is attached hereto as Exhibit "I "

84    Amerisure Mutual acknowledged receiving the tender of defense from Caceres  A copy of Amerisure Mutual's April 21, 2010 letter acknowledging the tender is attached hereto as Exhibit "J "

85    Amerisure Mutual wrongfully denied coverage and refused to defend Caceres  Copies of letters dated June 23, 2010 and December 8, 2010 from Amerisure Mutual denying coverage are attached hereto as Exhibit "K" and "L," respectively

86    As a result of Amerisure Mutual's wrongful denial of coverage, Caceres has been required to obtain counsel to defend itself against the claims of Richard A  Hamburg, *et al* and has incurred and will continue to incur defense fees and costs

87    As a result of Amerisure Mutual's wrongful denial of coverage, Caceres may become obligated to pay damages to Richard A  Hamburg, *et al* which should be paid under the Amerisure Mutual Policy

88     Caceres has hired the Law Offices of David L  Swimmer, P A  to bring this
action and has agreed to pay a reasonable fee for its services

89     Caceres is entitled to recover its attorney fees in this action against the
Defendant, Amerisure Mutual Insurance Co , pursuant to Fla  Stat  § 627 428

WHEREFORE, Plaintiff, Caceres Drywall Corporation, demands judgment against
Defendant, Amerisure Mutual Insurance Company, together with costs and a reasonable
attorney fee

DATED May 20, 2011

Respectfully submitted,

By _____
Michael C  Spring, Esq
Florida Bar No  158580
mcs_dispa@bellsouth net

DAVID L  SWIMMER, P A
*Attorneys for Plaintiff*
7990 S W  117th Avenue, Suite 100
Miami, Florida  33183
Telephone  (305) 274-1222
Facsimile   (305) 595-0470

P \WPERF\3054 Caceres v Amerisure [Dec Action]\Pleadings\Complaint against Amerisure wpd

Suite 210
**Fort Lauderdale, Florida  33309**

# Subcontract Agreement

THIS SUBCONTRACT, made this _14th_ day of _July_, 2004 by and between BJ&K CONDO CONSTRUCTION, INC (hereinafter known as "BJ&K Condo") and

| CACERES DRYWALL CORP |
| --- |
| 14984 S W 93rd Steet |
| Miami, FL 33196 |

(hereinafter known as "Subcontractor")

## WITNESSETH:

| WHEREAS, BJ&K Condo and | Sixty Fifth and One, LLC |
| --- | --- |
| | 5555 Anglers Avenue, Suite 21 |
| | Fort Lauderdale, FL 33312 |

(hereinafter known as "Owner," which term shall cover all Owner's representatives, including as appropriate, the Architect or Construction Manager) have entered into a contract dated _____ (the "General Contract") for the construction of the following: 174 Units, Two (2) Each, Six Story Buildings, One (1) Four Story Parking Garage and Sitework (hereinafter known as "Project"), according to the plans and specifications prepared by

| Roger Fry & Associates Architects, P.A. |
| --- |
| 2791 Bird Avenue |
| Coconut Grove, Florida 33133 |

(hereinafter known as "Architect"),

WHEREAS, BJ&K Condo desire, to subcontract certain work specified in the contract documents, listed in Exhibit "A" attached hereto and made a part hereof, the ("Contract Documents"), and Subcontractor desires to perform said work at the prices and upon the terms and conditions hereinafter expressed,

NOW, THEREFORE, in consideration of the mutual agreements herein expressed, the parties do contract as follows:

1 **Subcontractor's Work and Representations**
a. Subcontractor shall perform all work and shall furnish all supervision, labor, materials, plant, scaffolding, tools, equipment, supplies and all other things necessary for the construction and completion of the work described in Exhibit "B" and work incidental thereto, in strict accordance and full compliance with the terms of the Subcontract, all in accordance with the Contract Documents, and to the satisfaction of BJ&K Condo and the Owner

b. Subcontractor represents that it has carefully examined the Contract Documents, including plans and specifications, affecting its work and is thoroughly familiar with all provisions and requirements therein and shall promptly notify BJ&K Condo, in writing, of any deficiencies or errors before proceeding.

c. Subcontractor represents that it is fully qualified to perform the work required by this subcontract and acknowledges that prior to the execution of this subcontract it has by its own independent investigation.

1) ascertained the conditions involved in performing its work, including without limitation, the location of the work, accessibility and character of the site; quality and quantity of surface and subsurface water, materials or obstacles to be encountered; the character and extent of existing work within or adjacent thereto other work being performed thereto, transportation, disposal, handling and storage of materials; availability of labor and labor scales; location and availability of utilities and access roads; equipment and facilities needed for the prosecution of work; uncertainties of weather and of physical conditions at the site; and any other matters which can in any way affect the work or the cost thereof;

2) acquainted itself as to the equipment, labor, and material required for its work and warrants that such equipment, labor and material are available to it;

3) carefully determined the quantity of its work, the cost of performing such work, and carefully applied its own prices to its quantities; and

4) verified all information furnished by BJ&K Condo or others and is satisfied with the corrections and accuracy of that information.

Any failure of Subcontractor to acquaint itself with all of the information concerning the items listed above and any other items or conditions that would affect performance or cost will not relieve it from responsibility for estimating properly the difficulty or cost of successfully performing the work.

2. **Complete Agreement**
This Subcontract contains the entire agreement between the parties hereto with respect to the matters covered herein. No other agreements, representations, warranties or other matters, shall be deemed to bind the parties hereto, unless in writing and executed by the parties.

3 **Payment**
The sum to be paid by BJ&K Condo to the Subcontractor for the said work included in this Subcontract shall be   **$1,329,740.00**

**ONE MILLION THREE HUNDRED TWENTY NINE THOUSAND SEVEN HUNDRED FORTY AND 00/100 DOLLARS**

(the "Subcontract Amount") in current funds, subject to additions or deductions as herein provided; which sum shall include all permits, fees, inspection costs and/or taxes required by any division of the Federal, State or local government.

a. The Subcontract Amount stated herein to be paid to the Subcontractor by BJ&K Condo includes all Municipal, State, County and Federal taxes imposed by law and based upon labor performed, materials furnished or services rendered, including, but not limited to, sales taxes, use taxes and personal property taxes levied or assessed against the Owner, BJ&K Condo, or the Subcontractor arising out of either the acquisition by the Subcontractor for the furnishing or installing by the Subcontractor or by any of its subcontractors of materials, equipment, or of any other kind of personal property or the furnishing of labor and/or services in connection with the work. Where the law requires any such tax to be stated and charged separately, the total of all items included within the work and the added tax shall not exceed the Subcontract Amount stated herein.

b. Subcontractor agrees and understands that BJ&K Condo intends to use funds received from the Owner for payment to the Subcontractor. Accordingly, Subcontractor expressly agrees that payment and any right to seek payment from BJ&K Condo and/or from BJ&K Condo's Surety (if there is a payment bond given by

EXHIBIT A

Roger Fry & Associates Architects, P.A.
2791 Bird Avenue
Coconut Grove, Florida 33133

(hereinafter known as "Architect").

WHEREAS BJ&K Condo desires to subcontract certain work specified in the contract documents, listed in Exhibit "A" attached hereto and made a part hereof, the ("Contract Documents"), and Subcontractor desires to perform said work at the prices and upon the terms and conditions hereinafter expressed,

NOW, THEREFORE, in consideration of the mutual agreements herein expressed, the parties do contract as follows:

**1    Subcontractor's Work and Representations**

a.    Subcontractor shall perform all work and shall furnish all supervision, labor, materials, plant, scaffolding, tools, equipment, supplies and all other things necessary for the construction and completion of the work described in Exhibit "B" and with incidental thereto, in strict accordance and full compliance with the terms of the Subcontract, all in accordance with the Contract Documents, and to the satisfaction of BJ&K Condo and the Owner

b    Subcontractor represents that it has carefully examined the Contract Documents, including plans and specifications, affecting its work and is thoroughly familiar with all provisions and requirements therein and shall promptly notify BJ&K Condo, in writing, of any deficiencies or errors before proceeding.

c    Subcontractor represents that it is fully qualified to perform the work required by this subcontract and acknowledges that prior to the execution of this subcontract it has by its own independent investigation.

1)    ascertained the conditions involved in performing its work, including without limitation, the location of the work, accessibility and character of the site; quality and quantity of surface and subsurface water materials or obstacles to be encountered; the character and extent of existing work within or adjacent thereto, other work being performed thereto, transportation, disposal, handling and storage of materials; availability of labor and labor scales; location and availability of utilities and access roads; equipment and facilities needed for the prosecution of work; uncertainties of weather and of physical conditions at the site; and any other matters which can in any way affect the work or the cost thereof;

2)    acquainted itself as to the equipment, labor, and material required for its work and warrants that such equipment, labor and material are available to it;

3)    carefully determined the quantity of its work, the cost of performing such work, and carefully applied its own prices to its quantities; and

4)    verified all information furnished by BJ&K Condo or others and is satisfied with the corrections and accuracy of that information.

Any failure of Subcontractor to acquaint itself with all of the information concerning the items listed above and any other items or conditions that would affect performance or cost will not relieve it from responsibility for estimating properly the difficulty or cost of successfully performing the work.

**2.    Complete Agreement**

This Subcontract contains the entire agreement between the parties hereto with respect to the matters covered herein.  No other agreements, representations, warranties or other matters, shall be deemed to bind the parties hereto, unless in writing and executed by the parties.

**3    Payment**

The sum to be paid by BJ&K Condo to the Subcontractor for the said work included in this Subcontract shall be    **$1,329,740.00**

**ONE MILLION THREE HUNDRED TWENTY NINE THOUSAND SEVEN HUNDRED FORTY AND 00/100 DOLLARS**

(the "Subcontract Amount") in current funds, subject to additions or deductions as herein provided; which sum shall include all permits, fees, inspection costs and/or taxes required by any division of the Federal, State or local government.

a    The Subcontract Amount stated herein to be paid to the Subcontractor by BJ&K Condo includes all Municipal, State, County and Federal taxes imposed by law and based upon labor performed, materials furnished or services rendered, including, but not limited to, sales taxes, use taxes and personal property taxes levied or assessed against the Owner, BJ&K Condo, or the Subcontractor arising out of either the acquisition by the Subcontractor for the furnishing or installing by the Subcontractor or by any of its subcontractors of materials, equipment, or of any other kind of personal property or the furnishing of labor and/or services in connection with the work.  Where the law requires any such tax to be stated and charged separately, the total of all items included within the work and the added tax shall not exceed the Subcontract Amount stated herein.

b.    Subcontractor agrees and understands that BJ&K Condo intends to use funds received from the Owner for payment to the Subcontractor  Accordingly, Subcontractor expressly agrees that payment and any right to seek payment from BJ&K Condo and/or from BJ&K Condo s Surety (if there is a payment bond given by BJ&K Condo for this project), shall be expressly contingent upon BJ&K Condo receiving funds from the Owner for Subcontractor's work and payment by Owner to BJ&K Condo shall be a condition precedent to BJ&K Condo s obligation to pay Subcontractor under this Subcontract.  Subcontractor as a part of the bargain of this agreement agrees to assume the risk of payment from Owner to BJ&K Condo

c.    Partial payments shall be due Subcontractor in the amount of 90% of work in place, which work has been approved by BJ&K Condo and Owner and for which payment has been made to BJ&K Condo by Owner  If the contract documents show BJ&K Condo partial payments for stored materials, partial payments shall also be due Subcontractor in the amount of 90% of stored materials which have been approved by BJ&K Condo and Owner and for which payment has been made to BJ&K Condo by Owner  For the purpose of determining partial payments, Subcontractor shall submit a breakdown of the total Subcontract amount (showing the amount included therein in each principal category of work) to BJ&K Condo for approval within ten (10) days of the execution of this Subcontract.  In the event BJ&K Condo disapproves said breakdown, BJ&K Condo shall establish a reasonable breakdown, which shall serve as the basis for partial payments.  All payment requests shall be submitted on the form required by BJ&K Condo

d.    In order to seek partial payments, Subcontractor must submit a requisition on the form approved by BJ&K Condo, in sufficient time to allow BJ&K Condo to seek payment from Owner  The payment requisition form from the Subcontractor must be submitted to BJ&K Condo no later than the 20th day of the month.  Failure to timely submit the requisition will result in the payment requests being delayed to the next payment period.  Monthly payments will be due Subcontractor 10 days from receipt by BJ&K Condo of monthly payments from Owner provided all requirements of this Subcontract have been met.

e.    Partial payments will be made to the Subcontractor, to the extent received by BJ&K Condo from Owner  only after the performance of all of the following conditions precedent:

1)    Subcontractor has furnished BJ&K Condo releases which release BJ&K Condo, the surety the Owner and the Owner's property of all claims for payment for all work performed through the date for which payment is sought, except for retainage of ten percent.

f.   If at any time, there shall be reasonable evidence of a claim of lien, or claim against BJ&K Condo's payment bond, or claim for property damage or personal injury, or a reasonable doubt that this Subcontract can be timely completed for the balance unpaid, BJ&K Condo shall have the right to withhold sums to adequately protect BJ&K Condo and Owner

g.   Subcontractor agrees to pay liquidated damages as claimed by Owner against BJ&K Condo for any periods of delay for which Subcontractor was a substantial factor  Such liquidated damages may be deducted from payments claimed by Subcontractor

h.   No payment made under this Subcontract shall be conclusive evidence of the performance of this Subcontract, either wholly or in part and no payment including final payment shall be construed to be an acceptance of defective work or improper materials, nor shall entrance and use by the Owner constitute acceptance of the work hereunder or any part thereof.  Payment shall not relieve Subcontractor of the duty to protect the work until final acceptance by the Owner

i.   Subcontractor shall be responsible for the protection of stored materials delivered and stored on site.  All materials damaged, lost or stolen shall be repaired and replaced by this Subcontractor at no cost to BJ&K Condo  The value of stored materials may not be paid for before permanent installation unless the Owner and lender approve the procedure

j.   BJ&K Condo reserves the right to write joint checks to Subcontractor and their mutual suppliers, subcontractors of Subcontractor  Labor unions, equipment s suppliers, etc., if to BJ&K Condo s sole judgment, it is necessary to do so to insure payment of the above named parties or if above named parties have filed a Notice to Owner  Lien or Intent to Lien, or if Subcontractor cannot provide satisfactory evidence of payment.  In the event BJ&K Condo prepares joint checks, then an administrative cost of One Percent (1%) of the total joint check(s) amount will be charged to Subcontractor and deducted from Subcontract Amount by Change Order

k.   BJ&K Condo may withhold amounts otherwise due under this Subcontract or any other contractual arrangement between the parties to cover BJ&K Condo's reasonable estimate of any costs or liability BJ&K Condo has incurred or may incur for any damages, which Subcontractor may be responsible hereunder  Appropriate adjustments to withholdings shall be made when the exact amounts owed hereunder are determined.

l.   Final payment subject to withholdings permitted hereunder  shall be made after Subcontractor's work has been completed and approved by Owner and BJ&K Condo, satisfactory proof of payment of all amounts owed by Subcontractor in connection with this Subcontract has been provided, the entire project is complete and BJ&K Condo has been paid in full for the entire project.  Subcontractor hereby acknowledges and agrees that as an express condition precedent to the obligation of BJ&K Condo to make partial payments and final payment including retainage to Subcontractor, BJ&K Condo shall have first received such payments from the Owner and accordingly partial payments and final payment, including retainage, shall not be due hereunder prior to such payments being received by BJ&K Condo

4   **Time of Completion**

a.   Subcontractor shall initiate its work whenever any or all of the work becomes available or as otherwise directed by BJ&K Condo, and shall thereafter complete the several portions and the whole of the work included in this Subcontract at or before the time or times stated in this subcontract, the prime contract, and in accordance with the Job Progress Schedule which may be revised from time to time by BJ&K Condo  Subcontractor may review the Job Progress Schedule at BJ&K Condo s office at any time.

b   Time is of the essence in the performance of the obligations of Subcontractor  and should Subcontractor in any way cause delay to the progress of the work so as to cause any loss or damage to BJ&K Condo, or any loss or damage for which BJ&K Condo may become liable, including liquidated damages, Subcontractor and its surety, if any, shall be liable for such, shall compensate BJ&K Condo thereof, and shall indemnify and hold BJ&K Condo harmless therefrom to the fullest extent permitted by law

c.   BJ&K Condo, if it deems necessary, may direct the Subcontractor to accelerate and/or work overtime and if so instructed, the Subcontractor will work said overtime and, provided the Subcontractor is not in default in any of the provisions here, BJ&K Condo will pay the Subcontractor for the actual additional wages paid at rates which have been approved by BJ&K Condo, plus taxes imposed by law on such additional wages, plus workmen's compensation, levies and liability insurance on such additional wages when required to be paid by the Subcontractor

d.   If, however the Subcontractor delays the progress of the work, the Subcontractor shall, at it's own cost and expenses, accelerate and/or work such overtime as may be necessary to avoid delay in the completion of the project or any other portion of the work.

e.   Subcontractor will coordinate its work with the work of BJ&K Condo, other subcontractors, and Owner's other builders, if any, so no delays or interference will occur in the completion of any part or the entire Project.

f.   It is understood and agreed that the Subcontractor is aware of the necessity of working in cooperation with all the other trades on the project.  It is further understood and agreed that BJ&K Condo shall coordinate all of its work and that the Subcontractor shall perform to BJ&K Condo's satisfaction at all times in regard to progress and workmanship

g.   The work shall proceed in accordance with the current updated Progress Schedule and requirements of BJ&K Condo, which is hereby agreed to by the Subcontractor  Otherwise, the Subcontractor will revert to whatever means necessary to include overtime, extra shifts, additional manpower, to overcome delays and maintain the Job Progress Schedule at no cost to BJ&K Condo

h.   This project is to be manned by competent personnel with an adequate supply of men and equipment to expedite a safe and proper installation and to maintain the Job Progress Schedule (which may be revised from time to time by BJ&K Condo)  Subcontractor shall employ a competent project staff, including a superintendent who, at the least, shall be in attendance full-time at the Project site during the progress of work.  The superintendent shall be satisfactory to BJ&K Condo and shall not be changed except with the consent of BJ&K Condo, unless the superintendent proves to be unsatisfactory to Subcontractor, BJ&K Condo, the Owner or ceases to be in the employ of Subcontractor  The superintendent shall represent Subcontractor and shall have full authority to make decisions and commitments regarding Subcontractor's work, and all communication given to the superintendent shall be as binding as if given to Subcontractor  Subcontractor shall immediately remove from the Project any employee, including the superintendent, who is not satisfactory to BJ&K Condo, the Owner, or the Architect.

5   **Extension of Time**

a.   Should the Subcontractor be delayed in the prosecution of completion of the work by the acts of BJ&K Condo, any person employed by BJ&K Condo upon the work, or by any acts or causes which would entitle BJ&K Condo to an extension of time under the Contract Documents, and the delay was in no way caused by or resulting from an act or omission on the part of the Subcontractor  then Subcontractor shall receive an equitable extension of time of the performance of the work but shall not be entitled to any increase in the total price of this subcontract or to damages or additional compensation as the consequence of such delays or disruptions, unless the owner is liable and pay for such delays or disruptions  Provided Subcontractor has complied with the notice requirements set forth in the subcontract, BJ&K Condo will pay Subcontractor the amount allowed and paid by the Owner for Subcontractor's delay or disruptions.

b.   Subcontractor shall notify BJ&K Condo in writing of any delays or disruptions for which Owner is believed to be responsible in sufficient time to allow BJ&K Condo to timely present the claim to the Owner or Architect in accordance with the terms and conditions of the prime contract, provided however  that no claim for delay  shall be valid or presented unless it is presented in writing to BJ&K Condo within forty-eight hours of the commencement of such delay  BJ&K Condo

Condo's reasonable estimate of any costs or liability BJ&K Condo has incurred or may incur for any damages, which Subcontractor may be responsible therefore. Appropriate adjustments to withholdings shall be made when the exact amounts owed hereinafter are determined.

I.   Final payment subject to withholdings permitted hereunder, shall be made after Subcontractor's work has been completed and approved by Owner and BJ&K Condo, satisfactory proof of payment of all amounts owed by Subcontractor in connection with this Subcontract has been provided, the entire project is complete and BJ&K Condo has been paid in full for the entire project. Subcontractor hereby acknowledges and agrees that as an express condition precedent to the obligation of BJ&K Condo to make partial payments and final payment including retainage to Subcontractor BJ&K Condo shall have first received such payments from the Owner and accordingly partial payments and final payment, including retainage, shall not be due hereunder prior to such payments being received by BJ&K Condo

**4   Time of Completion**

a.   Subcontractor shall initiate its work whenever any or all of the work becomes available or as otherwise directed by BJ&K Condo and shall thereafter complete the several portions and the whole of the work included in this Subcontract at or before the time or times stated in this subcontract, the prime contract, and in accordance with the Job Progress Schedule which may be revised from time to time by BJ&K Condo   Subcontractor may review the Job Progress Schedule at BJ&K Condo's office at any time

b.   Time is of the essence in the performance of the obligations of Subcontractor and should Subcontractor in any way cause delay to the progress of the work so as to cause any loss or damage to BJ&K Condo, or any loss or damage for which BJ&K Condo may become liable, including liquidated damages, Subcontractor and its surety, if any, shall be liable for such, shall compensate BJ&K Condo thereof, and shall indemnify and hold BJ&K Condo harmless therefrom to the fullest extent permitted by law

c.   BJ&K Condo, if it deems necessary may direct the Subcontractor to accelerate and/or work overtime and if so instructed, the Subcontractor will work said overtime and, provided the Subcontractor is not in default in any of the provisions here, BJ&K Condo will pay the Subcontractor for the actual additional wages paid at rates which have been approved by BJ&K Condo, plus taxes imposed by law on such additional wages, plus workmen's compensation, levies and liability insurance on such additional wages when required to be paid by the Subcontractor

d.   If, however, the Subcontractor delays the progress of the work, the Subcontractor shall, at it is own cost and expenses, accelerate and/or work such overtime as may be necessary to avoid delay in the completion of the project or any other portion of the work.

e.   Subcontractor will coordinate its work with the work of BJ&K Condo, other subcontractors, and Owner's other builders, if any, so no delays or interference will occur in the completion of any part or the entire Project.

f.   It is understood and agreed that the Subcontractor is aware of the necessity of working in cooperation with all the other trades on the project. It is further understood and agreed that BJ&K Condo shall coordinate all of its work and that the Subcontractor shall perform to BJ&K Condo's satisfaction at all times in regard to progress and workmanship

g.   The work shall proceed in accordance with the current updated Progress Schedule and requirements of BJ&K Condo, which is hereby agreed to by the Subcontractor   Otherwise, this Subcontractor will revert to whatever means necessary to include overtime, extra shifts, additional manpower, to overcome delays and maintain the Job Progress Schedule at no cost to BJ&K Condo

h.   This project is to be manned by competent personnel with an adequate supply of men and equipment to expedite a safe and proper installation and to maintain the Job Progress Schedule (which may be revised from time to time by BJ&K Condo)   Subcontractor shall employ a competent project staff, including a superintendent who, at the least, shall be in attendance full-time at the Project site during the progress of work   The superintendent shall be satisfactory to BJ&K Condo and shall not be changed except with the consent of BJ&K Condo, unless the superintendent proves to be unsatisfactory to Subcontractor BJ&K Condo the Owner or ceases to be in the employ of Subcontractor   The superintendent shall represent Subcontractor and shall have full authority to make decisions and commitments regarding Subcontractor's work, and all communication given to the superintendent shall be as binding as if given to Subcontractor   Subcontractor shall immediately remove from the Project any employee, including the superintendent, who is not satisfactory to BJ&K Condo, the Owner or the Architect.

**5   Extension of Time**

a.   Should the Subcontractor be delayed in the prosecution of completion of the work by the acts of BJ&K Condo, any person employed by BJ&K Condo upon the work, or by any acts or causes which would entitle BJ&K Condo to an extension of time under the Contract Documents, and the delay was in no way caused by or resulting from an act or omission on the part of the Subcontractor, then Subcontractor shall receive an equitable extension of time of the performance of the work but shall not be entitled to any increase in the total price of this subcontract or to damages or additional compensation as the consequence of such delays or disruptions, unless the owner is liable and pay for such delays or disruptions   Provided Subcontractor has complied with the notice requirements set forth in the subcontract, BJ&K Condo will pay Subcontractor the amounts allowed and paid by the Owner for Subcontractor's delay or disruptions.

b.   Subcontractor shall notify BJ&K Condo in writing of any delays or disruptions for which Owner is believed to be responsible in sufficient time to allow BJ&K Condo to timely present the claim to the Owner or Architect in accordance with the terms and conditions of the prime contract, provided however, that no claim for delay shall be valid or presented unless it is presented in writing to BJ&K Condo within forty-eight hours of the commencement of such delay   BJ&K Condo shall have no liability to Subcontractor for delay damages or consequential damages of any nature and such extensions of time shall release and discharge BJ&K Condo of and from any claims which the Subcontractor may have on account of any of the aforesaid causes of delay

**6   Plans, Specifications and Contract Documents**

a.   The work included in this Subcontract is to be done under the direction and to the satisfaction of both the Architect and BJ&K Condo and the decision of the said Architect as to the true construction and meaning of the Plans and Specifications shall be final. BJ&K Condo will furnish to the Subcontractor such additional information and Plans as may be prepared by the Architect to further describe the work to be performed by the Subcontractor and the Subcontractor shall conform to and abide by same insofar as they are consistent with the purpose and intent of the Plans and Specification. BJ&K Condo shall reserve the right, from time to time, whether the work or any part thereof shall or shall not have been completed, to make changes, additions and/or omission in the work as it may deem necessary, upon written order to the Subcontractor   No such changes, however, shall be made in the work, except upon the written order of BJ&K Condo

b.   The Subcontractor assumes for the portion of the work covered by this Subcontract, all obligations placed upon BJ&K Condo in the General Contract and all contract documents referenced in General Contract, including without limitations the Plans, Specifications and General Conditions all of which are hereby made a part hereof. These documents are available at all reasonable times at the office of BJ&K Condo for examination by Subcontractor   Notwithstanding anything in this Subcontract to the contrary in the event of any conflict between this Subcontract and the General Contract or any other documents described herein, this Subcontract shall control.

c.   The dimensions given on the Plans and the Specifications are approximate only and the Subcontractor shall take such measurements as will insure the proper matching and fitting of the work covered by this Subcontract with continuous work.

____ ___ _____ damages or injury growing out of or resulting from or occurring in connection with the execution of the work herein provided for or occurring in connection with or resulting from the use by the Subcontractor, its agents or employees, of any materials, tools, implements, appliances, scaffolding, ways, hoists, elevators, works or machinery or other property owned, rented or borrowed by or assigned to BJ&K Condo, whether the same arise under the common law or the so-called Workmen's Compensation Law (which may be in effect in the locality where the work is situated) to the extent caused by the negligence, recklessness or intentional wrongful misconduct of the Subcontractor  In the event of any such loss, expense, damage or injury, or if any claim or demand for such damages is made against BJ&K Condo, its agents, servants or employees, BJ&K Condo may withhold from any payment due or hereafter to become due to the Subcontractor under the terms of this Subcontract, an amount sufficient in its judgment to protect and indemnify it from any and all such claims, expenses, including legal fees and disbursements, loss, damage or injury, or BJ&K Condo, in its discretion, may require the Subcontractor to furnish a surety bond satisfactory to BJ&K Condo guaranteeing such protection, which bond shall be furnished by the Subcontractor within five days after written demand has been made therefore.

    b.   In addition, Subcontractor hereby agrees to defend and indemnify, protect, and hold harmless BJ&K Condo and/or Owner, of and from any loss or damage and to reimburse BJ&K Condo and/or Owner for any and all expenses, including legal fees, expert witness fees and other litigation costs to which BJ&K Condo and/or Owner may incur because of the following, to the extent caused by the negligence, recklessness or intentional wrongful misconduct of the Subcontractor

        3)   Litigation on account of infringement of any patent or patent rights by reason of the work, materials, or process used by Subcontractor, its subcontractors and/or suppliers;

        4)   Liability for claims and liens for labor performed or materials used or furnished through or under the Subcontractor for the Project;

        5)   Liability to BJ&K Condo resulting from Subcontractor's failure to comply with applicable licensing requirements;

        6)   Liability imposed upon BJ&K Condo directly or indirectly by Subcontractor's failure or the failure of any of its employees to comply with any law, ordinance, rule, regulation, or requirement, including without limitation, any Occupational Safety and Health Administration violations and any penalties, including enhancements, resulting in whole or in part by Subcontractor's act or omissions as well as the Immigration Reform and Control Act of 1986 (PL99-603) and all rules and regulations adopted pursuant thereto,

        7)   Liability imposed upon BJ&K Condo directly or indirectly by Subcontractor's failure or alleged failure to perform its work in accordance with the Contract Documents and/or to the satisfaction of the Owner, its representative, or the Architect.

**8    Insurance**

    a.   Before commencing the work, the Subcontractor shall procure and maintain, at its own expense, until completion and final acceptance of the work, at least the following insurance and as further stated in Exhibit "A" attached hereto and made a part hereof.

        1)   WORKMEN'S COMPENSATION AND EMPLOYER S LIABILITY INSURANCE in accordance with the laws of the State in which the work is situated.

        2)   CONTRACTOR'S PUBLIC LIABILITY INSURANCE (including CONTRACTOR'S PROTECTIVE LIABILITY INSURANCE, if the Subcontractor sublets to another any portion of the work done under the Contract) with the minimum limits outlined further in Exhibit "A."
If the Subcontractor fails to procure and maintain such insurances, BJ&K Condo shall have the right to procure and maintain the said insurance for and in the name of the Subcontractor and the Subcontractor shall pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance.

    b   BJ&K Condo and the Owner shall effect and maintain fire and lightning insurance (with extended coverage, if specified or otherwise required) upon all work incorporated in the building and all materials and equipment, on or about the premises, intended for permanent use in the building or incident to the construction thereof, the cost of which is included in the cost of the work, but not including any of Subcontractor's machinery, tools, or equipment used by the Subcontractor in the performance of its work

        1)   The total value of the property described above as insurable hereunder and as shown on the approved monthly requisition, as reported by the Subcontractor to BJ&K Condo for insurance purposes only, shall determine the total value of the Subcontractor s work, materials and equipment to be insured hereunder

        2)   In the event that the fire and lightning and/or Builder's Risk Insurance, whether carried or required to be carried by Owner or BJ&K Condo covering Subcontractor s work, contain any deductible applicable to any loss covered thereby, the risk of loss by reason of such deductible is upon Subcontractor, and in any event Subcontractor's right to recover all or any part of any loss or damage attributable to Subcontractor's work is limited to such recovery thereof as may be made by the Owner or BJ&K Condo under the applicable insurance. Except for Subcontractor's right to any such insurance recovery set forth herein, the provisions imposing any indemnifications and/or responsibility upon Subcontractor for loss or damage pertaining to Subcontractor's work or caused by Subcontractor to all parties are controlling.

        3)   In the event of any loss, Subcontractor shall be bound by any adjustment or agreement, which shall be made between BJ&K Condo and/or Owner and/or the insurance company or companies. Payments for losses, if any, shall be made payable to BJ&K Condo and/or Owner as their interest may appear at the time and place of loss for the account of whom it may concern.

    c.   BJ&K Condo and Subcontractor hereby waive all rights against each other and any of their agents, consultants, employees and separate contractors as to claims for damage to property covered by insurance but only to the extent of actual recovery of insurance proceeds. BJ&K Condo and Subcontractor as appropriate shall require any and all separate contractors, subcontractors, sub-subcontractors, agent and employee of any of them, by execution of appropriate written agreements, or similar waivers, each in favor of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity that would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damage.

**9    100% (percent) Performance and Payment Bond**

    a.   Subcontractor shall furnish to BJ&K Condo at Subcontractor's expense, a Labor and Material Payment Bond and a Performance Bond, each in the amount equal to the total Subcontract Amount hereunder guaranteeing the full and faithful performance of the provisions of this Subcontract and guaranteeing the payment of all subcontractors, materialmen, suppliers and statutory lienors working through Subcontractor or through any subcontractor of Subcontractor the form and contents of such bonds and the identity of the surety must be satisfactory to BJ&K Condo  Both bonds must be submitted within 10 days from the date of this Subcontract.

    b.   The Labor and Material Payment Bond and a Performance Bond shall be required unless expressly waived in writing by BJ&K Condo   If Subcontractor has not been required to furnish bonds or if BJ&K Condo desires Subcontractor to provide additional bond coverage, BJ&K Condo may at any time upon written request, instruct Subcontractor to provide within ten (10) days, Performance and Payment bonds in a form and from a surety acceptable to BJ&K Condo in an amount up to the then current full value of the Subcontract. In this event, BJ&K Condo will reimburse Subcontractor in the amount of the bond cost.

**10    Labor to be Employed**

    a.   The Subcontractor shall not employ men or means which may cause strikes, work stoppage or any disturbances by workmen employed by the Subcontractor, BJ&K Condo or other contractors or subcontractors in any work which is the subject of this Subcontract or related to or in connection with the location hereinbefore mentioned  The Subcontractor agrees that all disputes as to jurisdiction of trades arising on the job shall be adjusted in accordance with any plan for the settlement of jurisdiction disputes which may be in effect either nationally or in the locality in which the work is being done, provided that this Agreement shall not be in violation or conflict with any provision of Law applicable to the settlement of such disputes. Should the Subcontractor fail to carry out these provisions, BJ&K Condo shall be at liberty  after three days written notice mailed or delivered to the last known address of the Subcontractor, to terminate this Subcontract or any part

7) Liability imposed upon BJ&K Condo directly or indirectly by Subcontractor's failure or alleged failure to perform its work in accordance with the Contract Documents and/or to the satisfaction of the Owner, its representative, or the Architect.

**8   Insurance**

a.   Before commencing the work, the Subcontractor shall procure and maintain, at its own expense, until completion and final acceptance of the work, at least the following insurance and as further stated in Exhibit "A" attached hereto and made a part hereof.

1) WORKMEN'S COMPENSATION AND EMPLOYER S LIABILITY INSURANCE in accordance with the laws of the State in which the work is situated.

2) CONTRACTOR S PUBLIC LIABILITY INSURANCE (including CONTRACTOR'S PROTECTIVE LIABILITY INSURANCE, if the Subcontractor sublets to another any portion of the work done under the Contract) with the minimum limits outlined further in Exhibit "A."

If the Subcontractor fails to procure and maintain such insurances, BJ&K Condo shall have the right to procure and maintain the said insurance for and in the name of the Subcontractor and the Subcontractor shall pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance.

b.   BJ&K Condo and the Owner shall effect and maintain fire and lightning insurance (with extended coverage, if specified or otherwise required) upon all work incorporated in the building and all materials and equipment, on or about the premises, intended for permanent use in the building or incident to the construction thereof, the cost of which is included in the cost of the work, but not including any of Subcontractor's machinery, tools, or equipment used by the Subcontractor in the performance of its work

1) The total value of the property described above as insurable hereunder and as shown on the approved monthly requisition, as reported by the Subcontractor to BJ&K Condo for insurance purposes only, shall determine the total value of the Subcontractor's work, materials and equipment to be insured hereunder

2) In the event that the fire and lightning and/or Builder's Risk Insurance, whether carried or required to be carried by Owner or BJ&K Condo covering Subcontractor's work, contain any deductible applicable to any loss covered thereby, the risk of loss by reason of such deductible is upon Subcontractor, and in any event Subcontractor's right to recover all or any part of any loss or damage attributable to Subcontractor's work is limited to such recovery thereof as may be made by the Owner or BJ&K Condo under the applicable insurance. Except for Subcontractor's right to any such insurance recovery set forth herein, the provisions imposing any indemnifications and/or responsibility upon Subcontractor for loss or damage pertaining to Subcontractor's work or caused by Subcontractor to all parties are controlling.

3) In the event of any loss, Subcontractor shall be bound by any adjustment or agreement, which shall be made between BJ&K Condo and/or Owner and/or the insurance company or companies. Payments for losses, if any, shall be made payable to BJ&K Condo and/or Owner as their interest may appear at the time and place of loss for the account of whom it may concern.

c.   BJ&K Condo and Subcontractor hereby waive all rights against each other and any of their agents, consultants, employees and separate contractors as to claims for damage to property covered by insurance but only to the extent of actual recovery of insurance proceeds. BJ&K Condo and Subcontractor as appropriate shall require any and all separate contractors, subcontractors, sub-subcontractors, agent and employee of any of them, by execution of appropriate written agreements, or similar waivers, each in favor of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity that would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly and whether or not the person or entity had an insurable interest in the property damage.

**9   100% (percent) Performance and Payment Bond**

a.   Subcontractor shall furnish to BJ&K Condo at Subcontractor's expense, a Labor and Material Payment Bond and a Performance Bond, each in the amount equal to the total Subcontract Amount hereunder guaranteeing the full and faithful performance of the provisions of this Subcontract and guaranteeing the payment of all subcontractors, materialmen, suppliers and statutory lienors working through Subcontractor or through any subcontractor of Subcontractor; the form and contents of such bonds and the identity of the surety must be satisfactory to BJ&K Condo. Both bonds must be submitted within 10 days from the date of this Subcontract.

b.   The Labor and Material Payment Bond and a Performance Bond shall be required unless expressly waived in writing by BJ&K Condo. If Subcontractor has not been required to furnish bonds or if BJ&K Condo desires Subcontractor to provide additional bond coverage, BJ&K Condo may, at any time upon written request. instruct Subcontractor to provide within ten (10) days, Performance and Payment bonds in a form and from a surety acceptable to BJ&K Condo, in an amount up to the then current full value of the Subcontract. In this event, BJ&K Condo will reimburse Subcontractor in the amount of the bond cost.

**10   Labor to be Employed**

a.   The Subcontractor shall not employ men or means which may cause strikes, work stoppage or any disturbances by workmen employed by the Subcontractor, BJ&K Condo or other contractors or subcontractors in any work which is the subject of this Subcontract or related to or in connection with the location hereinbefore mentioned. The Subcontractor agrees that all disputes as to jurisdiction of trades arising on the job shall be adjusted in accordance with any plan for the settlement of jurisdiction disputes which may be in effect either nationally or in the locality in which the work is being done, provided that this Agreement shall not be in violation or conflict with any provision of Law applicable to the settlement of such disputes. Should the Subcontractor fail to carry out these provisions, BJ&K Condo shall be at liberty after three days written notice mailed or delivered to the last known address of the Subcontractor, to terminate this Subcontract or any part thereof of the employment of the Subcontractor for the said work and BJ&K Condo may for the purpose of completing the work, enter upon the premises and take possession, in the same manner and upon the same conditions as described in Article 11

**11   Failure to Prosecute**

a.   Should the Subcontractor at any time refuse or neglect to supply a sufficiency of skilled workmen or materials of the proper quality and quantity, or fail in any respect to prosecute the work with promptness and diligence, or cause by any action or omission the stoppage or delay or interference with the work of BJ&K Condo or of any other subcontractors on the job or fail in the performance of any of the Subcontracts or obligations on it's part contained herein, or become bankrupt or insolvent or go into liquidation either voluntarily or under an order of a court of competent jurisdiction or make a general assignment for the benefit of creditors or otherwise acknowledge insolvency, BJ&K Condo shall have the right without prejudice to any other right to remedy, after three days written notice to the Subcontractor, mailed or delivered to the last known address of the latter to provide through itself or through others, any such labor or materials, and to deduct the cost thereof from any money due or thereafter to become due to the Subcontractor under this Subcontract; and BJ&K Condo shall also have the right without prejudice to any other right or remedy to terminate the employment of the Subcontractor for the said work and to enter on the premises and take possession, for the purpose of completing work included in this Subcontract, of all materials, tool and appliances thereon, and to employ any other person or persons to finish the work, and to provide materials therefore and the Subcontractor hereby assigns, transfers and sets over unto BJ&K Condo any and all of the said materials, tools and appliances. In case of such termination of the employment of the Subcontractor the said Subcontractor shall not be entitled to receive any further payment under this Subcontract until the said work shall be wholly finished, at which time, if the unpaid balance of the amount to be paid under this Subcontract shall exceed the expense incurred by BJ&K Condo in furnishing the said work, such excess shall be paid by BJ&K Condo to the Subcontractor; but if such expense shall exceed such unpaid balance, then th Subcontractor shall pay the difference to BJ&K Condo. The expense incurred by BJ&K Condo shall include the cost of furnishing materials and of finishing the work also any damage incurred through the default of the Subcontractor. In the event of any breach of this Subcontract by Subcontractor, BJ&K Condo, in addition to other remedies, shall be entitled to recover all costs and reasonable attorney's fees incurred.

Condo from which order the stated value of work shall be omitted, and the determination of the value of the work shall be performed on a time and material basis with daily time and material tickets being signed by BJ&K Condo at the end of each day. Failure of Subcontractor to have daily tickets signed will relieve BJ&K Condo of any responsibility for payment.

    b.    Any claims for additional compensation by Subcontractor shall be considered waived by Subcontractor if not presented in writing by Subcontractor within 48 hours of conditions becoming evident to Subcontractor which may cause additional cost or work to Subcontractor. Any and all claims for additional compensation by Subcontractor must be submitted with each monthly requisition for payment form, and any claim not previously submitted that is over thirty (30) days old will not be considered, and will be considered waived by Subcontractor. Notwithstanding the receipt of said claim by Subcontractor to BJ&K Condo, BJ&K Condo does not accept any or all said claims unless Subcontractor is notified in writing of acceptance of said claim by an officer of BJ&K Condo.

    c.    Work done on time and material basis, as stated in 12a, will be signed for daily and invoiced weekly not later than two weeks following the week in which the work was done. If work under an order extends beyond one week, then a statement will be forwarded weekly with the last statement marked "final". There will be no exceptions to the above and failure to follow these procedures will relieve BJ&K Condo of responsibility for the charge whether signed or not.

    d.    If requested by BJ&K Condo, Subcontractor shall within seven (7) calendar days submit a reasonable price quotation for proposed changes. If Subcontractor does not and BJ&K Condo is required to submit a price quotation to Owner which includes a Subcontractor change, BJ&K Condo shall use its best estimate of the proposed change as it affects Subcontractor in its quotation to Owner, which estimate shall be the maximum equitable adjustment due to Subcontractor.

    e.    In the event that BJ&K Condo has issued a change order to Subcontractor and BJ&K Condo has not received the signed change order from Subcontractor within fourteen (14) days from the date of issuance, it shall be considered to be part of these Contract Documents unless a written notice of disagreement is received by the above-stated time.

### 13    Warranty

Subcontractor warrants its work hereunder to BJ&K Condo on the same terms, and for the same period, as BJ&K Condo warrants the work to Owner under the Contract Documents; and, with respect to Subcontractor's work, Subcontractor shall perform all warranty obligations and responsibilities assumed by BJ&K Condo under the Contract Documents. In addition, and by way of limitation, Subcontractor warrants that its work performed hereunder shall conform with the standard of professional skill, care and diligence customarily applied by qualified and experienced professionals performing similar work for similar projects, and that such work will conform to the terms and conditions of the Contract Documents. If within a one-year period from and after completion of the work, BJ&K Condo, the Owner or Architect notified Subcontractor that it has failed to meet this standard of care, then Subcontractor shall perform, for no additional compensation, any and all work necessary to correct such deficient work.

### 14    Liens

    a.    In the event that liens are filed by anyone in relation to the labor and/or material being furnished by Subcontractor, Subcontractor agrees to have the same discharged, by posting a bond with the appropriate authorities, or otherwise, within five (5) days of notice. In the event that such lien is not so discharged, BJ&K Condo shall have the right to terminate this Subcontract for default.

    b.    Prior to final payment, Subcontractor shall provide to BJ&K Condo a release of its liens and claims and all liens and claims of all persons furnishing labor and/or materials for the performance of this Subcontract, and satisfactory evidence that there are no other liens or claims whatsoever outstanding against the work.

    c.    Subcontractor shall furnish releases of liens with respect to all requisitions for payments, as a part of each request for partial payment.

### 15    Inspection and Acceptance

Subcontractor shall provide appropriate facilities at all reasonable times for inspection by BJ&K Condo or Owner of the work and materials provided under this Subcontract whether at the Project site or at any place where such work or materials may be in preparation, manufacture, storage, or installation. Subcontractor shall promptly replace or correct any work or materials which BJ&K Condo or Owner shall reject as failing to conform to the requirements of this Subcontract; and if Subcontractor does not do so within a reasonable time, BJ&K Condo shall have the right to do so and Subcontractor shall be liable to BJ&K Condo for the cost thereof. If, in the opinion of BJ&K Condo it is not expedient to correct or replace all or part of rejected work or materials, then BJ&K Condo, at its option, may deduct from the payments due, or to become due, to Subcontractor such amount as, in BJ&K Condo's reasonable judgment, will represent (i) the difference between the fair value of the rejected work and materials and the value thereof if it complied with this Subcontract, or (ii) the cost of correction, whichever is higher.

### 16    Freight Charges and Shipment

    a.    The Subcontractor in making or ordering shipments shall not consign nor have consigned materials in the name of BJ&K Condo, BJ&K Condo shall not make payments for charges on shipments made by or to the Subcontractor except at its option, in which case the Subcontractor shall reimburse BJ&K Condo for such expense, plus a service charge of twenty-five percent (25%) of the amount so paid.

    b.    BJ&K Condo shall have the right to designate the carrier or railroad over which all materials required for the work shall be shipped if the delivery is necessary to maintain job progress schedule and avoid any job delay.

### 17    Shop Drawings

    a.    The Subcontractor shall within 10 days of this Subcontract prepare and submit to BJ&K Condo such shop drawings as may be necessary to completely describe the details and construction of the work. Approval of these shop drawings by BJ&K Condo and/or the Architect will not relieve the Subcontractor of its obligations to perform the work in strict accordance with the Plans and/or Specifications or the proper matching and fitting of the work with contiguous work.

    b.    Subcontractor shall within 10 days of this Subcontract submit samples, cut sheets, brochures, etc., in accordance with Specification, to BJ&K Condo for the approval of the Architect and/or Owner in eight (8) copies before delivery of material to the project; shop drawings shall be submitted in six (6) copies: one (1) copy of legible and reproducible (sepia) prints with positive side up and two (2) copies of opaque prints (blue line). Upon receipt of approved sepia, Subcontractor shall provide BJ&K Condo with an adequate number of approved prints as determined by BJ&K Condo.

### 18    Inconsistencies and Omissions

Should the proper and accurate performance of the work included in this Subcontract depend upon the proper and accurate performance of other work not included in this Subcontract, the Subcontractor shall use all necessary means to discover any defects in such other work and shall report the said defects in writing to BJ&K Condo before proceeding with the work, and shall allow BJ&K Condo a reasonable time to remedy such defects.

### 19    Taxes and Permits

    a.    The Subcontractor, for the Subcontract amount herein provided for, hereby accepts and assumes exclusive liability for and shall hold BJ&K Condo harmless against the payment of:

    1)    All contributions, taxes or premiums which may be payable under the Unemployment Insurance law of any State or under the Federal Social Security Act, measured upon the payroll of employees, by whomsoever employed, engaged in the performance of the work included in this Subcontract.

    2)    All sales, use or other taxes levied or assessed against the Owner, BJ&K Condo, or the Subcontractor arising out of the work, including but not limited to, taxes on any kind of building materials, supplies or equipment.

    b.    The Subcontractor shall obtain and pay for all necessary permits and licenses pertaining to the work and shall comply with all Federal, State and Municipal Laws, ordinances, rules and regulations and with the requirements for the Board of Fire Underwriters, whether provided for by the said Plans, Specifications, and General Conditions, or not so provided for without additional charge or expense to BJ&K Condo and shall be responsible for any and all corrections of any

**13    Warranty**

Subcontractor warrants its work hereunder to BJ&K Condo on the same terms, and for the same period, as BJ&K Condo warrants the work to Owner under the Contract Documents; and  with respect to Subcontractor's work, Subcontractor shall perform all warranty obligations and responsibilities assumed by BJ&K Condo under the Contract Documents. In addition, and not by way of limitation, Subcontractor warrants that its work performed hereunder shall conform with the standard of professional skill, care and diligence customarily applied by qualified and experienced professionals performing similar work for similar projects, and that such work will conform to the terms and conditions of the Contract Documents. If within a one-year period from and after completion of the work, BJ&K Condo, the Owner or Architect notified Subcontractor that it has failed to meet this standard of care, then Subcontractor shall perform, for no additional compensation, any and all work necessary to correct such deficient work.

**14    Liens**

a.    In the event that liens are filed by anyone in relation to the labor and/or material being furnished by Subcontractor, Subcontractor agrees to have the same discharged, by posting a bond with the appropriate authorities, or otherwise, within five (5) days of notice. In the event that such lien is not so discharged, BJ&K Condo shall have the right to terminate this Subcontract for default.

b.    Prior to final payment, Subcontractor shall provide to BJ&K Condo a release of its liens and claims and all liens and claims of all persons furnishing labor and/or materials for the performance of this Subcontract, and satisfactory evidence that there are no other liens or claims whatsoever outstanding against the work.

c.    Subcontractor shall furnish releases of liens with respect to all requisitions for payments, as a part of each request for partial payment

**15    Inspection and Acceptance**

Subcontractor shall provide appropriate facilities at all reasonable times for inspection by BJ&K Condo or Owner of the work and materials provided under this Subcontract whether at the Project site or at any place where such work or materials may be in preparation, manufacture, storage, or installation. Subcontractor shall promptly replace or correct any work or materials which BJ&K Condo or Owner shall reject as failing to conform to the requirements of this Subcontract; and if Subcontractor does not do so within a reasonable time, BJ&K Condo shall have the right to do so and Subcontractor shall be liable to BJ&K Condo for the cost thereof. If, in the opinion of BJ&K Condo it is not expedient to correct or replace all or part of rejected work or materials, then BJ&K Condo, at its option, may deduct from the payments due, or to become due, to Subcontractor, such amount as, in BJ&K Condo's reasonable judgment, will represent (i) the difference between the fair value of the rejected work and materials and the value thereof if it complied with this Subcontract, or (ii) the cost of correction, whichever is higher

**16    Freight Charges and Shipment**

a.    The Subcontractor in making or ordering shipments shall not consign nor have consigned materials in the name of BJ&K Condo, BJ&K Condo shall not make payments for charges on shipments made by or to the Subcontractor except at its option, in which case the Subcontractor shall reimburse BJ&K Condo for such expense, plus a service charge of twenty-five percent (25%) of the amount so paid.

b    BJ&K Condo shall have the right to designate the carrier or railroad over which all materials required for the work shall be shipped if the delivery is necessary to maintain job progress schedule and avoid any job delay

**17    Shop Drawings**

a.    The Subcontractor shall within 10 days of this Subcontract prepare and submit to BJ&K Condo such shop drawings as may be necessary to completely describe the details and construction of the work. Approval of these shop drawings by BJ&K Condo and/or the Architect will not relieve the Subcontractor of its obligations to perform the work in strict accordance with the Plans and/or Specifications or the proper matching and fitting of the work with contiguous work.

b    Subcontractor shall within 10 days of this Subcontract submit samples, cut sheets, brochures, etc., in accordance with Specification, to BJ&K Condo for the approval of the Architect and/or Owner in eight (8) copies before delivery of material to the project; shop drawings shall be submitted in six (6) copies: one (1) copy of legible and reproducible (sepia) prints with positive side up and two (2) copies of opaque prints (blue line).  Upon receipt of approved sepia, Subcontractor shall provide BJ&K Condo with an adequate number of approved prints as determined by BJ&K Condo.

**18    Inconsistencies and Omissions**

Should the proper and accurate performance of the work included in this Subcontract depend upon the proper and accurate performance of other work not included in this Subcontract, the Subcontractor shall use all necessary means to discover any defects in such other work and shall report the said defects in writing to BJ&K Condo before proceeding with the work, and shall allow BJ&K Condo a reasonable time to remedy such defects.

**19    Taxes and Permits**

a.    The Subcontractor, for the Subcontract amount herein provided for, hereby accepts and assumes exclusive liability for  and shall hold BJ&K Condo harmless against the payment of:

1)    All contributions, taxes or premiums which may be payable under the Unemployment Insurance law of any State or under the Federal Social Security Act, measured upon the payroll of employees, by whomsoever employed, engaged in the performance of the work included in this Subcontract.

2)    All sales, use or other taxes levied or assessed against the Owner, BJ&K Condo, or the Subcontractor arising out of the work, including but not limited to, taxes on any kind of building materials, supplies or equipment.

b    The Subcontractor shall obtain and pay for all necessary permits and licenses pertaining to the work and shall comply with all Federal, State and Municipal Laws, ordinances, rules and regulations and with the requirements for the Board of Fire Underwriters, whether provided for by the said Plans, Specifications and General Conditions, or not so provided for without additional charge or expense to BJ&K Condo and shall be responsible for any and all corrections of any violations thereof to the work included in this Subcontract; and the Subcontractor shall indemnify and save harmless BJ&K Condo from and against any and all loss, expense, damage or injury caused or occasioned directly or indirectly by its failure to comply with the provisions of the said laws, ordinances, rules, regulations and requirements, and shall at any time upon demand, furnish to BJ&K Condo an affidavit showing such compliance on its part.

**20    Assignment or Transfer**

Neither this Subcontract nor the monies to become due thereunder shall be assignable without the consent of BJ&K Condo and any assignment without such consent in writing shall vest no right or action in the assignee against BJ&K Condo.  Subcontractor shall not sublet the whole or any part of this Subcontract without prior written consent of BJ&K Condo

**21    Termination of Subcontract**

a.    If Subcontractor at any time refuses or neglects to supply a sufficiency of skilled workmen or materials of the proper quality and quantity  or fails in any respect to prosecute the work with promptness and diligence, or causes by any act or omission the stoppage or delay of or interference with the work of BJ&K Condo or of any other subcontractors on the Project, or fails in the performance of any of the agreements on its part contained herein, BJ&K Condo shall be at liberty, after three days written notice to Subcontractor mailed or delivered to the last known address of the latter to terminate Subcontractor's right to proceed with the work under this subcontract and to enter on the premises and take possession, for the purpose of completing the work included in the subcontract, of all materials thereon, and to employ any other person or persons to finish the work, and to procure materials therefore  Subcontractor shall not be entitled to receive any further payment under this subcontract until the said work shall be wholly finished.  If the unpaid balance of the amount to be paid under this subcontract shall exceed the expense incurred by BJ&K Condo in finishing the said work, such excess shall be paid by BJ&K Condo to Subcontractor, but if such expense shall exceed such unpaid balance, the Subcontractor shall pay the difference to BJ&K Condo  The expense incurred by BJ&K Condo shall include the cost of furnishing materials and of finishing the work and any damage incurred through the default of the Subcontractor including any attorney's fees and costs

subcontract and to the accompanying rights set forth above. In all events, pending receipt of adequate assurance of performance and actual performance in accordance therewith, BJ&K Condo shall be entitled to proceed with the work with its own forces or with other subcontractors on a time and materials, or other appropriate basis, the cost of which will be backcharged against the contract price.

    e.   In the event of the termination of the General Contract for any reason whatsoever BJ&K Condo shall have the right at any time to cancel this Subcontract without cause, which cancellation shall become effective upon notice. In the event of such cancellation, BJ&K Condo shall pay to the Subcontractor those sums relating to work performed and materials paid for and delivered to the job site in accordance with this Subcontract up to the effective date of cancellation and it is hereby understood and acknowledged that the Subcontractor shall not be entitled to payment or claims for lost profits on any portion of the work unperformed (or performed in an unsatisfactory manner) and/or material unfurnished.

### 22.  Miscellaneous

    a.   The Subcontractor agrees that the prevention of accidents to workmen engaged in the work under this Agreement is the responsibility of the Subcontractor. The Subcontractor agrees to comply with all laws, regulations and codes concerning safety as shall be applicable to the work and to the safety standards established during the progress of the work by BJ&K Condo. When so ordered, the Subcontractor agrees to stop any part of the work, which BJ&K Condo deems unsafe until corrective measures satisfactory to BJ&K Condo have been taken, and further agrees to make no claim for damages growing out of such stoppages. Should the Subcontractor neglect to adopt such corrective measures, BJ&K Condo may perform them and deduct the cost from payments due the Subcontractor. Failure on the part of BJ&K Condo to stop unsafe practices shall, in no way relieve the Subcontractor of its responsibility.

    b.   All safety precautions are to be taken as required by the local codes of the State of Florida, the Florida Industrial Commission and the Federal Occupational Safety and Health Act. The Subcontractor will be held liable for any fines levied or delays to the job progress because of the Subcontractor's failure to do so.

    c.   All notices, consents, request or other communications hereunder shall be in writing, unless otherwise expressly provided to the contrary and shall be deemed to have been made or given when mailed, delivered, telegraphed or transmitted as electronic facsimile to the other party at the address noted in this subcontract. Either party may designate a different address by notice given to the other party.

    d.   No action or failure to act, delay or omission by BJ&K Condo to exercise any right or remedy shall impair such right or remedy or any other right or remedy, or be construed to be a waiver of any default or acquiescence therein.

### 23  Clean-Up

The Subcontractor shall clean and remove from contiguous work any dirt which was caused by the execution of the work included in this Subcontract; and the Subcontractor shall clean up and remove from the premises all debris caused by the execution of the work included in this Subcontract. Should the Subcontractor fail to remove its debris BJ&K Condo will remove it and charge the cost to the Subcontractor.

### 24  Patents and Royalties

Except as otherwise provided by the Contract Documents, Subcontractor shall pay all royalties and license fees which may be due on the inclusion of any patented materials in the work. Subcontractor shall defend all suits or claims for infringement of any patent rights that may be brought against BJ&K Condo or Owner arising out of the work, and shall be liable to BJ&K Condo and Owner for all loss, including costs and expenses, on account thereof.

### 25  Governing Law and Venue

This Subcontract shall be governed by  construed  and enforced in accordance with the laws of the State of Florida. The venue of any litigation concerning this Subcontract shall be Broward County, Florida.

### 26  Amendment to the Subcontract Contract

Any amendments to this executed Subcontract shall be made only in the form of a change order that is executed by BJ&K Condo and Subcontractor. The parties further agree that the terms of any purchase order, voucher, invoices, receipts, tickets, or forms of any nature issued by Subcontractor shall not amend the terms or provisions of this Subcontract in any manner, regardless of whether acknowledged or executed by representatives of BJ&K Condo and the terms or provisions of this Subcontract shall continue to govern the rights and obligations of the parties. Any such Subcontract form will be for the sole purpose of acknowledging receipt of materials and any pre-printed or form language contained therein shall not be deemed to amend any terms and provisions of this Subcontract.

### 27  Claims and Disputes

    a.   Notice of a claim shall be submitted to the other Party in writing within 48 hours of the event giving rise to the claim. If the Parties agree to the resolution of a claim, they will enter into a written modification to this subcontract to record the resolution. Claims not resolved by mutual agreement shall be resolved by the following step process:

        Step 1   The Parties' representatives shall attempt to resolve the claim through negotiation.

        Step 2   If the Parties' representatives cannot resolve the claim, either Party may refer it to negotiation between an executive appointed by each Party.

        Step 3   If the executive negotiations cannot resolve the claim, at either Party's request, the Parties will submit the claim to the Architect for resolution.

    b   If a dispute is not resolved by the Architect's participation, either Party may refer the dispute to binding arbitration. Referral to arbitration shall be accomplished by submitting a written demand to the other Party. The written demand shall state with specificity the nature of the dispute, the amount demanded and the supporting grounds for entitlement. The responding Party shall submit a response that sets forth fully the reasons for disagreement with the demanding Party's position.

    c.   Each Party shall select one arbitrator. The arbitrators shall within ten (10) days of their appointment select a third, neutral arbitrator. If the first two arbitrators are not able to select a third arbitrator, either Party may apply to the CPR Institute to appoint the third arbitrator. The dispute shall be submitted to the panel

    d.   The Parties shall mutually agree on a time and place for hearing the dispute, the rules of discovery, submission of evidence and briefs, or if the Parties cannot agree, the arbitrators shall decide. Unless otherwise mutually agreed, the hearing shall take place in Fort Lauderdale, Florida. The arbitrators shall issue a decision within thirty (30) days after the close of the hearing. The arbitrators decision shall be final and binding and shall be enforceable in any court of competent jurisdiction.

    e.   Subcontractor shall continue to perform its work during the pendency of a claim or dispute.

**THIS AGREEMENT** entered into as of the day and year first written above.

CACERES DRYWALL CORP.                              BJ&K CONDO CONSTRUCTION, INC.

c.   All notices, consents, request or other communications hereunder shall be in writing, unless otherwise expressly provided deemed to have been made or given when mailed, delivered, telegraphed or transmitted as electronic facsimile to the other party at the address noted in this subcontract. Either party may designate a different address by notice given to the other party

d.   No action or failure to act, delay or omission by BJ&K Condo to exercise any right or remedy shall impair such right or remedy or any other right or remedy  or be construed to be a waiver of any default or acquiescence therein.

**23   Clean-Up**
The Subcontractor shall clean and remove from contiguous work any dirt which was caused by the execution of the work included in this Subcontract; and the Subcontractor shall clean up and remove from the premises all debris caused by the execution of the work included in this Subcontract.  Should the Subcontractor fail to remove its debris, BJ&K Condo will remove it and charge the cost to the Subcontractor

**24   Patents and Royalties**
Except as otherwise provided by the Contract Documents, Subcontractor shall pay all royalties and license fees which may be due on the inclusion of any patented materials in the work. Subcontractor shall defend all suits or claims for infringement of any patent rights that may be brought against BJ&K Condo or Owner arising out of the work, and shall be liable to BJ&K Condo and Owner for all loss, including costs and expenses, on account thereof.

**25   Governing Law and Venue**
This Subcontract shall be governed by, construed, and enforced in accordance with the laws of the State of Florida  The venue of any litigation concerning this Subcontract shall be Broward County, Florida.

**26   Amendment to the Subcontract Contract**
Any amendments to this executed Subcontract shall be made only in the form of a change order that is executed by BJ&K Condo and Subcontractor  The parties further agree that the terms of any purchase order, voucher, invoices, receipts, tickets, or forms of any nature issued by Subcontractor shall not amend the terms or provisions of this Subcontract in any manner  regardless of whether acknowledged or executed by representatives of BJ&K Condo and the terms or provisions of this Subcontract shall continue to govern the rights and obligations of the parties.  Any such Subcontract form will be for the sole purpose of acknowledging receipt of materials and any pre-printed or firm language contained therein shall not be deemed to amend any terms and provisions of this Subcontract.

**27   Claims and Disputes**
a.   Notice of a claim shall be submitted to the other Party in writing within 48 hours of the event giving rise to the claim.  If the Parties agree to the resolution of a claim, they will enter into a written modification to this subcontract to record the resolution.  Claims not resolved by mutual agreement shall be resolved by the following step process:

Step 1   The Parties' representatives shall attempt to resolve the claim through negotiation.

Step 2   If the Parties  representatives cannot resolve the claim, either Party may refer it to negotiation between an executive appointed by each Party

Step 3   If the executive negotiations cannot resolve the claim, at either Party's request, the Parties will submit the claim to the Architect for resolution.

b.   If a dispute is not resolved by the Architect's participation, either Party may refer the dispute to binding arbitration.  Referral to arbitration shall be accomplished by submitting a written demand to the other Party  The written demand shall state with specificity the nature of the dispute, the amount demanded and the supporting grounds for entitlement.  The responding Party shall submit a response that sets forth fully the reasons for disagreement with the demanding Party s position

c.   Each Party shall select one arbitrator  The arbitrators shall within ten (10) days of their appointment select a third, neutral arbitrator  If the first two arbitrators are not able to select a third arbitrator  either Party may apply to the CPR Institute to appoint the third arbitrator  The dispute shall be submitted to the panel

d.   The Parties shall mutually agree on a time and place for hearing the dispute, the rules of discovery, submission of evidence and briefs, or if the Parties cannot agree, the arbitrators shall decide.  Unless otherwise mutually agreed, the hearing shall take place in Fort Lauderdale, Florida.  The arbitrators shall issue a decision within thirty (30) days after the close of the hearing.  The arbitrators' decision shall be final and binding and shall be enforceable in any court of competent jurisdiction.

e.   Subcontractor shall continue to perform its work during the pendancy of a claim or dispute.

**THIS AGREEMENT** entered into as of the day and year first written above.

**CACERES DRYWALL CORP.**
_____
SUBCONTRACTOR

**BJ&K CONDO CONSTRUCTION, INC.**
_____


_____
(Signature)

_____
(Signature)


_____
(Printed Name and Title)

_____
President


_____
Federal I.D #



# LAUDERDALE ONE
### Fort Lauderdale, Florida

This Contract Document shall include the Specifications and Plans as further enumerated herein, each in their entirety, all as prepared by Roger Fry & Associates Architects, P A

## SPECIFICATIONS

A   General Conditions of the Contract for Construction, AIA 201, 1997 Edition, "Modified "

B   Subsurface Exploration Report as prepared by Tierra, Inc  file number 6611-02244, dated
November 12, 2002

C   Specification Divisions and Sections  Outline Specifications dated May 25, 2004.

Division 1 (complete), Divisions _____

Specification Sections _____

Related Specification Sections _____

## PLANS

D   See attached Plan List as noted

## ADDITIONAL CONTRACT PROVISIONS

E   This Subcontract Agreement is subject to approval of Subcontractor by Owner

## SPECIAL CONDITIONS

F   INSURANCE & BONDS
The Subcontractor must have insurance submitted to BJ&K Condo Construction, Inc. and
approved upon execution of this Subcontract agreement.  Please refer to the memorandum
regarding insurance requirements attached   Please see attached sample insurance certificate
(page number is 5 of Exhibit A) made part of this Contract.  If a Payment and Performance Bond
is required under this Subcontract Agreement, sample forms of bond requirements are attached

G   TAXPAYER I D  NUMBER
The Subcontractor is required to submit a Taxpayer Identification Number (TIN) (Attachment
#4).

H   RELEASES
Releases are to be provided for all suppliers/tier subs of Subcontractor on BJ&K Condo
Construction, Inc  standard release forms (Attachment #3)

I   REQUISITION FOR PAYMENT
The Contractor's Requisition Form is to be submitted on the form provided by the 20th of each
month accompanied by a Schedule of Values (Attachment #1)

J.   EQUAL OPPORTUNITY CLAUSES
Standard Federal Equal Opportunity Construction Contract Specifications (Executive Order
11246)

**146 – CACERES DRYWALL COPR.**

**Exhibit "A"**
**Page 1**

| 11/17/2003 | LAUDERDALE ONE | ROGER FRY & ASSOCIATES | | |
| --- | --- | --- | --- | --- |
| | ARCHITECTURAL | ROGER FRY & ASSOCIATES | | |
| | | DRAWING | LATEST REVISION | BJ&K STAMP |
| SHEET # | DESCRIPTION | DATE | DATE | DATE |
| A-0 1 | COVER SHEET / INDEX OF DRAWINGS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-0 2 | SITE PLAN AT GROUND FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 1 | BUILDING NO 1 - PLAN AT GROUND FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 2 | BUILDING NO 1 - PLAN AT 2ND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 3 | BUILDING NO 1 - PLAN AT 6TH FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 4 | BUILDING NO 1 - ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 5 | BUILDING NO 2 - PLAN AT GROUND FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 6 | BUILDING NO 2 - PLAN AT 2ND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 7 | BUILDING NO 2 - PLAN AT 6TH FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-1 8 | BUILDING NO 2 - ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-2 1 | TYPICAL UNIT PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-2 2 | TYPICAL UNIT PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-2 3 | TYPICAL UNIT PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-3 1 | BUILDING NO 1 - COMMON AREA PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-3.2 | BUILDING NO 2 - COMMON AREA PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-3.3 | BUILDING NO 2 - COMMON AREA PLANS / MAILBOX ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-3 4 | BUILDING NO 1 - COMMUNITY ROOM PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-3 5 | BUILDING NO 1 & 2 - STAIR PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-4 1 | DOOR SCHEDULE | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-4.2 | WINDOW SCHEDULE / ROOM FINISH SCHEDULE | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-5 1 | KITCHEN ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-5.2 | KITCHEN ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-5 3 | BATH ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-5 4 | BATH ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-5 5 | BATH ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-5 6 | BATH ELEVATIONS & BATH DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-6 1 | BUILDING NO 1 - ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-6 2 | BUILDING NO 1 - ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-6 3 | BUILDING NO 2 - ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-6 4 | BUILDING NO 2 - ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-6 5 | BUILDING NO 2 - ELEVATIONS & MOLDING/PARAPET DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-6 6 | BALCONY PLANS AND DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-7 1 | BUILDING NO 1 & 2 - BUILDING CROSS SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-7.2 | BUILDING NO 1 & 2 - STAIRS SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-7 3 | BUILDING NO 1 & 2 - ELEVATOR SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-7 4 | BUILDING NO 1 & 2 - TRASH ROOM SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-7 5 | BUILDING NO 1 & 2 - TYPICAL WALL SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-8 1 | FIRE RATING DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-8.2 | FIRE RATING DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-8 3 | TYPICAL DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-9 1 | PEDESTRIAN BRIDGE - PLAN & SECTION | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-9.2 | PEDESTRIAN BRIDGE - DETAILS & ELEVATION | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-10 1 | ENTRY COURT DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-10.2 | POOL DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-10 3 | MISCELLANEOUS SITE PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-11 1 | PARKING GARAGE - GROUND FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-11 2 | PARKING GARAGE - 2ND FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-11 3 | PARKING GARAGE - 3RD FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-11 4 | PARKING GARAGE - 4TH FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-12.1 | PARKING GARAGE - ELEVATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-13 1 | PARKING GARAGE - BUILDING SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-13 2 | PARKING GARAGE - DOOR SCHEDULE | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-14 1 | PARKING GARAGE - WALL SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-14.2 | PARKING GARAGE - WALL SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-15 1 | PARKING GARAGE - STAIR PLANS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| A-15.2 | PARKING GARAGE - STAIR SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |

Exhibit "A"

Page 2

| | STRUCTURAL | | G V PIREZ ASSOCIATES | | |
| SHEET # | DESCRIPTION | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
|---|---|---|---|---|
| S-1 1 | BUILDING NO 1 - FOUNDATION & GROUND FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-1 2 | BUILDING NO 1 - SECOND FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-1 3 | BUILDING NO 1 - TYPICAL FLOOR FRAMING PLAN & BRIDGE PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-1 4 | BUILDING NO 1 - SIXTH FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-1 5 | BUILDING NO 1 - ROOF FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-2 1 | BUILDING NO 2 - FOUNDATION & GROUND FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-2 2 | BUILDING NO 2 - SECOND FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-2 3 | BUILDING NO 2 - TYPICAL FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-2 4 | BUILDING NO 2 - SIXTH FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-2 5 | BUILDING NO 2 - ROOF FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-3 1 | SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-3 2 | BUILDING NO 1 - STAIR & ELEVATOR SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-3 3 | BUILDING NO 2 - STAIR & ELEVATOR SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-4 1 | TYPICAL NOTES & SCHEDULE | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| S-5 1 | EXTERIOR DOOR & WINDOW WIND PRESSURES | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-1 1 | GARAGE - FOUNDATION & GROUND FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-1 2 | GARAGE - SECOND FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-1 3 | GARAGE - THIRD FLOOR FRAMING PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-1 4 | GARAGE - ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-2 1 | GARAGE - SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-2.2 | GARAGE - STAIR SECTIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-2.3 | GARAGE - DETAILS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-3 1 | GARAGE - SHEAR WALLS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SG-4 1 | GARAGE - NOTES & SCHEDULES | 10/3/2003 | 10/3/2003 | 11/17/2003 |

| | PLUMBING | | F E S | | |
| SHEET # | DESCRIPTION | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
|---|---|---|---|---|
| P-1 | SITE PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-2 | BUILDING NO 1 - PLAN @ GROUND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-3 | BUILDING NO 1 - PLAN @ 6TH FLOOR AND ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-4 | BUILDING NO 1 - VERTICAL SANITARY, CD & DP RISER | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-5 | BUILDING NO 1 - HORIZONTAL WATER & SANITARY RISER | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-6 | BUILDING NO 2 - PLAN @ GROUND FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-7 | BUILDING NO 2 - PLAN @ 2ND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-8 | BUILDING NO 2 - PLAN @ 6TH FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P 9 | BUILDING NO 2 - ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-10 | BUILDING NO 2 - VERTICAL SANITARY, CD & DP RISER | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-11 | BUILDING NO 2 - HORIZONTAL WATER RISER | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-12 | BUILDING NO 2 - HORIZONTAL SANITARY RISER | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-13 | UNITS 1 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-14 | UNITS 2 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-15 | UNITS 3 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-16 | PARKING GROUND LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-17 | PARKING 2ND & 3RD LEVELS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-18 | PARKING TOP FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| P-19 | DETAILS, NOTES & SCHEDULES | 10/3/2003 | 10/3/2003 | 11/17/2003 |

| | HVAC | | F E S | | |
| SHEET # | DESCRIPTION | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
|---|---|---|---|---|
| AC-1 | BUILDING NO 1 - PLAN @ GROUND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-2 | BUILDING NO 1 - PLAN @ 6TH FLOOR & ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-3 | BUILDING NO 2 - PLAN @ GROUND FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-4 | BUILDING NO 2 - PLAN @ 2ND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-5 | BUILDING NO 2 - PLAN @ 6TH FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-6 | BUILDING NO 2 - ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-7 | UNITS A, B & C1 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-8 | UNITS C2 & C5 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-9 | UNITS C6 D1 & D2 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-10 | RISERS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-11 | PARKING GARAGE GROUND LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-12 | PARKING GARAGE 2ND THRU 3RD LEVELS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-13 | PARKING GARAGE TOP LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-14 | NOTES & SCHEDULES | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-15 | DETAILS 1 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| AC-16 | DETAILS 2 | 10/3/2003 | 10/3/2003 | 11/17/2003 |

Exhibit "A"

Page 3

| ELECTRICAL | | F E S | | |
| | | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
| SHEET # | DESCRIPTION | | | |
| ES-1 | SITE PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| ES-2 | SITE PHOTOMETRICS PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-1 | NOTES | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-2 | BUILDING NO 1 - PLAN @ GROUND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-3 | BUILDING NO 1 - PLAN @ 6TH FLOOR & ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-4 | BUILDING NO 2 - PLAN @ GROUND FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-5 | BUILDING NO 2 - PLAN @ 2ND THRU 5TH FLOORS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-6 | BUILDING NO 2 - PLAN @ 6TH FLOOR | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-7 | BUILDING NO 2 - ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-8 | UNITS A, B & C | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-9 | UNIT C | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-10 | UNITS C & D | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-11 | BUILDING NO 1 - ELECTRICAL RISER DIAGRAM | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-12 | BUILDING NO 2 - ELECTRICAL RISER DIAGRAM | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-13 | PARKING GARAGE - GROUND LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-14 | PARKING GARAGE - 2ND & 3RD LEVELS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| E-15 | PARKING GARAGE - TOP LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| | | | | |
| | FIRE PROTECTION | F E S | | |
| | | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
| SHEET # | DESCRIPTION | | | |
| SP-1 | SITE PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-2 | BUILDING NO 1  1ST THRU 5TH FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-3 | BUILDING NO 1  6TH FLOOR & ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-4 | BUILDING NO 2  1ST FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-5 | BUILDING NO 2  2ND THRU 5TH FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-6 | BUILDING NO 2  6TH FLOOR PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-7 | BUILDING NO 2  ROOF PLAN | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-8 | UNITS 1 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-9 | UNITS 2 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-10 | UNITS 3 | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-11 | SPRINKLER RISER DIAGRAM | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-12 | PARKING - GROUND LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-13 | PARKING - 2ND LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-14 | PARKING - 3RD LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-15 | PARKING - TOP LEVEL | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-16 | FIRE FLOW CALCULATIONS | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| SP-17 | DETAILS, NOTES & SCHEDULES | 10/3/2003 | 10/3/2003 | 11/17/2003 |
| | | | | |
| | LANDSCAPE & IRRIGATION | URBAN RESOURCE GROUP | | |
| | | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
| SHEET # | DESCRIPTION | | | |
| LA-1 | LANDSCAPE PLAN @ TYPICAL FLOOR / SECTION @ FEDERAL HWY | 10/27/2003 | NONE | 11/17/2003 |
| LA-2 | LANDSCAPE SPECIFICATIONS | 10/27/2003 | NONE | 11/17/2003 |
| LA-3 | LANDSCAPE DETAILS | 10/27/2003 | NONE | 11/17/2003 |
| | | | | |
| | CIVIL | KIMLEY-HORN & ASSOCIATES | | |
| | | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
| SHEET # | DESCRIPTION | | | |
| COVER | COVER SHEET   PHASE II | 6/18/2003 | 8/5/2003 | 11/17/2003 |
| C1 | PAVING, GRADING AND DRAINAGE PLAN – PHASE II | 2/14/2003 | 11/4/2003 | 11/17/2003 |
| C2 | WATER AND SEWER PLAN - PHASE II | 6/18/2003 | 11/4/2003 | 11/17/2003 |
| C3 | PAVING AND DRAINAGE DETAILS #1 | 6/18/2003 | NONE | 11/17/2003 |
| C4 | PAVING AND DRAINAGE DETAILS #2 | 6/18/2003 | 10/1/2003 | 11/17/2003 |
| C5 | WATER SYSTEM NOTES AND DETAILS | 8/5/2003 | 8/5/2003 | 11/17/2003 |
| C6 | DETAILS | 10/99 | 10/99 | 11/17/2003 |
| C7 | GENERAL NOTES | 10/99 | 10/99 | 11/17/2003 |
| C8 | MISCELLANEOUS UTILITY DETAILS | 6/18/2003 | 8/5/2003 | 11/17/2003 |
| C9 | DEMOLITION PLAN | 6/18/2003 | 8/5/2003 | 11/17/2003 |
| | | | | |
| | SURVEY | McLAUGHLIN ENGINEERING CO | | |
| | | DRAWING DATE | LATEST REVISION DATE | BJ&K STAMP DATE |
| SHEET # | DESCRIPTION | | | |
| Q-84 (02) | RECORD LAND SURVEY - PARCEL A | 4/22/2000 | 1/28/2003 | 11/17/2003 |

Exhibit "A"
Page 4

| 11/17/2003 | LAUDERDALE ONE | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | CIVIL | KIMLEY-HORN & ASSOCIATES | | |
| | | DRAWING | LATEST | BJ&K |
| SHEET # | DESCRIPTION | DATE | DATE | DATE |
| COVER | COVER SHEET - PHASE II | 6/18/2003 | 8/5/2003 | 11/17/2003 |
| C1 | PAVING, GRADING AND DRAINAGE PLAN – PHASE II | 2/14/2003 | 11/4/2003 | 11/17/2003 |
| C2 | WATER AND SEWER PLAN - PHASE II | 6/18/2003 | 11/4/2003 | 11/17/2003 |
| C3 | PAVING AND DRAINAGE DETAILS #1 | 6/18/2003 | NONE | 11/17/2003 |
| C4 | PAVING AND DRAINAGE DETAILS #2 | 6/18/2003 | 10/1/2003 | 11/17/2003 |
| C5 | WATER SYSTEM NOTES AND DETAILS | 8/5/2003 | 8/5/2003 | 11/17/2003 |
| C6 | DETAILS | 10/99 | 10/99 | 11/17/2003 |
| C7 | GENERAL NOTES | 10/99 | 10/99 | 11/17/2003 |
| C8 | MISCELLANEOUS UTILITY DETAILS | 6/18/2003 | 8/5/2003 | 11/17/2003 |
| C9 | DEMOLITION PLAN | 6/18/2003 | 8/5/2003 | 11/17/2003 |
| | | | | |
| | SURVEY | McLAUGHLIN ENGINEERING CO | | |
| | | DRAWING | LATEST | BJ&K |
| SHEET # | DESCRIPTION | DATE | DATE | DATE |
| Q-84 (02) | RECORD LAND SURVEY - PARCEL A | 4/22/2000 | 1/28/2003 | 11/17/2003 |

Exhibit "A"
Page 5

# ACORD CERTIFICATE IF INSURANCE

ISSUE DATE (MM/DD/YY)

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER  THIS CERTIFICATE DOES NOT AMEND  EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW |
|---|---|
| YOUR AGENT OR INSURANCE CARRIER | COMPANIES AFFORDING COVERAGE |
| | COMPANY LETTER    A   MINIMUM A.M. BEST RATING OF A- 7 |
| | COMPANY LETTER     B |
| INSURED YOUR NAME AND ADDRESS | COMPANY LETTER     C |
| | COMPANY LETTER     D |
| | COMPANY LETTER     E |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED  NOTWITHSTANDING ANY REQUIREMENT TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS  EXCLUSIONS AND CONDITIONS OF SUCH POLICIES  LIMITS SHOWN MAY HAVE REDUCED BY PAID CLAIMS

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY | | 00-00-00 | 00-00-00 | GENERAL  AGGREGATE | $2,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS-COMP/OP AGG. | $2,000 000 |
| | CLAIMS MADE    X   OCCUR | | | | PERSONAL & ADV  INJURY | $1 000,000 |
| | X OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $1 000 000 |
| | X CONTRACTUAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $   50 000 |
| | INDEPENDENT CONTRACTORS | | | | MED. EXPENSE (Any one person) | $   5,000 |
| B | AUTOMOBILE LIABILITY | | 00-00-00 | 00-00-00 | COMBINED SINGLE LIMIT | $1 000 000 |
| | X ANY AUTO | | | | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per Person) | $ |
| | SCHEDULED AUTOS | | | | | |
| | X HIRED AUTOS | | | | BODILY INJURY (Per Accident) | $ |
| | X NON-OWNED AUTOS | | | | | |
| | GARAGE LIABILITY | | | | PROPERTY DAMAGE | $ |
| | EXCESS LIABILITY | | 00-00-00 | 00-00-00 | EACH OCCURRENCE | $ |
| | UMBRELLA FORM | | | | AGGREGATE | $ |
| | OTHER THAN UMBRELLA FORM | | | | | |
| C | WORKERS COMPENSATION AND EMPLOYERS LIABILITY | | 00-00-00 | 00-00-00 | STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | $ 100,000 |
| | | | | | DISEASE  POLICY LIMIT | $ 500,000 |
| | | | | | DISEASE-EACH EMPLOYEE | $ 100 000 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
BJ&K CONDO CONSTRUCTION INC  IS LISTED AS ADDITIONAL INSURED FOR ALL COVERAGES, EXCEPT WORKER'S COMPENSATION  WAIVER OF SUBROGATION APPLIES TO GENERAL LIABILITY AND WORKER S COMPENSATION  PLEASE SEE ATTACHED ENDORSEMENT  PROJECT NAME please list job name here

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| BJ&K CONDO CONSTRUCTION  INC C/O JANE VETTE 970 WEST MCNAB ROAD SUITE 210 FT  LAUDERDALE  FL 33309 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF  THE ISSUING COMPANY WILL ENDEAVOR TO MAIL  30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY  ITS AGENTS OR REPRESENTATIVES AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/90)                                    ACORD CORPORATION 1990

Exhibit "A"
Page 6

## ***Description of Operations/Locations/Vehicles/Special Items***

30 DAYS NOTICE OF CANCELLATION ENDORSEMENT IN FAVOR OF THE CERTIFICATE
SUBJECT TO THE TERMS AND CONDITIONS OF THE POLICY

**EXHIBIT "B"**

**146 –   Caceres Drywall Corp**                                  **Lauderdale One**
                                                                  **Fort Lauderdale, Florida**

The Scope of Work of this Agreement includes, but is not limited to, the following

1       If the project does not proceed or B J&K Condo Construction, Inc is not the General
        Contractor for any reason, or BJ&K Condo Construction, Inc. does not sign an acceptable
        Contract with the Owner, this subcontract is cancelled without prejudice or cost to BJ&K
        Condo Construction, Inc. or the Owner

2       This Subcontractor shall provide the safety devices required by O.S.H.A. and shall make
        certain of their use by his workers and insist that his workers conduct themselves in a safe
        manner consistent with O.S.H.A. Regulations and Guidelines

3       This Subcontractor must provide to BJ&K Condo's Safety Director the below listed items as
        required by the Federal Right-To-Know Law Chapter 422, Florida Statutes

        A.      A Florida Substance Inventory List of all chemical substances or mixtures in a
                gaseous, liquid, or solid state, if such substance or mixture

                1       appears on the "Florida Substance List" promulgated by the Department of
                        Labor and Employment Security,
                2       is manufactured, produced, used, applied, or stored in the workplace, and
                3       causes a significant risk to safety or health during, or as a proximate result of,
                        any customary or reasonably foreseeable handling or use

                THE "FLORIDA SUBSTANCE LIST" IS AVAILABLE AT THE JOBSITE OFFICE FOR
                REVIEW

        B       All Material Safety Data Sheets must be received on all substances Subcontractor
                brings and uses on the jobsite  These Material Safety Data Sheets must also be
                available for O.S H.A  to review

        C       All Substance containers must be identified and labeled for safety of everyone, as
                required by law

        D       All substances which propose a threat of fire, etc  must be reported to the local Fire
                Department

        E.      All of Subcontractor's employees must be trained as outlined in this law  O.S.H.A
                will inspect the jobsite and if any fines are passed on to B J & K Condo Construction,
                Inc. as a direct result of the Subcontractor's non-compliance, Subcontractor will be
                charged

**146 – Caceres Drywall Corp.**                                    **Exhibit "B"**
                                                                  **Page  1**

F       Hazard Communication State Laws passed March 1989, also is in effect on the jobsite All Subcontractors will comply with both of these laws as required by law

G       A copy of the Subcontractor's Safety program is to be submitted to the Safety Director at the BJ&K Condo Construction, Inc main office All inquires will also be handled by the Safety Director.

4       Subcontractor shall provide ice and water as needed for his own work forces

5       Notify the Architect, at the time of submittal, of any deviations from the Contract Documents This Subcontractor's responsibility to the Contract Documents is not relieved by the Architect's or Contractor's review unless there is written acceptance of the specific deviations

6       Any items which are necessary for the satisfactory completion of this Scope of Work, whether or not they are specifically mentioned or described in the Contract Documents, are a part of this Agreement.

7       The use of any products or materials containing asbestos and/or urea formaldehyde is prohibited unless specifically approved by the Architect and Owner Materials called for in the Contract Documents are not exempt from this prohibition.

8       Subcontractor shall expedite approval of his shop drawings through any jurisdictional agency if applicable

9       Where the scope of the work of a section in the Specifications or Drawings calls for service connections, supports, or installations of any item or group of items being furnished under other sections, the omission of any given item from the drawings of a particular trade shall not relieve the Subcontractor of the responsibility for installing, connecting or supporting such item at no increase in the Contract Sum.  Each Subcontractor is deemed to have examined all the drawings and specifications to ascertain the full scope of its work, including but not limited to connections, supports, and installation of equipment furnished under other sections

10      Each Subcontractor shall verify all dimensions by measurements at the Project Site, and shall take any and all other measurements necessary to verify the Drawings and to properly lay out its work.  Computed dimensions shall take precedence over scaled dimensions

11      The use of any products containing lead or lead products is prohibited unless specifically approved by the Architect and Owner Materials called for in the Contract Documents are not exempt from this prohibition.

12.     Subcontractor will be required to include in this Agreement, Nextel radios compatible and acceptable to BJ&K Condo Construction, Inc and its system. Jobsite personnel are required to carry Nextels at all times for direct communication with BJ&K Condo Construction, Inc.'s staff

**146 - Caceres Drywall Corp.**                                                          **Exhibit "B"**
                                                                                        **Page  2**

13      174 Units, 2 Each Six Story Buildings, One Four Story Parking Garage and Sitework.

14.     Subcontractor will be responsible for all employee parking cost for offsite  Subcontractor to make their own arrangements and to get the employees on site

15.     Subcontractor must provide evidence of a Health Safety Plan.

16      All parties hereby agree that Subcontractor is not authorized to install a Subcontractor job sign or advertisement on site without written consent of Contractor

17      All parties hereby agree that Subcontractor assures that either he or an authorized representative of his company will attend all jobsite meetings as established by Contractor's supervisory staff unless their presence is not requested by Contractor  In the event a representative shall represent Subcontractor at these meetings, said representative shall be able to make binding commitments on all matters to be discussed at such meetings, including cost, payments, change orders, time schedules and manpower requirements  The following person(s) are designated as Subcontractor's representatives having the authority as stated herein

        Subcontractor's Designated Representative  _____

                    (Optional Representative)  _____
                                              _____

18      All parties hereby agree that in all cases in which a manufacturer's name, trade name, or their proprietary designation is used in connection with materials or articles to be furnished under this Subcontract Agreement, whether or not the phrase "or equal" is used after such name, Subcontractor shall furnish the product of the named manufactures without substitution, unless a written request for the substitute has been submitted to Contractor by the Subcontractor and approved, in writing, by Contractor  If the substitution is made on shop drawing submittals it must be issued with bold print on submittal **"THIS IS A SUBSTITUTION."**

19      Subcontractor understands the volatility in the market with material price increase and has included sufficient monies in this agreement for material increases

20      This work shall include all labor, supervision, material, tools, equipment, shop drawings, submittals, layout, unloading, scaffolding, ladders, hoisting, transportation, taxes, permits, engineering, support functions, insurance, bonds, and any other items, or services necessary for and reasonably incidental to the proper execution of a complete drywall and exterior metal wall framings, exterior gypsum sheathings, whether temporary or permanent, in accordance with all drawings, specifications, addenda, general conditions, requirements and other related documents as indicated herein.

21      Included is all drywall, metal framing, wood blocking, wood bucks, all backing wood and / or metal as required backing, furring, taping, finishing, and ceiling texture  Walls shall be orange peel finish in units and corridors, with exception of bathroom walls and ceilings which are to be left smooth.

22      Subcontractor shall provide all required layout for this scope of work

   **146 - Caceres Drywall Corp.**                                    **Exhibit "B"**
                                                                      **Page  3**

23      Subcontractor warrants that he has thoroughly reviewed the Contract Documents and that he has included in the Contract amount, sufficient monies to complete this Scope of Work and to obtain final acceptance from the Governing Building Department Subcontractor includes all necessary items to complete this Scope of Work whether or not they are shown or implied in the Contract Documents

24      All work by this Subcontractor shall be performed in a workmanlike manner in accordance with all Applicable Codes and Regulations and shall be in strict accordance with the Contract Documents

25      Subcontractor shall store all products per manufacturer's requirements

26      Subcontractor will provide all layout work for this Scope of Work  Subcontractor also shall identify all drywall penetrations by marking the floor, and shall take extreme care to avoid making any openings too large

27      The concrete slabs that are to receive a knockdown finish shall be left free from deformation, fins at form board joints, nails, reinforcing chair knots, and other imperfections by others  Subcontractor shall fill departures from plane at form board joints less than 1/4"  Subcontractor shall notify Contractor of any slab condition not acceptable for spray prior to applying texture  All slab joints shall be filled and finished flush with the slab soffits  Subcontractor shall grind all nails and rebar chairs to the slabs after they are cut and shall shellac or coat this area prior to acoustical spray

28      Subcontractor shall apply an application of knock down to the ceilings per the finish schedule and as stated herein. Apply an undercoating of paint prior to the application of spray  All concrete ceilings shall receive a knock down texture finish. Bath area drop ceilings to be smooth finished as specified

29      Subcontractor shall prepare a sample of knock down texture at ceiling which when approved by the Architect and by Contractor shall be provided as the standard for the Job.

30      All exterior window and door bucks are to be set in a full bed of approved caulking

31      All metal furring on concrete and masonry shall be as noted on the Contract Documents

32.     All interior metal studs shall be 25 gauge unless specified otherwise on the plans with spacing per documents but not more than 24" o/c

33      Subcontractor has included the structural framing for the underside of the pedestrian bridge adjoining Buildings #1 and #2.

34      Caulk all metal stud tracks, top and bottom, if required by local codes and authorities.

35      All door and window frames shall be centered in openings   Drywall shall return to door or window frames as required.

36      Maintain the fire rating for any fixtures or penetrations in fire rated drywall



146 - Caceres Drywall Corp                                           Exhibit "B"
                                                                     Page 4

37    Subcontractor shall provide moisture resistant gypsum board at all bath areas scheduled to receive ceramic tile in accordance with the Contract Documents

38    Subcontractor has included all of the fire rated shafts as shown on the Contract Drawings All UL assemblies as provided on the Contract Drawings shall be used and adhered to

39    All swing door openings are to be backed with 2" x 4" fire treated wood studs at the jambs and headers  All other door openings shall receive 2" x 4" fire treated wood headers Subcontractor shall furnish and install all rough wood bucks at all door openings in metal stud partitions

40    All wall, ceiling, soffits lines, and wall openings are to be installed plumb, level, and true Subcontractor shall shim all furring to obtain a straight, plumb and level line (horizontally and vertically) to the acceptability of Owner and Architect

41    Exterior metal studs shall be in gauges as shown on Contract Drawings  If none shown, studs shall be 18 gauge minimum

42    All wall openings shall be finished square, plumb, level and true

43    Subcontractor shall furnish and install the necessary grounds, blocking, backing and rough bucks for items including, but not limited to, the following, Windows, Drapery tracks, Sliding glass doors, steel columns, grab bars, bi-fold doors, medicine cabinets, sliding doors, wood doors, A/C units, cabinets, washer/dryer racks, vanities, shower pans & curbs, ceiling changes, storefronts, mailboxes, fire hose and extinguisher cabinets, shelving, pocket door frames, handrails, bath accessories, etc  The Subcontractor shall carefully check the Contract Documents, shop drawings and Job conditions to accurately locate the required blocking, backing, and grounds for the proper backing installation for such items as listed above.  Blocking and backing to be metal

44    All bathrooms shall receive backing for grab bars, even if not shown to receive grab bars

45    Subcontractor shall set all hollow metal door frames in drywall assemblies

46    Furnish and install all required framing around mail box centers

47    Subcontractor shall install all architectural expansion joint covers that are incorporated into drywall assemblies  Expansion joint covers shall be furnished by others

48.   Subcontractor shall be responsible to tape and seal any penetrations through drywall partitions and to fire tape and seal any penetrations in fire rated drywall.

49    It shall be the responsibility of Subcontractor to insure that each finisher on this Project has adequate lighting in each room to do a quality job of finishing  Extensions for lighting will be the responsibility of Subcontractor

50    Subcontractor shall install all access panels and doors as required in drywall or acoustical ceiling construction. All metal access panels will be provided by others  Any access panels made of drywall and wood construction shall be furnished and installed by Subcontractor

**146 – Caceres Drywall Corp.**                                      **Exhibit "B"**
                                                                     **Page  5**



51    Any areas with plumbing stacks, hangers, electrical boxes, etc extending out past wall face, must be submitted to Contractor in writing by Subcontractor for correction prior to installation of drywall

52    Subcontractor shall, clean all electrical boxes free of mud and tape  Subcontractor must use extreme care to avoid cutting openings too large for the boxes

53    No stocking of drywall material on balconies or in passageways will be allowed

54    Subcontractor shall clean all drywall trash daily and deposit it in dumpsters as furnished by others

55    Subcontractor shall mask off and otherwise protect the work of others from ceiling and wall textures and shall scrape clean all floors and walls free of overspray

56    Subcontractor shall repair all nicks, dings, etc , and all patch and corrective work on walls and ceilings, when completed, must match uniformly with the existing drywall finish or acoustical spray

57    Subcontractor shall furnish and install sub-framing bucks in accordance with window and sliding glass door Shop Drawings as approved by Architect.

58    Subcontractor shall caulk along the inside face of header and jambs of exterior glass doors and windows where metals join the drywall

59    Subcontractor shall patch drywall under all window sills, after sills are installed, to a neat and true line  Wall finish shall match the surrounding wall areas  Drywall mud shall be cleaned from the sills

60    Subcontractor shall furnish and install all drywall chases as shown, both rated and non-rated including but not limited to dryer shafts, bath exhausts shafts, and A/C freon lines  Subcontractor shall coordinate installation of chases with other subcontractors for installation of duct boots, access panels, etc

61    Furnish and install any required acoustical sealants

62.   All drop ceilings shall be standard gauge metal framing with regular drywall unless otherwise required.

63    All interior apartment walls shall be metal stud construction with 1/2" regular drywall unless otherwise noted on contract drawings / documents

64    All interior walls shall be studded to the structure  Included are any required compressible filler, thermafiber safing and caulking  All joints, whether exposed or not, shall be according to the Code, Contract Documents or established industry standards whichever is more stringent.

**146 – Caceres Drywall Corp**                                    **Exhibit "B"**
                                                                 **Page  6**



65    Drywall on both sides of all party walls, corridor walls, and chase walls shall extend to the structural slabs or bottom of room construction. Drywall on interior partitions may stop at the drop ceilings except where plenums or wall rating are required by local codes and ordinances or by the Architect. Smoke stops or fire cats in wall are to be provided where ceiling heights vary at wall.

66    Exterior metal stud walls shall be constructed according to the Contract Documents

67    There shall be no allowances made through the course of this project for material shortages or material or labor cost increases. Subcontractor shall take whatever steps are necessary to ensure that he has allocated sufficient materials to complete this project.

68    It is understood and agreed that, should overtime or weekend work be necessary to maintain the project schedule, it is included in the Agreement.

69.   Provide the necessary framing from horizontal to vertical surfaces such as ceilings to walls.

70    Furnish and install any draft stops, fire stops, cats, etc , as may be required for a complete installation of work.

71    At Contractor's direction this Subcontractor shall extend the kitchen soffits over the wall cabinets or in line with the soffits over the cabinets at no additional cost to Contractor or the Owner

72    Subcontractor to provide sealant at drywall runners and control joints at locations indicated on Contract Drawings

73    Provide hung drywall ceilings and ceiling suspended system; coordinate the work of the mechanical and electrical trades and layout of the suspension system to facilitate their installation

74    Subcontractor shall drywall wrap all metal columns to ensure a 3 hour fire rating as shown in the Contract Documents

75    Subcontractor will provide drop drywall soffits in apartment foyers, dining, halls, kitchen, laundry, closets, etc. necessary to conceal all ductwork and sprinkler piping

76    Subcontractor shall furnish and install all backing for future grab bars, etc. as shown.

77    Subcontractor shall be responsible for providing their own temporary power, including generators, if required

78.   Subcontractor shall provide their own hoisting and stocking

79    Subcontractor shall provide all concealed wood as fire retardant type

80    Subcontractor includes all framing and drywall for niches in units as noted on plans

**146 - Caceres Drywall Corp.**                                         **Exhibit "B"**
                                                                        **Page  7**



81    Subcontractor shall provide all drywall and furring for walls at storage rooms, electrical rooms, elevator machine rooms, pump rooms, and trash room walls according to the Contract Documents

82    Subcontractor shall provide drywall ceiling and orange peel texture at tenant storage rooms according to the Contract Documents

83    Subcontractor shall provide 4" wide x 1'-0" deep framed drywall soffits within apartment units as required for routing of fire sprinkler heads  All proposed soffits must be approved by architect prior to installation of any piping

84    Subcontractor shall furnish and install all drywall and necessary framing for all pilaster buildouts at corridors in accordance with the Contract Documents

85    All exterior masonry walls shall be 1 $5/8$" metal stud in lieu of wood furring

86    Subcontractor to furnish a 100% Performance and 100% Payment Bond acceptable to BJ&K and its agents  Cost of the Bond is not included in the contract price and is to be invoiced separately

**146 – Caceres Drywall Corp**

**Exhibit "B"**
**Page  8**



# COMMON POLICY DECLARATIONS  RECEIVED

**AMERISURE MUTUAL
INSURANCE COMPANY**

SERVICE OFFICES

FIRST YEAR

MAR 3 1 2009

BROWN & BROWN INS
FT. LAUDERDALE, FL.
2006

| | |
|---|---|
| **POLICY NUMBER**    GL 2035546030009 | **PREMIUM AMOUNT DUE** $    25,401 01 |
| GROUP NUMBER | |
| ACCOUNT NUMBER   20023036 | **RENEWAL OF**    GL 2035546020008 |

**NAMED INSURED**  CACERAS DRYWALL
GEORGE CACERAS

**MAILING ADDRESS**
12316 SW 129TH COURT

MIAMI                 FL 33186

**PRODUCER NUMBER**    826039 - 150
**PRODUCER NAME AND ADDRESS**
BROWN & BROWN/FT LAUDERDALE

P O BOX 5727

FT LAUDERDALE          FL  33310

**POLICY PERIOD**   FROM 03/02/2009 TO 03/02/2010   AT 12 01 AM STANDARD TIME
AT YOUR MAILING ADDRESS SHOWN ABOVE  DATE ISSUED  03/25/2009

NAMED INSURED'S BUSINESS   DRYWALL CONTRACTOR
FORM OF BUSINESS     CORPORATION
AUDIT PERIOD       ANNUAL

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THE
POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED   THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

| | PREMIUM |
|---|---|
| BOILER AND MACHINERY COVERAGE PART | $        0.00 |
| COMMERCIAL AUTO COVERAGE PART | $        0.00 |
| COMMERCIAL CRIME COVERAGE PART | $        0.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $   24,601.00 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $        0.00 |
| COMMERCIAL PROPERTY COVERAGE PART | $        0.00 |
| STATE TAX | $ |
| MUNICIPAL SURCHARGE | $ |
| NEW YORK FIRE FEE | $ |
| FLORIDA - CITIZENS PROPERTY INSURANCE SURCHARGE 2004 | $ |
| FL HURRICANE CATASTROPHE FUND EMERGENCY ASSESSMENT | $      246.01 |
| FL INSURANCE GUARANTY ASSOCIATION ASSESSMENT 2006-2 | $       62.00 |
| 2005 HRA CITIZENS EMERGENCY ASSESSMENT | $ |
| FL INSURANCE GUARANTY ASSOCIATION ASSESSMENT 2007 | $      492.00 |
| **TOTAL** | $    25,401 01 |

---

FORMS APPLICABLE TO ALL COVERAGE PARTS

COUNTERSIGNED _____  BY  _____
                    (DATE)                    (AUTHORIZED REPRESENTATIVE)



EXHIBIT B



COMMERCIAL GENERAL LIABILITY COVERAGE PART
DECLARATIONS PAGE

**POLICY NUMBER**   GL 2035546030009              **EFFECTIVE DATE**   03/02/2009

**NAMED INSURED**

CACERAS DRYWALL                    GEORGE CACERAS

**LIMITS OF INSURANCE**

GENERAL AGGREGATE LIMIT                                    2,000,000
  (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)
PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT             2,000,000
PERSONAL & ADVERTISING INJURY LIMIT                        1,000,000
EACH OCCURRENCE LIMIT                                      1,000,000
DAMAGE TO PREMISES RENTED TO YOU LIMIT                        50,000
MEDICAL EXPENSE LIMIT                                          5,000 ANY ONE PERSON

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY**

FOR DESCRIPTIONS OF THE INSURED PREMISES PLEASE REFER TO THE ATTACHED
SCHEDULES

**CLASSIFICATIONS**

ALL APPLICABLE CLASSIFICATIONS MAY BE FOUND IN THE ATTACHED SCHEDULES

**FORMS APPLICABLE**

| | | | |
|---|---|---|---|
| CG 21 60 09 98 | M  10 85 06 00 | CG 21 70 01 08 | |
| CG 22 34 07 98 | CG 22 79 07 98 | CG 71 06 10 99 | CG 71 53 12 06 |
| CG 21 86 12 04 | CG 71 42 11 05 | CG 70 48 03 04 | CG 70 49 09 05 |
| CG 70 42 04 03 | CG 70 71 09 99 | CG 00 01 12 07 | IL 70 27 07 01 |
| | IL 00 17 11 98 | CG 04 37 12 04 | CG 71 34 04 05 |
| CG 71 03 01 06 | CG 21 67 12 04 | | CG 02 20 12 07 |
| CG 21 47 12 07 | IL 00 21 09 08 | IL 70 39 01 08 | |

COMMERCIAL GENERAL LIABILITY
SCHEDULE OF COVERED PREMISES

**POLICY NUMBER**

GL 2035546030009

**NAMED INSURED**

CACERAS DRYWALL
GEORGE CACERAS

PREM NO   BLDG NO   LOCATION
00002     001       12316 SW 129TH COURT
                    MIAMI              FL   33196

CLASSIFICATION
      CODE        DESCRIPTION
      49950       ADDITIONAL INTERESTS

|                      |       | PREMIUM  |
|----------------------|-------|----------|
| PREMISES/OPERATIONS  | 0 000 | 1,200 00 |

CLASSIFICATION
      CODE        DESCRIPTION
      91580       CONTRACTORS - EXECUTIVE SUPERVISORS OR
                  EXECUTIVE SUPERINTENDENTS - INCLUDING
                  PRODUCTS AND COMPLETED OPERATIONS

| EXPOSURE<br>BASE | PREMIUM<br>BASIS | EXPOSURE |
|------------------|------------------|----------|
| PAYROLL          | PER 1000         | 161,000  |

|                      | RATE   | PREMIUM  |
|----------------------|--------|----------|
| PREMISES/OPERATIONS  | 60 773 | 9,784 00 |

CLASSIFICATION
      CODE        DESCRIPTION
      91585       CONTRACTORS-SUBCONTRACTED WORK-IN
                  CONNECTION WITH CONSTRUCTION,
                  RECONSTRUCTION, REPAIR OR ERECTION
                  OF BUILDINGS  NOC

| EXPOSURE<br>BASE | PREMIUM<br>BASIS | EXPOSURE  |
|------------------|------------------|-----------|
| TOTAL COST       | PER 1000         | 2,660,000 |

|                      | RATE  | PREMIUM  |
|----------------------|-------|----------|
| PREMISES/OPERATIONS  | 1 057 | 2,812.00 |
| PROD/COMPLETED OPS   | 2 451 | 6,520.00 |

## COMMERCIAL GENERAL LIABILITY
## SCHEDULE OF COVERED PREMISES

POLICY NUMBER

GL 2035546030009

NAMED INSURED

CACERAS DRYWALL
GEORGE CACERAS

CLASSIFICATION
CODE          DESCRIPTION
92338         DRY WALL OR WALLBOARD INSTALLATION

EXPOSURE          PREMIUM
BASE              BASIS          EXPOSURE
PAYROLL           PER 1000           224,000

|  | RATE | PREMIUM |
|---|---|---|
| PREMISES/OPERATIONS | 9 156 | 2,051 00 |
| PROD/COMPLETED OPS | 4 616 | 1,034 00 |

CLASSIFICATION
CODE          DESCRIPTION
94444         CONTRACTORS NOC
              CGL EXTENSION ENDORSEMENT

EXPOSURE          PREMIUM
BASE              BASIS          EXPOSURE
PAYROLL           PER 1000            1

|  | RATE | PREMIUM |
|---|---|---|
| PREMISES/OPERATIONS | 0 000 | 1,200 00 |
| SUBLINE 334 MINIMUM PREMIUM |  | 264 00 |
| SUBLINE 336 MINIMUM PREMIUM |  | 408 00 |

TOTAL COVERAGE PART PREMIUM          $     24,601.00

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage Read the entire policy carefully to determine rights duties and what is and is not covered

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy The words "we" "us" and 'our" refer to the company providing this insurance

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured

Other words and phrases that appear in quotation marks have special meaning Refer to Section V – Definitions

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1 Insuring Agreement**

a We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies We will have the right and duty to defend the insured against any ' suit" seeking those damages However we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply We may, at our discretion investigate any "occurrence" and settle any claim or "suit" that may result But

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance, and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B

b This insurance applies to "bodily injury" and "property damage" only if

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"

(2) The "bodily injury" or "property damage" occurs during the policy period, and

(3) Prior to the policy period no insured listed under Paragraph 1 of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred in whole or in part If such a listed insured or authorized "employee" knew prior to the policy period that the "bodily injury" or "property damage" occurred then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period

c "Bodily injury" or "property damage' which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1 of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period

d "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1 of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage", or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur

© ISO Properties, Inc 2006

e Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2 Exclusions

This insurance does not apply to

**a Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2006

**f  Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge dispersal seepage migration release or escape of pollutants"

   (a) At or from any premises site or location which is or was at any time owned or occupied by or rented or loaned to, any insured  However, this subparagraph does not apply to

      (i) "Bodily injury" if sustained within a building and caused by smoke fumes vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building or equipment that is used to heat water for personal use by the building's occupants or their guests

      (ii) "Bodily injury" or "property damage" for which you may be held liable if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises  site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured  or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire",

   (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste,

   (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for

      (i) Any insured, or

      (ii) Any person or organization for whom you may be legally responsible, or

   (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured s behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor  However this subparagraph does not apply to

      (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold store or receive them  This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels  lubricants or other operating fluids  or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor

      (ii) "Bodily injury" or 'property damage" sustained within a building and caused by the release of gases fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor, or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"

   (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for monitor clean up, remove contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

© ISO Properties Inc , 2006

(2) Any loss, cost or expense arising out of any

    (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat detoxify or neutralize or in any way respond to or assess the effects of, "pollutants", or

    (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for monitoring cleaning up removing, containing treating detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants"

However this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority

**g  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured Use includes operation and "loading or unloading"

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured

This exclusion does not apply to

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is

    (a) Less than 26 feet long, and

    (b) Not being used to carry persons or property for a charge,

(3) Parking an "auto" on or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured,

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft, or

(5) "Bodily injury" or "property damage" arising out of

    (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged or

    (b) the operation of any of the machinery or equipment listed in Paragraph f (2) or f (3) of the definition of "mobile equipment"

**h  Mobile Equipment**

Bodily injury" or "property damage" arising out of

(1) The transportation of "mobile equipment" by an 'auto' owned or operated by or rented or loaned to any insured or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for any prearranged racing speed demolition, or stunting activity

**i  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents or

(3) Insurrection rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

**j  Damage To Property**

"Property damage" to

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property,

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises,

(3) Property loaned to you,

(4) Personal property in the care, custody or control of the insured

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises including the contents of such premises rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the products-completed operations hazard"

**k** **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it

**l** **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard"

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor

**m** **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work", or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use

**n** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of

**(1)** "Your product"

**(2)** "Your work", or

**(3)** "Impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it

**o** **Personal And Advertising Injury**

Bodily injury" arising out of "personal and advertising injury"

**p** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data

As used in this exclusion electronic data means information, facts or programs stored as or on created or used on, or transmitted to or from computer systems including systems and applications software, hard or floppy disks CD-ROMS, tapes drives, cells data processing devices or any other media which are used with electronically controlled equipment

**q** **Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law, or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information

Exclusions **c** through **n** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1 Insuring Agreement

**a** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies We will have the right and duty to defend the insured against any "suit" seeking those damages However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply We may, at our discretion, investigate any offense and settle any claim or "suit" that may result But

   **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance, and

   **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages **A** and **B**

**b** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period

### 2 Exclusions

This insurance does not apply to

**a Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury"

**b Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity

**c Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period

**d Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured

**e Contractual Liability**

'Personal and advertising injury" for which the insured has assumed liability in a contract or agreement This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement

**f Breach Of Contract**

Personal and advertising injury" arising out of a breach of contract except an implied contract to use another's advertising idea in your "advertisement"

**g Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods products or services to conform with any statement of quality or performance made in your "advertisement"

**h Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement"

**i Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright patent, trademark, trade secret or other intellectual property rights Under this exclusion such other intellectual property rights do not include the use of another's advertising idea in your "advertisement"

However this exclusion does not apply to infringement, in your "advertisement", of copyright trade dress or slogan

**j Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is

   **(1)** Advertising, broadcasting, publishing or telecasting,

   **(2)** Designing or determining content of websites for others, or

© ISO Properties, Inc , 2006

CG 00 01 12 07 □

(3) An Internet search, access, content or service provider

However, this exclusion does not apply to Paragraphs 14 a , b and c of "personal and advertising injury" under the Definitions Section

For the purposes of this exclusion the placing of frames borders or links, or advertising, for you or others anywhere on the Internet is not by itself, considered the business of advertising, broadcasting publishing or telecasting

**k Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control

**l Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag or any other similar tactics to mislead another's potential customers

**m Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge dispersal, seepage migration, release or escape of "pollutants" at any time

**n Pollution-Related**

Any loss, cost or expense arising out of any

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants", or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring cleaning up removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants"

**o War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents or

(3) Insurrection, rebellion revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

**p Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate

(1) The Telephone Consumer Protection Act (TCPA) including any amendment of or addition to such law, or

(2) The CAN SPAM Act of 2003, including any amendment of or addition to such law or

(3) Any statute ordinance or regulation other than the TCPA or CAN-SPAM Act of 2003 that prohibits or limits the sending, transmitting communicating or distribution of material or information

## COVERAGE C MEDICAL PAYMENTS

**1 Insuring Agreement**

a We will pay medical expenses as described below for "bodily injury" caused by an accident

(1) On premises you own or rent,

(2) On ways next to premises you own or rent or

(3) Because of your operations

provided that

(a) The accident takes place in the "coverage territory" and during the policy period

(b) The expenses are incurred and reported to us within one year of the date of the accident and

(c) The injured person submits to examination at our expense, by physicians of our choice as often as we reasonably require

b We will make these payments regardless of fault These payments will not exceed the applicable limit of insurance We will pay reasonable expenses for

(1) First aid administered at the time of an accident,

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices, and

(3) Necessary ambulance hospital professional nursing and funeral services

**2  Exclusions**

We will not pay expenses for "bodily injury"

**a  Any Insured**

To any insured  except "volunteer workers"

**b  Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured

**c  Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies

**d  Workers Compensation And Similar Laws**

To a person whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law

**e  Athletics Activities**

To a person injured while practicing instructing or participating in any physical exercises or games sports or athletic contests

**f  Products-Completed Operations Hazard**

Included within the "products-completed operations hazard"

**g  Coverage A Exclusions**

Excluded under Coverage A

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1  We will pay, with respect to any claim we investigate or settle  or any "suit" against an insured we defend

**a**  All expenses we incur

**b**  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies We do not have to furnish these bonds

**c**  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance  We do not have to furnish these bonds

**d**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work

**e**  All court costs taxed against the insured in the "suit"  However, these payments do not include attorneys fees or attorneys' expenses taxed against the insured

**f**  Prejudgment interest awarded against the insured on that part of the judgment we pay  If we make an offer to pay the applicable limit of insurance  we will not pay any prejudgment interest based on that period of time after the offer

**g**  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid  offered to pay  or deposited in court the part of the judgment that is within the applicable limit of insurance

These payments will not reduce the limits of insurance

2  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit  we will defend that indemnitee if all of the following conditions are met

**a**  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract"

**b**  This insurance applies to such liability assumed by the insured

**c**  The obligation to defend  or the cost of the defense of  that indemnitee, has also been assumed by the insured in the same "insured contract",

**d**  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee,

**e**  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee, and

**f**  The indemnitee

(1)  Agrees in writing to

(a)  Cooperate with us in the investigation, settlement or defense of the "suit",

(b)  Immediately send us copies of any demands  notices, summonses or legal papers received in connection with the "suit",

(c)  Notify any other insurer whose coverage is available to the indemnitee, and

(d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee  and

(2)  Provides us with written authorization to

(a)  Obtain records and other information related to the "suit", and

(b) Conduct and control the defense of the indemnitee in such "suit"

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments Notwithstanding the provisions of Paragraph **2 b (2)** of Section **I – Coverage A** – Bodily Injury And Property Damage Liability such payments will not be deemed to be damages for 'bodily injury" and "property damage' and will not reduce the limits of insurance

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f above are no longer met

**SECTION II – WHO IS AN INSURED**

1   If you are designated in the Declarations as

   a   An individual, you and your spouse are insureds  but only with respect to the conduct of a business of which you are the sole owner

   b   A partnership or joint venture, you are an insured  Your members, your partners  and their spouses are also insureds, but only with respect to the conduct of your business

   c   A limited liability company, you are an insured  Your members are also insureds  but only with respect to the conduct of your business  Your managers are insureds  but only with respect to their duties as your managers

   d   An organization other than a partnership, joint venture or limited liability company, you are an insured  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors  Your stockholders are also insureds, but only with respect to their liability as stockholders

   e   A trust, you are an insured  Your trustees are also insureds, but only with respect to their duties as trustees

2   Each of the following is also an insured

   a   Your "volunteer workers" only while performing duties related to the conduct of your business or your "employees"  other than either your executive officers" (if you are an organization other than a partnership  joint venture or limited liability company) or your managers (if you are a limited liability company)  but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business  However  none of these "employees" or  volunteer workers" are insureds for

   (1) "Bodily injury" or "personal and advertising injury"

     (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co "employee" while in the course of his or her employment or performing duties related to the conduct of your business  or to your other "volunteer workers" while performing duties related to the conduct of your business

     (b) To the spouse, child, parent  brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above,

     (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above, or

     (d) Arising out of his or her providing or failing to provide professional health care services

   (2) "Property damage" to property

     (a) Owned, occupied or used by,

     (b) Rented to  in the care  custody or control of, or over which physical control is being exercised for any purpose by

     you  any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

**b** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager

**c** Any person or organization having proper temporary custody of your property if you die but only

   **(1)** With respect to liability arising out of the maintenance or use of that property and

   **(2)** Until your legal representative has been appointed

**d** Your legal representative if you die but only with respect to duties as such That representative will have all your rights and duties under this Coverage Part

**3** Any organization you newly acquire or form other than a partnership joint venture or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization However

**a** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period whichever is earlier,

**b** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization and

**c** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization

No person or organization is an insured with respect to the conduct of any current or past partnership joint venture or limited liability company that is not shown as a Named Insured in the Declarations

**SECTION III – LIMITS OF INSURANCE**

**1** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of

**a** Insureds,

**b** Claims made or "suits" brought, or

**c.** Persons or organizations making claims or bringing "suits"

**2** The General Aggregate Limit is the most we will pay for the sum of

**a** Medical expenses under Coverage C,

**b** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" and

**c** Damages under Coverage B

**3** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard

**4** Subject to Paragraph 2 above the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization

**5** Subject to Paragraph 2 or 3 above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of

**a** Damages under Coverage A, and

**b** Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence"

**6** Subject to Paragraph 5 above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner

**7** Subject to Paragraph 5 above the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1 Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part

**2 Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim To the extent possible, notice should include

   **(1)** How, when and where the "occurrence" or offense took place

   **(2)** The names and addresses of any injured persons and witnesses, and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense

**b** If a claim is made or "suit" is brought against any insured, you must

**(1)** Immediately record the specifics of the claim or "suit" and the date received and

**(2)** Notify us as soon as practicable

You must see to it that we receive written notice of the claim or "suit" as soon as practicable

**c** You and any other involved insured must

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit",

**(2)** Authorize us to obtain records and other information,

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit" and

**(4)** Assist us, upon our request in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply

**d** No insured will except at that insured's own cost voluntarily make a payment assume any obligation, or incur any expense, other than for first aid, without our consent

**3   Legal Action Against Us**

No person or organization has a right under this Coverage Part

**a** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured or

**b** To sue us on this Coverage Part unless all of its terms have been fully complied with

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative

**4   Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows

**a   Primary Insurance**

This insurance is primary except when Paragraph **b** below applies If this insurance is primary our obligations are not affected unless any of the other insurance is also primary Then we will share with all that other insurance by the method described in Paragraph **c** below

**b   Excess Insurance**

**(1)** This insurance is excess over

**(a)** Any of the other insurance, whether primary excess contingent or on any other basis

**(i)** That is Fire, Extended Coverage Builder's Risk Installation Risk or similar coverage for "your work",

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner, or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit" If no other insurer defends we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers

© ISO Properties Inc , 2006

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss if any, that exceeds the sum of

    **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance, and

    **(b)** The total of all deductible and self-insured amounts under all that other insurance

**(4)** We will share the remaining loss if any with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part

**c** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits Under this method each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers

**5   Premium Audit**

**a** We will compute all premiums for this Coverage Part in accordance with our rules and rates

**b** Premium shown in this Coverage Part as advance premium is a deposit premium only At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured The due date for audit and retrospective premiums is the date shown as the due date on the bill If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured

**c** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request

**6   Representations**

By accepting this policy, you agree

**a** The statements in the Declarations are accurate and complete

**b** Those statements are based upon representations you made to us, and

**c** We have issued this policy in reliance upon your representations

**7   Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured this insurance applies

**a** As if each Named Insured were the only Named Insured and

**b** Separately to each insured against whom claim is made or "suit" is brought

**8   Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us The insured must do nothing after loss to impair them At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them

**9   When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date

If notice is mailed proof of mailing will be sufficient proof of notice

**SECTION V – DEFINITIONS**

**1** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods products or services for the purpose of attracting customers or supporters For the purposes of this definition

**a** Notices that are published include material placed on the Internet or on similar electronic means of communication, and

**b** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement

**2** "Auto" means

**a** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment, or

**b** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged

However, "auto" does not include "mobile equipment"

© ISO Properties, Inc , 2006   CG 00 01 12 07   ☐

3  "Bodily injury" means bodily injury sickness or disease sustained by a person including death resulting from any of these at any time

4  "Coverage territory" means

a  The United States of America (including its territories and possessions) Puerto Rico and Canada

b  International waters or airspace but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a above, or

c  All other parts of the world if the injury or damage arises out of

(1)  Goods or products made or sold by you in the territory described in Paragraph a above

(2)  The activities of a person whose home is in the territory described in Paragraph a above but is away for a short time on your business, or

(3)  "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph a above or in a settlement we agree to

5  "Employee" includes a "leased worker" "Employee" does not include a "temporary worker"

6  "Executive officer" means a person holding any of the officer positions created by your charter constitution, by-laws or any other similar governing document

7  "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be

8  "Impaired property" means tangible property, other than "your product" or "your work" that cannot be used or is less useful because

a  It incorporates "your product" or "your work" that is known or thought to be defective, deficient inadequate or dangerous, or

b  You have failed to fulfill the terms of a contract or agreement,

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement

9  'Insured contract" means

a  A contract for a lease of premises However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract",

b  A sidetrack agreement

c  Any easement or license agreement except in connection with construction or demolition operations on or within 50 feet of a railroad,

d  An obligation as required by ordinance, to indemnify a municipality except in connection with work for a municipality

e  An elevator maintenance agreement,

f  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization Tort liability means a liability that would be imposed by law in the absence of any contract or agreement

Paragraph f does not include that part of any contract or agreement

(1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds tunnel, underpass or crossing,

(2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of

(a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications or

(b)  Giving directions or instructions or failing to give them, if that is the primary cause of the injury or damage, or

(3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities

10 "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business   Leased worker" does not include a "temporary worker"

11 'Loading or unloading" means the handling of property

   a  After it is moved from the place where it is accepted for movement into or onto an aircraft watercraft or  auto"

   b  While it is in or on an aircraft  watercraft or "auto"  or

   c  While it is being moved from an aircraft  watercraft or "auto" to the place where it is finally delivered

but "loading or unloading" does not include the movement of property by means of a mechanical device other than a hand truck  that is not attached to the aircraft, watercraft or "auto"

12 "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment

   a  Bulldozers  farm machinery, forklifts and other vehicles designed for use principally off public roads

   b  Vehicles maintained for use solely on or next to premises you own or rent

   c  Vehicles that travel on crawler treads

   d  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted

     (1)  Power cranes, shovels, loaders, diggers or drills, or

     (2)  Road construction or resurfacing equipment such as graders  scrapers or rollers,

   e  Vehicles not described in Paragraph a , b , c or d above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types

     (1)  Air compressors, pumps and generators, including spraying, welding  building cleaning, geophysical exploration, lighting and well servicing equipment, or

     (2)  Cherry pickers and similar devices used to raise or lower workers,

   f  Vehicles not described in Paragraph a , b , c or d  above maintained primarily for purposes other than the transportation of persons or cargo

However  self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos"

   (1)  Equipment designed primarily for

     (a)  Snow removal

     (b)  Road maintenance  but not construction or resurfacing  or

     (c)  Street cleaning

   (2)  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers  and

   (3)  Air compressors, pumps and generators, including spraying  welding  building cleaning, geophysical exploration  lighting and well servicing equipment

However  "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged  Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos"

13 Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions

14 'Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses

   a  False arrest, detention or imprisonment,

   b  Malicious prosecution,

   c  The wrongful eviction from  wrongful entry into or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor,

   d  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services,

   e  Oral or written publication, in any manner, of material that violates a persons right of privacy,

   f  The use of another's advertising idea in your "advertisement", or

   g  Infringing upon another's copyright, trade dress or slogan in your "advertisement"

  © ISO Properties, Inc  2006  CG 00 01 12 07  □

**15** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant including smoke vapor soot, fumes acids, alkalis chemicals and waste  Waste includes materials to be recycled reconditioned or reclaimed

**16** "Products-completed operations hazard"

  **a**  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except

    **(1)** Products that are still in your physical possession  or

    **(2)** Work that has not yet been completed or abandoned  However  "your work" will be deemed completed at the earliest of the following times

      **(a)** When all of the work called for in your contract has been completed

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project

      Work that may need service  maintenance correction, repair or replacement, but which is otherwise complete, will be treated as completed

  **b**  Does not include "bodily injury" or "property damage" arising out of

    **(1)** The transportation of property  unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you  and that condition was created by the "loading or unloading" of that vehicle by any insured,

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials, or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy  schedule,  states  that products-completed operations are subject to the General Aggregate Limit

**17** "Property damage" means

  **a**  Physical injury to tangible property, including all resulting loss of use of that property  All such loss of use shall be deemed to occur at the time of the physical injury that caused it, or

  **b**  Loss of use of tangible property that is not physically injured  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it

For the purposes of this insurance electronic data is not tangible property

As used in this definition  electronic data means information  facts  or programs  stored as or on created or used on  or transmitted to or from computer software, including systems and applications software  hard or floppy disks  CD-ROMS  tapes, drives  cells  data processing devices or any other media which are used with electronically controlled equipment

**18** "Suit" means a civil proceeding in which damages because of "bodily injury"  "property damage" or personal and advertising injury" to which this insurance applies are alleged  "Suit" includes

  **a**  An arbitration proceeding in which such damages  are  claimed  and  to  which  the  insured must  submit  or  does  submit  with  our  consent or

  **b**  Any other alternative dispute resolution proceeding  in  which  such  damages  are  claimed and to which the insured submits with our consent

**19** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions

**20** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary  or  other  compensation  by  you  or  anyone else for their work performed for you

**21** "Your product"

  **a**  Means

    **(1)** Any goods  or  products  other than  real property, manufactured, sold, handled, distributed or disposed of by

      **(a)** You,

      **(b)** Others trading under your name, or

      **(c)** A person or organization whose business or assets you have acquired, and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products

  **b**  Includes

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product" and

© ISO Properties, Inc , 2006

**(2)** The providing of or failure to provide warnings or instructions

**c** Does not include vending machines or other property rented to or located for the use of others but not sold

**22** "Your work

  **a** Means

    **(1)** Work or operations performed by you or on your behalf  and

    **(2)** Materials  parts or equipment furnished in connection with such work or operations

  **b** Includes

    **(1)** Warranties or representations made at any time with respect to the fitness, quality  durability  performance or use of "your work" and

    **(2)** The providing of or failure to provide warnings or instructions

© ISO Properties  Inc  2006

CG 00 01 12 07 □

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium or

   b. 30 days before the effective date of cancellation if we cancel for any other reason

3. We will mail or deliver our notice to the first Named Insureds last mailing address known to us

4. Notice of cancellation will state the effective date of cancellation The policy period will end on that date

5. If this policy is cancelled, we will send the first Named Insured any premium refund due If we cancel the refund will be pro rata If the first Named Insured cancels, the refund may be less than pro rata The cancellation will be effective even if we have not made or offered a refund

6. If notice is mailed proof of mailing will be sufficient proof of notice

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward

## D. Inspections And Surveys

1. We have the right to

   a. Make inspections and surveys at any time

   b. Give you reports on the conditions we find, and

   c. Recommend changes

2. We are not obligated to make any inspections, surveys reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged We do not make safety inspections We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public And we do not warrant that conditions

   a. Are safe or healthful, or

   b. Comply with laws, regulations, codes or standards

3. Paragraphs 1 and 2 of this condition apply not only to us but also to any rating, advisory, rate service or similar organization which makes insurance inspections surveys reports or recommendations

4. Paragraph 2 of this condition does not apply to any inspections surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations of boilers, pressure vessels or elevators

## E. Premiums

The first Named Insured shown in the Declarations

1. Is responsible for the payment of all premiums and

2. Will be the payee for any return premiums we pay

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property

Hart Forms & Services
Reorder No 14-B234

IL 00 17 11 98                Copyright, Insurance Services Office, Inc  1998                Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 02 20 12 07

**THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A** Paragraph **2** of the **Cancellation** Common Policy Condition is replaced by the following

  **2** **Cancellation Of Policies In Effect**

    **a** **For 90 Days Or Less**

      If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation at least

      **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium, or

      **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been

        **(a)** A material misstatement or misrepresentation, or

        **(b)** A failure to comply with the underwriting requirements established by the insurer

    **b** **For More Than 90 Days**

      If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons

      **(1)** Nonpayment of premium,

      **(2)** The policy was obtained by a material misstatement,

      **(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage

      **(4)** A substantial change in the risk covered by the policy or

      **(5)** The cancellation is for all insureds under such policies for a given class of insureds

      If we cancel this policy for any of these reasons we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least

      **(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium, or

      **(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2 b**

**B** Paragraph **5** of the **Cancellation** Common Policy Condition is replaced by the following

  **5** If this policy is cancelled, we will send the first Named Insured any premium refund due If we cancel, the refund will be pro rata If the first Named Insured cancels, the refund may be less than pro rata If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy

© ISO Properties, Inc , 2007

If this is an audit policy then subject to your full cooperation with us or our agent in securing the necessary data for audit we will return any premium refund due within 90 days of the date cancellation takes effect If our audit is not completed within this time limitation, then we shall accept your own audit and any premium refund due shall be mailed within 10 working days of receipt of your audit

The cancellation will be effective even if we have not made or offered a refund

C   The following is added and supersedes any other provision to the contrary

**NONRENEWAL**

1   If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal accompanied by the reason for nonrenewal at least 45 days prior to the expiration of this policy

2   Any notice of nonrenewal will be mailed or delivered to the first Named Insured s last mailing address known to us If notice is mailed proof of mailing will be sufficient proof of notice

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A** The following exclusion is added to Paragraph **2**, **Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability**

This insurance does not apply to

"Bodily injury" to

(1) A person arising out of any

    (a) Refusal to employ that person

    (b) Termination of that person s employment, or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion evaluation, reassignment, discipline defamation harassment, humiliation discrimination or malicious prosecution directed at that person, or

(2) The spouse, child parent brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed

This exclusion applies

(1) Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person,

(2) Whether the insured may be liable as an employer or in any other capacity, and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury

**B** The following exclusion is added to Paragraph **2**, **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability**

This insurance does not apply to

"Personal and advertising injury" to

(1) A person arising out of any

    (a) Refusal to employ that person,

    (b) Termination of that person s employment, or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion evaluation, reassignment discipline defamation harassment humiliation discrimination or malicious prosecution directed at that person  or

(2) The spouse, child parent brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed

This exclusion applies

(1) Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment during employment or after employment of that person

(2) Whether the insured may be liable as an employer or in any other capacity and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury

© ISO Properties, Inc , 2006

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Para graph **2**, **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**

**2   Exclusions**

This insurance does not apply to "bodily injury" "property damage" "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of

**a**   Any actual or alleged failure malfunction or inadequacy of

(1) Any of the following whether belonging to any insured or to others

(a) Computer hardware including micro-processors,

(b) Computer application software,

(c) Computer operating systems and related software,

(d) Computer networks

(e) Microprocessors (computer chips) not part of any computer system or

(f) Any other computerized or electronic equipment or components or

(2) Any other products and any services data or functions that directly or indirectly use or rely upon in any manner any of the items listed in Paragraph **2 a (1)** of this endorse ment

due to the inability to correctly recognize, proc ess distinguish interpret or accept the year 2000 and beyond

**b**   Any advice consultation, design, evaluation, inspection installation maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2 a** of this endorsement

   Copyright Insurance Services Office, Inc , 1998     □

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2 Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability

**2  Exclusions**

This insurance does not apply to

**Fungi Or Bacteria**

**a** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual alleged or threatened inhalation of, ingestion of contact with, exposure to existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event material or product contributed concurrently or in any sequence to such injury or damage

**b** Any loss cost or expenses arising out of the abating testing for monitoring cleaning up, removing, containing treating detoxifying neutralizing remediating or disposing of or in any way responding to, or assessing the effects of "fungi" or bacteria by any insured or by any other person or entity

This exclusion does not apply to any "fungi" or bacteria that are, are on or are contained in a good or product intended for bodily consumption

**B** The following exclusion is added to Paragraph **2 Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability

**2  Exclusions**

This insurance does not apply to

**Fungi Or Bacteria**

**a** "Personal and advertising injury" which would not have taken place, in whole or in part but for the actual alleged or threatened inhalation of, ingestion of, contact with exposure to, existence of or presence of any "fungi" or bacteria on or within a building or structure including its contents, regardless of whether any other cause event material or product contributed concurrently or in any sequence to such injury

**b** Any loss cost or expense arising out of the abating, testing for monitoring, cleaning up removing, containing, treating, detoxifying, neutralizing remediating or disposing of, or in any way responding to or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity

**C** The following definition is added to the **Definitions** Section

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores scents or byproducts produced or released by fungi

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

## THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury

Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following

1  The act resulted in insured losses in excess of $5 million in the aggregate attributable to all types of insurance subject to the Terrorism Risk Insurance Act and

2  The act is a violent act or an act that is dangerous to human life property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion

© ISO Properties Inc , 2007

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury" "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to whether in whole or in part, the following

   **1** The design manufacture construction fabrication preparation distribution and sale installation application maintenance or repair including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof or any substantially similar system or any part thereof, including the application or use of conditioners primers accessories flashings coatings, caulking or sealants in connection with such a system or

   **2** "Your product" or "your work" with respect to any exterior component fixture or feature of any structure if an "exterior insulation and finish system" or any substantially similar system is used on the part of that structure containing that component, fixture or feature

**B** The following definition is added to the **Definitions** Section

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system and all component parts therein used on any part of any structure and consisting of

   **1** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials

   **2** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate

   **3** A reinforced or unreinforced base coat,

   **4** A finish coat providing surface texture to which color may be added, and

   **5** Any flashing, caulking or sealant used with the system for any purpose

CG 21 86 12 04          © ISO Properties, Inc  2003          **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2 , Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2 , Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**

This insurance does not apply to "bodily injury" "property damage" or "personal and advertising injury" arising out of

1   The preparing approving or failure to prepare or approve maps shop drawings, opinions reports surveys field orders, change orders or drawings and specifications by any architect engineer or surveyor performing services on a project on which you serve as construction manager or

2   Inspection supervision, quality control architectural or engineering activities done by or for you on a project on which you serve as construction manager

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you your "employees" or your subcontractors

Copyright, Insurance Services Office, Inc , 1997

Hart Forms & Services
Reorder No 14-G137

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2 , **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph 2 , **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**

1   This insurance does not apply to "bodily injury" "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations

   a   Providing engineering  architectural or surveying services to others in your capacity as an engineer, architect or surveyor  and

   b   Providing  or hiring independent professionals to provide, engineering  architectural or surveying services in connection with construction work you perform

2   Subject to Paragraph 3  below  professional services include

   a   Preparing  approving  or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys  field orders  change orders  or drawings and specifications  and

   b   Supervisory or inspection activities performed as part of any related architectural or engineering activities

3   Professional services do not include services within construction  means  methods  techniques,  sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor

Copyright, Insurance Services Office, Inc , 1997

Hart Forms & Services
Reorder No 14-G159

**THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY**

# ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETE D OPERATIONS LIABILITY COVERAGE PART
OWNE RS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

All of the terms  provisions  exclusions  and limitations of the coverage form apply except as specifically stated below

This insurance does not apply to

**ASBESTOS**

"Bodily Injury" or  "Personal and Advertising Injury" or "Property Damage" arising out of

(1)   The removal, replacement  repair  enclosure or encapsulation of asbestos from any building or structure

(2)   The use, manufacture  transportation  removal, storage or disposal of asbestos o r any substance  goods, products or structures containing asbestos  or

(3)   The inhalation  ingestion or absorption of asbestos by any person  including any prolonged or repeated exposure to asbestos

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 2002

CG 70 42 04 03

THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY

# CONTRACTOR'S BLANKET ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

All of the terms, provisions, exclusions, and limitations of the coverage form apply except as specifically stated below

**SECTION II - WHO IS AN INSURED** is amended to include as an insured any person or organization, called an additional insured in this endorsement

1   Whom you are required to add as an additional insured on this policy under a written contract or agreement relating to your business, or

2   Who is named as an additional insured under this policy on a certificate of insurance

However, the written contract, agreement or certificate of insurance must require additional insured status for a time period during the term of this policy and be executed prior to the "bodily injury", "property damage", "personal injury" or "advertising injury" giving rise to a claim under this policy

If, however, "your work" was commenced under a letter of intent or work order, subject to a subsequent reduction to writing within 30 days from such commencement and with customers whose customary contracts require they be named as additional insureds, we will provide additional insured status as specified in this endorsement

3   If the additional insured is

   (a)   An individual, their spouse is also an additional insured

   (b)   A partnership or joint venture, members, partners, and their spouses are also additional insureds

   (c)   A limited liability company, members and managers are also additional insureds

   (d)   An organization other than a partnership, joint venture or limited liability company, executive officers and directors of the organization are also additional insureds   Stockholders are also additional insureds, but only with respect to their liability as stockholders

   (e)   A trust, you are an insured   Your trustees are also insureds, but only with respect to their duties as trustees

The insurance provided to the additional insured is limited as follows

1   That person or organization is only an additional insured with respect to liability arising out of

   (a)   Premises you own, rent, lease, or occupy, or

   (b)   Your ongoing operations performed for that additional insured, unless the written contract or agreement or the certificate of insurance requires "your work" coverage (or wording to the same effect) in which case the coverage provided shall extend to "your work" for that additional insured

Premises, as respects this provision, shall include common or public areas about such premises if so required in the written contract or agreement

Ongoing operations, as respects this provision, does not apply to "bodily injury" or "property damage" occurring after

   (1)   All work including materials, parts or equipment furnished in connection with such work on the project (other then service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed, or

Includes copyrighted material of Insurance Services Office, Inc, with its permission
Copyright Insurance Services Office, Inc, 2003

CG 70 48 03 04                                                                                      Page 1 of 2

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project

2   The limits of insurance applicable to the additional insured are the least of those specified in the written contract or agreement, or in the certificate of insurance or in the Declarations for this policy  If you also carry an Umbrella policy  and the written contract or agreement or certificate of insurance requires that the additional insured status also apply to such Umbrella policy  the limits of insurance applicable to the additional insured under this policy shall be those specified in the Declarations of this policy  The limits of insurance applicable to the additional insured are inclusive of and not in addition to the limits of insurance shown in the Declarations

3   The additional insured status provided by this endorsement does not extend beyond the expiration or termination of a premises lease or rental agreement nor beyond the term of this policy

4   Any person or organization who is an insured under the terms of this endorsement and who is also an insured under the terms of the GENERAL LIABILITY EXTENSION ENDORSEMENT  if attached to this policy, shall have the benefit of the terms of this endorsement if the terms of this endorsement are broader

5   If a written contract or agreement or a certificate of insurance as outlined above requires that additional insured status be provided by the use of CG 20 10 11 85, then the terms of that endorsement, which are shown below are incorporated into this endorsement as respects such additional insured  to the extent that such terms do not restrict coverage otherwise provided by this endorsement

### ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Name of Person or Organization   Blanket Where Required by Written Contract Agreement  or Certificate of Insurance that the terms of CG 20 10 11 85 apply

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement )

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you

Copyright, Insurance Services Office, Inc   1984

**CG 20 10 11 85**

The insurance provided to the additional insured does not apply to "bodily injury", "property damage", "personal injury", or "advertising injury" arising out of an architect's, engineer's  or surveyor s rendering of or failure to render any professional services including but not limited to

1   The preparing, approving  or failing to prepare or approve maps, drawings, opinions, reports, surveys  change orders  design specifications  and

2   Supervisory, inspection  or engineering services

Any coverage provided in this endorsement is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the written contract, agreement, or certificate of insurance requires that this insurance be primary  in which case this insurance will be primary without contribution from such other insurance available to the additional insured

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc  2003

CG 70 48 03 04

THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY

# CONTRACTORS GENERAL LIABILITY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Under **SECTION I - COVERAGE A  BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** paragraph **2 EXCLUSIONS** provisions **1** through **7** of this endorsement amend the policy as follows

**1  LIQUOR LIABILITY**

Exclusion **c  Liquor Liability** is deleted

**2  POLLUTION - HEATING AND AIR CONDITIONING EQUIPMENT**

Exclusion **f  Pollution** or any additional pollution exclusion attached to this Coverage Form shall not apply to "Bodily injury" if sustained within a building that is or was at any time owned or occupied by or rented or loaned to any insured and caused by smoke  fumes  vapor or soot from equipment used to heat or cool the building

**3  NONOWNED WATERCRAFT AND NONOWNED AIRCRAFT (HIRED, RENTED OR LOANED WITH PAID CREW)**

Exclusion **g  Aircraft, Auto or Watercraft**  paragraph **(2)** is deleted and replaced with the following

**(2)**  A watercraft you do not own that is

    **(a)**  Less than 51 feet long  and

    **(b)**  Not being used to carry persons or property for a charge

Exclusion **g  Aircraft, Auto or Watercraft**  paragraph **(6)** is added as follows

**(6)**  An aircraft that you do not own that is

    **(a)**  Hired

    **(b)**  Rented, or

    **(c)**  Loaned to you,

with paid crew for a period of five (5) consecutive days or less

Paragraph **(6)** does not apply if the insured has any other insurance for "bodily injury or "property damage" liability for such aircraft, whether such other insurance is primary, excess, contingent or on any other basis

**4  PREMISES ALIENATED**

**A.**  Exclusion **j  Damage to Property,** paragraph **(2)** is deleted

**B**  The following paragraph is also deleted from Exclusion **j  Damage to Property**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you

**5  PROPERTY DAMAGE LIABILITY - ELEVATORS AND SIDETRACK AGREEMENTS**

**A.**  Exclusion **j  Damage to Property,** paragraphs **(3), (4),** and **(6)** do not apply to the use of elevators

**B**  Exclusion **k  Damage to Your Product** does not apply to

    **1**  The use of elevators, or

    **2**  Liability assumed under a sidetrack agreement

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office  Inc , 2004

**6**   **PROPERTY DAMAGE LIABILITY - BORROWED EQUIPMENT**

   **A**   Exclusion **j Damage to Property** paragraph **(4)** does not apply to "property damage" to borrowed equipment while at a jobsite and not being used to perform operations

   **B**   With respect to any one borrowed equipment item provision **6 A** above does not apply to "property damage" that exceeds $25 000 per occurrence or $25 000 annual aggregate

**7**   **PRODUCT RECALL EXPENSE**

   **A**   Exclusion **n Recall Of Products, Work Or Impaired Property** does not apply to "product recall expenses" that you incur for the "covered recall" of "your product" This exception to the exclusion does not apply to product recall expenses" resulting from

      **1**   Failure of any products to accomplish their intended purpose

      **2**   Breach of warranties of fitness quality durability or performance

      **3**   Loss of customer approval or any cost incurred to regain customer approval

      **4**   Redistribution or replacement of "your product" which has been recalled by like products or substitutes,

      **5**   Caprice or whim of the insured

      **6**   A condition likely to cause loss about which any insured knew or had reason to know at the inception of this insurance

      **7**   Asbestos, including loss, damage or clean up resulting from asbestos or asbestos containing materials,

      **8**   Recall of "your product(s)" that have no known or suspected defect solely because a known or suspected defect in another of "your product(s)" has been found

   **B**   Under **SECTION III – LIMITS OF INSURANCE**, paragraph 3 is replaced in its entirety as follows and paragraph 8 is added

      **3**   The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of

         **a**   Damages under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** because of "bodily injury" and "property damage" included in the "products-completed operations hazard" and

         **b**   "Product recall expenses"

      **8**   Subject to paragraph 5 above $25 000 is the most we will pay for all "product recall expenses" arising out of the same defect or deficiency

The insurance afforded by provisions 1 through 7 of this endorsement is excess over any valid and collectible insurance (including any deductible) available to the insured whether primary, excess or contingent and **SECTION IV** paragraph 4 **Other Insurance** is changed accordingly

**8**   **CONTRACTUAL LIABILITY - PERSONAL AND ADVERTISING INJURY**

   Under **SECTION 1 - COVERAGE B** paragraph 2 **Exclusions**, paragraph e **Contractual Liability** is deleted

**9**   **SUPPLEMENTARY PAYMENTS**

   Under **SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**, paragraphs 1 b and 1 d are deleted and replaced with the following

   **b**   Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies We do not have to furnish these bonds

   **d**   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit , including actual loss of earnings up to $500 a day because of time off from work

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 2004

CG 70 49 09 05

**10   BROADE NED WHO IS AN INSURED**

**SECTION II - WHO IS AN INSURED** is deleted and replaced with the following

**1**   If you are designated in the Declarations as

**a**   An individual  you and your spouse are insureds  but only with respect to the conduct of a business of which you are the sole owner

**b**   A partnership or joint venture, you are an insured  Your members  your partners  and their spouses are also insureds  but only with respect to the conduct of your business

**c**   A limited liability company  you are an insured  Your members are also insureds, but only with respect to the conduct of your business  Your managers are insureds, but only with respect to their duties as your managers

**d**   An organization other than a partnership, joint venture or limited liability company  you are an insured  Your  executive officers" and directors are insureds  but only with respect to their duties as your officers or directors  Your stockholders are also insureds, but only with respect to their liability as stockholders

**e**   A trust, you are an insured  Your trustees are also insureds  but only with respect to their duties as trustees

**2**   Each of the following is also an insured

**a**   Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees," other than either your "executive officers," (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company)  but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business  However  none of these "employees" or "volunteer workers" are insured for

   **(1)**   "Bodily injury" or "personal and advertising injury"

      **(a)**   To you  to your partners or members (if you are a partnership or joint venture)  to your members (if you are a limited liability company)  to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business,

      **(b)**   To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of paragraph **(1) (a)** above

      **(c)**   For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1)(a)** or **(b)** above, or

      **(d)**   Arising out of his or her providing or failing to provide professional health care services except as provided in provision **11**  of this endorsement.

   **(2)**   "Property damage" to property

      **(a)**   Owned, occupied or used by

      **(b)**   Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees," "volunteer workers"  any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

**b**   Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager

**c**   Any person or organization having proper temporary custody of your property if you die  but only,

   **(1)**   With respect to liability arising out of the maintenance or use of that property, and

   **(2)**   Until your legal representative has been appointed

Includes copyrighted material of Insurance Services Office  Inc  with its permission
Copyright Insurance Services Office, Inc , 2004

**d**   Your legal representative if you die, but only with respect to duties as such   That representative will have all your rights and duties under this Coverage Form

**e**   Your subsidiaries if

   **(1)**   They are legally incorporated entities   and

   **(2)**   You own more than 50% of the voting stock in such subsidiaries as of the effective date of this policy

   If such subsidiaries are not shown in the Declarations   you must report them to us within 180 days of the inception of your original policy

**f**   Any person or organization other than an architect   engineer   or surveyor   which requires in a "work contract" that such person or organization be made an insured under this policy   However, such person or organization shall be an insured only with respect to covered "bodily injury " "property damage," and "personal and advertising injury" that results from "your work" under that "work contract " The coverage afforded to such people or organization will continue only for a period of thirty (30) days after the effective date of the applicable "work contract" or, until the end of the policy term whichever is earlier   However, if you report to us within the 30-day period stated above the name of the person or organization, as well as the nature of the "work contract" involved, the coverage afforded under this Coverage Form to such people or organization shall continue until the expiration of this policy   This paragraph **f**   does not apply if form CG 70 48   Contractors Blanket Additional Insured Endorsement, is attached to the policy

**g**   Any person or organization to whom you are obligated by virtue of a written contract to provide insurance such as is afforded by this policy   but only with respect to liability arising out of the maintenance or use of that part of any premises leased to you   including common or public areas about such premises if so required in the contract

   However, no such person or organization is an insured with respect to

   **(1)**   Any "occurrence" that takes place after you cease to occupy those premises, or

   **(2)**   Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization

**h**   Any state or political subdivision but only as respects legal liability incurred by the state or political subdivision solely because it has issued a permit with respect to operations performed by you or on your behalf

   However   no state or political subdivision is an insured with respect to

   **(1)**   "Bodily injury", "property damage", and "personal and advertising injury" arising out of operations performed for the state or municipality, or

   **(2)**   "Bodily injury" or "property damage" included within the "products-completed operations hazard "

**i**   Any person or organization who is the lessor of equipment leased to you to whom you are obligated by virtue of a written contract to provide insurance such as is afforded by this policy, but only with respect to their liability arising out of the maintenance, operation or use by you of such equipment

   However, no such person or organization is an insured with respect to any "occurrence" that takes place after the equipment lease expires

**j**   Any architect, engineer, or surveyor engaged by you but only with respect to liability arising out of your premises or   "your work "

   However, no architect, engineer, or surveyor is an insured with respect to "bodily injury " "property damage," or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including

   **(1)**   The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specification, or

   **(2)**   Supervisory, inspection, or engineering services

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 2004

This paragraph j does not apply if form CG 70 48, Contractors Blanket Additional Insured Endorsement is attached to the policy

**k**   Any manager, owner, lessor mortgagee assignee or receiver of premises including land leased to you, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises or land leased to you

However no such person or organization is an insured with respect to

**(1)**   Any "occurrence" that takes place after you cease to occupy that premises or cease to lease the land, or

**(2)**   Structural alteration, new construction or demolition operations performed by or on behalf of that person or organization

**3**   Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization However

**a**   Coverage under this provision is afforded until the end of the policy period

**b**   Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization

**c**   Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization

**d**   Coverage A does not apply to "product recall expense" arising out of any withdrawal or recall that occurred before you acquired or formed the organization

**4**   Any person or organization (referred to below as vendor) with whom you agreed, because of a written contract or agreement to provide insurance is an insured but only with respect to "bodily injury" or "property damage" arising out of "your products" that are distributed or sold in the regular course of the vendor's business

However, no such person or organization is an insured with respect to

**a**   "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement

**b**   Any express warranty unauthorized by you

**c**   Any physical or chemical change in "your product" made intentionally by the vendor;

**d**   Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**e**   Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of "your products",

**f**   Demonstration, installation servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of "your product"

**g**   "Your products" which, after distribution or sale by you have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor

This insurance does not apply to any insured person or organization from which you have acquired "your products", or any ingredient part of container entering into, accompanying or containing "your products"

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 2004

**11   INCIDENTAL MALPRACTICE LIABILITY**

As respects provision **10 , SECTION II - WHO IS AN INSURED**, paragraph **2 a (1)(d)** does not apply to any nurse, emergency medical technician or paramedic employed by you to provide medical or paramedical services, provided that you are not engaged in the business or occupation of providing such services and your "employee" does not have any other insurance that would also cover claims arising under this provision whether the other insurance is primary excess, contingent or on any other basis

Under **SECTION III - LIMITS OF INSURANCE**  provisions **12** and **13** of this endorsement amend the policy as follows

**12   AGGREGATE LIMITS PER PROJECT**

The General Aggregate Limit applies separately to each of your construction projects away from premises owned by or rented to you

**13   INCREASED MEDICAL PAYMENTS LIMIT AND REPORTING PERIOD**

**A**   The requirement under **SECTION I - COVERAGE C MEDICAL PAYMENTS** that expenses be incurred and reported to us within one year of the date of the accident is changed to three years

**B**   **SECTION III - LIMITS OF INSURANCE**, paragraph **7** , the Medical Expense Limit, is subject to all of the terms of **SECTION III   LIMITS OF INSURANCE** and is the greater of

    **1**   $10,000  or

    **2**   The amount shown in the Declarations for Medical Expense Limit

**C**   This provision **13** does not apply if **COVERAGE C MEDICAL PAYMENTS** is excluded either by the provisions of the Coverage Form or by endorsement

**14   LEGAL LIABILITY (SPECIFIC PERILS)**

**A**   The word fire is changed to "specific perils" where it appears in

    **1**   The last paragraph of **SECTION I – COVERAGE A**, paragraph **2  Exclusions,**

    **2**   **SECTION IV**, paragraph **4 b  Excess Insurance**

**B**   The Limits of Insurance shown in the Declarations will apply to all damage proximately caused by the same event, whether such damage results from a "specific peril" or any combination of "specific perils "

**C**   The Damage To Premises Rented To You Limit described in **SECTION III - LIMITS OF INSURANCE** paragraph **6** is replaced by a new limit, which is the greater of

    **1**   $300,000, or

    **2**   The amount shown in the Declarations for Damage To Premises Rented To You Limit.

**D**   This provision **14** does not apply if the Damage To Premises Rented To You Liability of **SECTION I - COVERAGE A** is excluded either by the provisions of the Coverage Form or by endorsement

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, provisions **15** through **17** of this endorsement amend the policy as follows

**15   KNOWLEDGE OF OCCURRENCE**

Under **2  Duties In The Event Of Occurrence, Offense, Claim, Or Suit**, paragraph **a** is deleted and replaced and paragraphs **e** and **f** are added as follows

**a**   You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim   Knowledge of an "occurrence" or an offense by your "employee(s)" shall not, in itself, constitute knowledge to you unless one of your partners, members, "executive officers", directors, or managers has knowledge of the "occurrence" or offense   To the extent possible, notice should include

    **(1)**   How, when and where the "occurrence" or offense took place,

    **(2)**   The names and addresses of any injured persons and witnesses, and

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc  2004

CG 70 49 09 05

    **(3)**   The nature and location of any injury or damage arising out of the "occurrence" or offense

  **e**   If you report an "occurrence" to your workers compensation carrier that develops into a liability claim for which coverage is provided by the Coverage Form, failure to report such an "occurrence" to us at the time of the "occurrence" shall not be deemed a violation of paragraphs **a** , **b** , and **c**  above  However, you shall give written notice of this "occurrence" to us as soon you become aware that this "occurrence" may be a liability claim rather than a workers compensation claim

  **f**   You must see to it that the following are done in the event of an actual or anticipated "covered recall" that may result in "product recall expense"

    **(1)**   Give us prompt notice of any discovery or notification that "your product" must be withdrawn or recalled   Include a description of "your product" and the reason for the withdrawal or recall

    **(2)**   Cease any further release  shipment  consignment or any other method of distribution of like or similar products until it has been determined that all such products are free from defects that could be a cause of loss under the insurance

## 16   UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

Paragraph **6  Representations** is deleted and replaced with the following

  **6**   **Representations**

By accepting this policy  you agree

  **a**   The statements in the Declarations are accurate and complete

  **b**   Those statements are based upon representations you made to us

  **c**   We have issued this policy in reliance upon your representations  and

  **d**   This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy

We will not deny coverage under this coverage part if you unintentionally fail to disclose all hazards existing as of the inception date of this policy  You must report to us any knowledge of an error or omission in the description of any premises or operations intended to be covered by the Coverage Form as soon as practicable after its discovery  However  this provision does not affect our right to collect additional premium or exercise our right of cancellation or nonrenewal

## 17   BLANKET WAIVER OF SUBROGATION

Paragraph **8  Transfer of Rights Of Recovery Against Others To Us** is deleted and replaced with the following

  **8**   If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us   The insured must do nothing after loss to impair them   At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them   However, if the insured has waived rights to recover through a written contract, or if "your work" was commenced under a letter of intent or work order, subject to a subsequent reduction to writing with customers whose customary contracts require a waiver, we waive any right of recovery we may have under this Coverage Form

## 18   EXTENDED NOTICE OF CANCELLATION AND NONRENEWAL

Paragraph **2  b**  of **A  Cancellation** of the **COMMON POLICY CONDITIONS** is deleted and replaced with the following

  **b**   60 days before the effective date of the cancellation if we cancel for any other reason

Under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, Paragraph **9  When We Do Not Renew** is deleted and replaced with the following

  **9**   **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date

If notice is mailed, proof of mailing will be sufficient proof of notice

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 2004

**19   MOBILE EQUIPMENT REDEFINED**

Under **SECTION V - DEFINITIONS** paragraph **12** "Mobile equipment", paragraph **f (1)** does not apply to self-propelled vehicles of less than 1 000 pounds gross vehicle weight

**20   LIMITED ELECTRONIC DATA LIABILITY**

**A**   The following paragraph is added to **SECTION III – LIMITS OF INSURANCE**

Subject to **5** above  the most we will pay under **Coverage A** for "property damage" because of all loss of "electronic data" arising out of any one  occurrence" is $25,000

**B**   For this provision **20**  only, **SECTION V – DEFINITIONS**, paragraph **17** "Property Damage" is replaced by the following

**17**   " Property damage" means

    **a**   Physical injury to tangible property  including all resulting loss of use of that property  All such loss of use shall be deemed to occur at the time of the physical injury that caused it

    **b**   Loss of use of tangible property that is not physically injured  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it  or

    **c**   Loss of "electronic data"  Loss of "electronic data" means loss of  loss of use of  damage to  corruption of, inability to access  or inability to properly manipulate "electronic data"  resulting from physical injury to tangible property  All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it

For the purposes of this insurance, "electronic data" is not tangible property

**21   DEFINITIONS**

**1**   **SECTION V – DEFINITIONS** paragraph **4** "Coverage territory" is replaced by the following definition

"Coverage territory" means anywhere in the world with respect to liability arising out of "bodily injury," "property damage," or "personal and advertising injury," including "personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured s responsibility to pay damages is determined in a settlement to which we agree or in a "suit" on the merits, in the United States of America (including its territories and possessions), Puerto Rico and Canada

**2**   **SECTION V – DEFINITIONS** is amended by the addition of the following definitions

"Covered recall" means a recall made necessary because you or a government body has determined that a known or suspected defect, deficiency, inadequacy  or dangerous condition in "your product" has resulted or will result in "bodily injury" or "property damage"

"Electronic data" means information  facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software)  hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media used with electronically controlled equipment

"Product Recall expenses" mean only reasonable and necessary extra costs, which result from or are related to the recall or withdrawal of "your product" for

    **a**   Telephone and telegraphic communication, radio or television announcements, computer time and newspaper advertising,

    **b**   Stationery, envelopes, production of announcements and postage or facsimiles,

    **c**   Remuneration paid to regular employees for necessary overtime or authorized travel expense

    **d**   Temporary hiring by you or by agents designated by you of persons, other than your regular employees, to perform necessary tasks

    **e**   Rental of necessary additional warehouse or storage space,

    **f**   Packaging of or transportation or shipping of defective products to the location you designate, and

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 2004

CG 70 49 09 05

**g** Disposal of "your products" that cannot be reused   Disposal expenses do not include

    **(1)** Expenses that exceed the original cost of the materials incurred to manufacture or process such product  and

    **(2)** Expenses that exceed the cost of normal trash discarding or disposal, except as are necessary to avoid "bodily injury" or "property damage"

"Specific Perils" means fire, lightning  explosion  windstorm or hail  smoke  aircraft or vehicles  not or civil commotion  vandalism  leakage from fire extinguishing equipment  weight of snow  ice or sleet  or "water damage"

"Water damage" means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam

 Work contract" means a written agreement between you and one or more parties for work to be performed by you or on your behalf

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 2004

THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY

# EXCESS INSURANCE CONDITION - WHEN YOU ARE AN INSURED ON OTHER INSURANCE

This endorsement modifies insurance provided under the following

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

All of the terms, provisions  exclusions  and limitations of the coverage form apply except as specifically stated below

Paragraph **4 b** of the Other Insurance Condition   (Section IV - Commercial General Liability Conditions) is deleted and replaced by the following

**4    Other Insurance**

    **b    Excess Insurance**

        This insurance is excess over any other insurance, whether primary  excess, contingent or on any other basis

        **(1)**   That is Fire  Extended Coverage  Builder s Risk  Installation Risk, or similar coverage for "your work "

        **(2)**   That is Fire Insurance for premises rented to you or temporarily occupied by you with permission of the owner,

        **(3)**   That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner

        **(4)**   If the loss arises out of the maintenance or use of aircraft  "autos"  or watercraft to the extent not subject to Exclusion **g**  of Section I - Coverage **A** - Bodily Injury And Property Damage Liability  or

        **(5)**   That is valid and collectible insurance available to you as an insured under any other policy

        When this insurance is excess  we will have no duty under Coverages A or B to defend any claim or "suit" that any other insurer has a duty to defend  If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers

        When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of

        **(1)**   The total amount that all such other insurance would pay for the loss in the absence of this insurance, and

        **(2)**   The total of all deductible and self-insured amounts under all that other insurance

        We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright Insurance Services Office, Inc , 1997

CG 70 71 09 99

THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION, HOSTILE FIRE EXCEPTION, AND CONTRACTOR JOB SITE EXCEPTION

This endorsement modifies insurance provided under the following

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

All of the terms, provisions, exclusions and limitations of the coverage form apply except as specifically stated below

Exclusion f under Paragraph 2, **Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following

This insurance does not apply to

f   **Pollution**

(1)   Bodily injury" or  property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge  dispersal  seepage  migration  release or escape of "pollutants" at any time

This exclusion does not apply to

(a)   "Bodily injury" if sustained within a building which is or was at any time owned or occupied by  or rented or loaned to, any insured and caused by smoke  fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use  by the building's occupants or their guests

(b)   "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated

(i)   At any premises  site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment or waste, or

(ii)   At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants"

(c)   "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor

(2)   Any loss, cost or expense arising out of any

(a)   Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain  treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

(b)   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up  removing, containing, treating  detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Insurance Services Office, Inc , 2004

CG 71 03 01 06

**THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY**

# AMENDMENT OF COMMERCIAL GENERAL LIABILITY CONDITIONS NOTICE AND TENDER TO OTHER INSURERS

This endorsement modifies insurance provided under the following

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

All of the terms, provisions, exclusions, and limitations of the coverage form apply except as specifically stated below

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added to paragraph **2 c** of **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

(5)   Promptly give notice of an "occurrence" or offense which may result in a claim, a claim which is made or "suit" to any other insurer which has available insurance for a loss we cover under **Coverages A** or **B** of this coverage part

(6)   Promptly tender the defense of any claim made or "suit" to any other insurer which also has available insurance for a loss which we cover under **Coverage A** or **B** of this coverage part

**CG 71 06 10 99**                     Copyright, Insurance Services Office, Inc , 1998

**THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY**

# BODILY INJURY DEFINITION MODIFICATION

This endorsement modifies insurance provided under the following

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**All other terms, provisions, exclusions, and limitations of the policy apply except as specifically stated below**

**SECTION V - DEFINITIONS**, Item 3 "Bodily injury" is deleted and replaced with the following

3    "Bodily injury"

    a    Means physical

        **(1)** Injury,
        **(2)** Disability
        **(3)** Sickness or
        **(4)** Disease

        sustained by a person, including death resulting from any of these at any time

    b    Includes mental

        **(5)** Anguish
        **(6)** Injury
        **(7)** Humiliation
        **(8)** Fright or
        **(9)** Shock,

        sustained by a person who has sustained any "bodily injury" described in paragraph **3 a**, provided that any "bodily injury" described in paragraph **3 b** results directly from any "bodily injury" described in paragraph **3 a**

    c    All "bodily injury" described in paragraph **3 b** shall be deemed to have occurred at the time the "bodily injury" described in paragraph **3 a** occurred

**CG 71 34 04 05**

THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY

# EXCLUSION – DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF IN THE CONSTRUCTION OF CERTAIN STRUCTURES

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion l of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following

2   **Exclusions**

This insurance does not apply to

l   **Damage To Your Work**

(1)   "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard"

(2)   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor

(3)   However, subparagraph **(2)** above does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor on any apartment building, condominium, town house, hotel  motel or assisted living facility, with or without mercantile occupancy

This endorsement does not apply to the following projects

Includes material © ISO Properties, Inc , 2000
Used with permission

CG 71 42 11 05

THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY

# EXCLUSION –OPERATIONS INCLUDED WITHIN A CONTROLLED INSURANCE PROGRAM

This endorsement modifies the insurance provided under the following

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

All other terms provisions exclusions and limitations of the policy apply except as specifically stated below

**The following exclusion is added to SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, paragraph 2 Exclusions**

This insurance does not apply to "bodily injury' or "property damage' arising out of either your ongoing operations or operations included within the "products-completed operations hazard" if such operations were at any time included within a controlled insurance program for a construction project in which you are or were involved

This exclusion applies whether or not the "controlled insurance program" provides

(1)   Coverage identical to that provided by this Coverage Form

(2)   Limits adequate to cover all claims, or

(3)   Coverage that remains in effect

This exclusion applies regardless of whether such operations are or were conducted by you or on your behalf

This exclusion does not apply to your operations away from a "controlled insurance program" project site incidental to the support of such a project and not included within the "controlled insurance program"

This exclusion does not apply to the "products-completed operations hazard" if such operations were included within a "controlled insurance program" and coverage provided by the" controlled insurance program" for the products-completed operations hazard" has terminated

**C   The following is added to Section V - Definitions**

"Controlled insurance program" means a construction, erection or demolition project for which the prime contractor/project manager or owner of the construction project has secured general liability insurance covering some or all of the contractors or subcontractors involved in the project, otherwise referred to as an Owner Controlled Insurance Program (O C I P ) or Contractor Controlled Insurance Program (C C I P )

Includes copyrighted material of Insurance Services Office, Inc with its permission

CG 71 53 12 06

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1   The insurance does not apply

A   Under any Liability Coverage  to "bodily injury" or "property damage"

   (1)   With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability, or

   (2)   Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America or any agency thereof with any person or organization

B   Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization

C   Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if

   (1)   The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of an "insured" or (b) has been discharged or dispersed therefrom;

   (2)   The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed handled, used processed, stored, transported or disposed of, by or on behalf of an "insured", or

   (3)   The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat

2   As used in this endorsement

"Hazardous properties" includes radioactive, toxic or explosive properties

"Nuclear material" means "source material", "special nuclear material" or "by-product material"

© ISO Properties  Inc , 2007

"Source material" "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof

"Spent fuel" means any fuel element or fuel component solid or liquid, which has been used or exposed to radiation in a "nuclear reactor"

Waste" means any waste material (a) containing by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility"

"Nuclear facility" means

    (a) Any 'nuclear reactor',

    (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium (2) processing or utilizing "spent fuel", or (3) handling processing or packaging "waste",

    (c) Any equipment or device used for the processing fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof or more than 250 grams of uranium 235

    (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste"

and includes the site on which any of the foregoing is located all operations conducted on such site and all premises used for such operations

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material

"Property damage" includes all forms of radioactive contamination of property

© ISO Properties  Inc  2007

**IL 00 21 09 08**

THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY

# PRIVACY PROTECTION CONDITION

This endorsement modifies the following

### COMMON POLICY CONDITIONS

The **COMMON POLICY CONDITIONS** is modified to include the following additional Condition

**Privacy Protection**

a     This policy provides that you will report claims to us as soon as practicable and will cooperate with us in the investigation and settlement of claims   To enable you to assist us in the claim handling process we, or our independent agent  may share certain information with you   This information may be Confidential Information  Confidential Information means non-public personal information   This information will be shared solely for the purpose of helping to effect  administer or enforce rights and benefits payable or recoverable under this policy

b     You agree to use such Confidential Information solely to perform the services and obligations required under this policy   You will not use Confidential Information for any other purpose   You will use information shared to

    **(1)**     work with us to develop settlement or litigation strategies on your behalf

    **(2)**     detect and investigate any suspected fraud

    **(3)**     support our safety  loss prevention  and case management programs   Case management includes utilization review, disability management  return to work  and light duty programs

    **(4)**     check your premium charges and billings for accuracy

    **(5)**     monitor our claim handling practices for quality assurance  quality improvement and performance evaluation purposes

    **(6)**     report to us any information that may contribute to the fair and final resolution of all claims

You specifically agree not to use any Confidential Information to market your products or services   You will also not use Confidential Information to make personnel or employment related decisions

c     You agree to protect the privacy of Confidential Information   You will not share Confidential Information, either directly or indirectly with any third party, except as may be allowed by law   You will share Confidential Information only with your employees who have a need for such information to perform their duties under this policy   If you need to disclose any Confidential Information to a third party in order to perform your duties under this policy, you will first get our written consent   You will then enter into a confidentiality agreement with such third party   Under that confidentiality agreement such third party must be restricted from disclosing, using or copying Confidential Information  except as consistent with this policy

Nothing in this endorsement shall affect the coverage provided by this policy   Provided, however, if permitted by law, we may cancel your policy in the event you use or disclose Confidential Information other than as provided in this endorsement or permitted by law

**IL 70 27 07 01**

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your current policy

A    Disclosure of Premium

Amerisure does not charge additional premium for this coverage   Furthermore, your annual premium does not include any charges for the portion of losses covered by the United States government under the Act

B    Disclosure of Federal Participation in Payment of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program   The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention   However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion

C    Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that  exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury

Name of Insurer  _____

Policy Number  _____

Includes with its permission, copyrighted material of ISO Properties, Inc  2007

**IL 70 39 01 08**

POLICY NUMBER  GL 2035546

COMMERCIAL GENERAL LIABILITY
CG 04 37 12 04

**THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY**

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| Loss Of Electronic Data Limit | $ Included within Coverage A limit |
|---|---|
| Information required to complete this Schedule, if not shown above  will be shown in the Declarations | |

**A** Exclusion **2 p** of **Coverage A – Bodily Injury And Property Damage Liability** in **Section I – Coverages** is replaced by the following

**2 Exclusions**

This insurance does not apply to

**p Electronic Data**

Damages arising out of the loss of  loss of use of damage to  corruption of, inability to access or inability to manipulate "electronic data" that does not result from physical injury to tangible property

**B** The following paragraph is added to **Section III – Limits Of Insurance**

Subject to **5** above, the Loss of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage A for "property damage" because of all loss of "electronic data" arising out of any one "occurrence"

**C** The following definition is added to the **Definitions** Section

"Electronic data" means information facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment

**D** For the purposes of the coverage provided by this endorsement  the definition of "Property Damage" in the **Definitions** Section is replaced by the following

**17** "Property damage" means

**a** Physical injury to tangible property, including all resulting loss of use of that property  All such loss of use shall be deemed to occur at the time of the physical injury that caused it

**b** Loss of use of tangible property that is not physically injured  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it, or

**c** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data" resulting from physical injury to tangible property  All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it

For the purposes of this insurance, "electronic data" is not tangible property

CG 04 37 12 04

© ISO Properties, Inc , 2003

Page 1 of 1    □

# AMERISURE MUTUAL INSURANCE COMPANY

26777 Halsted Road, Farmington Hills, MI 48331-3586
Phone 1-800-257-1900

## ASSIGNMENT

Assignment of this policy is valid only with the written consent of this Company

## POLICY CONTENT

This policy is made and accepted subject to the foregoing provisions and stipulations and those which follow   These provisions, in addition to those added by amendment or endorsement are a part of this policy

This policy consists of the Common Policy Declarations, Coverage Parts and endorsements listed in that Declarations form   In return for the payment of the premium, the Company agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy

## MUTUAL POLICY CONDITIONS

This policy is non-assessable   You are a member of the Company   Members participate in the distribution of dividends to the extent and upon the conditions fixed and determined by the Board of Directors   Such distribution will be made in accordance with the law

**IN WITNESS WHEREOF,** the Company has executed and attested to these provisions   This policy is not valid unless countersigned on the Declarations page by our authorized representative

---

The insured is notified that by virtue of this policy, he/she is a member of the Amerisure Mutual Insurance Company of Farmington Hills, Michigan   Members are entitled to vote either in person or by proxy at Company meetings   Annual meetings are held on the second Thursday of May of each year at 10 30 A M at the Home Office in Farmington Hills, MI or at such other place in the City of Farmington Hills, to which the members may adjourn such meeting

---

Secretary                                    President

M 10 85 06 00

**Amerisure**
**Insurance**

AMERISURE COMPANIES
INSTALLMENT  SCHEDULE

03/25/09

INSURED:                           AGENT:  826039
CACERAS DRYWALL                    BROWN & BROWN/FT LAUDERDALE
GEORGE CACERAS
12316 SW 129TH COURT
MIAMI, FL  33186


ACCOUNT NUMBER: 20023036
POLICY NUMBER:  GL 2035546 03 02
POLICY PERIOD   03/02/09 TO 03/02/10


| INSTALLMENT | AMOUNT |
|---|---|
| 1 | 6,350 25 |
| 2 | 2,123 52 |
| 3 | 2,115 90 |
| 4 | 2,115 90 |
| 5 | 2,115.90 |
| 6 | 2,115 90 |
| 7 | 2,115 90 |
| 8 | 2,115.90 |
| 9 | 2,115 90 |
| 10 | 2,115 94 |
| TOTAL | 25,401 01 |


25% (1ST MONTH) AND 9 EQUAL, MONTHLY INSTALLMENTS.


ONE $36 00 FEE PER ACCOUNT WILL BE BILLED IF PAYING ON INSTALLMENTS.


13-2063                                                4D01

Z 300

THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY

# POLICY CHANGES

Policy Change Number  3

| POLICY NUMBER<br>GL-2035546030009 | POLICY CHANGES EFFECTIVE<br>10 30 2009 | COMPANY<br>AMERISURE MUTUAL INSURANCE |
|---|---|---|
| Direct Bill No | Group No | POLICY PERIOD |
| Account No    20023036 | | From   03 02-2009   To   03 02 2010 |

| NAMED INSURED<br>CACERAS DRYWALL CORPORATION<br>GEORGE C ACERAS<br>12316 SW 129TH COURT<br>MIAMI  FL 33186 | AUTHORIZED REPRESENTATIVE<br>BROWN & BROWN/FT  LAUDERDALE<br><br>PRODUCER CODE    826039-150 |
|---|---|

### COVERAGE PARTS AFFECTED

GENERAL LIABILITY

### CHANGES

AMEND INSUREDS MAILING ADDRESS TO READ
12269 SW 129TH COURT
MIAMI  FL 33186

MOVE ALL COVERAGES AT LOCATION 2-1 12316 SW 129TH COURT  MIAMI  FL 33186 TO LOCATION 3-1 LOCATED
AT 12269 SW 129TH COURT  MIAMI  FL 33186

NO CHANGE IN PREMIUM

**RECEIVED**

NOV 1 6 2009

BROWN & BROWN,
FT LAUDERDALE FL

Authorized Representative Signature

Copyright  Insurance Services Office  Inc  1983
Copyright  ISO Commercial Risk Services  Inc   1983

A-3188 (12-88)

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY   PLEASE READ IT CAREFULLY**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## POLICY CHANGES

**RECEIVED**

JUN 2 4 2009

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW

| POLICY NUMBER | POLICY CHANGES | POLICY PERIOD | COMPANY |
|---|---|---|---|
| GL 203554603 | Effective 03/02/09 | From  03/02/09  to  03/02/10 | BROWN & BROWN INS FT LAUDERDALE, FL AMERISURE MUTUAL INSURANCE |

| Direct Bill No | Account No  20023036 | Group Code |
|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | PRODUCER |
|---|---|
| CACERAS DRYWALL<br>GEORGE CACERAS<br>14984 SW 93RD STREET<br>MIAMI  FL  33196 | BROWN & BROWN/FT LAUDERDALE<br><br><br><br>PRODUCER CODE   82-6039-150 |

☐ AMENDING LIMITS OF INSURANCE AS INDICATED BELOW
  ☐ GENERAL AGGREGATE LIMIT
    (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)
  ☐ PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT
  ☐ PERSONAL AND ADVERTISING INJURY LIMIT
  ☐ EACH OCCURRENCE LIMIT
  ☐ FIRE DAMAGE LIMIT

AMEND NAMED INSURED TO READ CACERES DRYWALL CORPORATION

☐ PRODUCER'S NAME/CODE   ☐ POLICY LIMITS
☒ NAMED INSURED   ☐ ADDRESS OF INSURED
☐ TO ADD LOCATION   ☐ TO DELETE LOCATION
☐ TO ADD ENDORSEMENT

**PREMIUM CHANGE**
☐ ADJUSTED BY AUDIT
☐ ADJUSTED BY MONTHLY OR QUARTERLY REPORT

PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE

| | ADDITIONAL | RETURN |
|---|---|---|
| | NC | NC |
| TAX | NC | NC |
| TOTAL | NC | NC |

DESCRIPTIONS CODES PREMIUM BASIS RATES PREMIUMS ADDED DELETED OR CHANGED AS INDICATED BY AN 'X'

| | | | | | | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|
| A | D | C | DESCRIPTION | CODE | PREMIUM BASIS | PREM./ OPERATIONS | PROD./ COMP OPS | PREM./ OPERATIONS | PROD./ COMP OPS |
| | | | | | | | | | |

Policy Change No   002        Date of Issue   05/27/09 AMB

A-3109 (12-87)

Authorized Representative Signature



970 WEST MCNAB ROAD
SUITE 210
FORT LAUDERDALE FL 33309
PHONE (954) 974-9181
FAX (954) 979-9884
www bjkcondo com

December 7, 2009                                         *Sent Via PDF Email*

Caceres Drywall Corp
12316 SW 129th Court
Miami, Fl 33186

Attention  George Caceres

Re  Lauderdale One – Notice of Claim for defective drywall

Mr  Caceres

After a recent inspection by the Property Management company at Lauderdale One, they noticed a sulfur smell in the sixth floor corridor of Building No  2  After removing several electrical outlet covers in unit 2-605 the copper wires were observed to have turned a black color   There were other areas of electrical and air conditioning inspected also on the sixth floor with similar results   The Association is concerned that defective drywall emitting sulfurous gases, generically referred to as 'Chinese drywall', was used on this project

As per our conversation this morning, you are invited to attend the inspection tomorrow, 12/8/09, at 3 00pm to review the possibility that defective drywall was installed on the project and to review any possible resulting damages, i e  copper corrosion on electrical wires, air conditioning components, etc

While this is being investigated please notify your insurance carrier and bonding company of this Claim

Sincerely,
BJ& K Condo Construction, Inc

Kyle Salas,
Assistant Project Manager

Cc  Michael Runyan  Leif Sheehan

**GENERAL CONTRACTORS - CONSTRUCTION MANAGERS**

EXHIBIT C

# Amerisure®
## Insurance
The Advantage of Partnership

Amerisure Mutual Insurance Company
Amerisure Insurance Company

December 23, 2009

**Certified Mail Return Receipt Requested**

Jorge Caceres
Caceres Drywall Corporation
12269 SW 129th Ct
Miami, FL 33186

**Reservation of Rights Regarding Possible Lack of Coverage**

RE   Project          Lauderdale One
     Claimant         Lauderdale One Condominium Association
     Contractor       BJ&K Condo Construction, Inc
     Insured          Caceres Drywall Corporation
     Policy #         GL 2035546
     Policy Period    03/02/09-03/02/10
     Claim #          1177485

Dear Mr Caceres

Amerisure has been placed on notice of damages allegedly arising from defective drywall you may have installed at the direction of general contractor BJ&K Condo Construction, Inc (BJ&K) at the above project The property management company at Lauderdale One discovered tarnished and/or corroded copper wires in the sixth floor corridor of Building Two after a sulfur smell became evident As a result of these findings Lauderdale One Condominium Association (Association) put BJ&K on notice of the possible existence of Chinese drywall

The purpose of this letter is to inform you that based upon the information we have received and reviewed, we are not certain what coverage, if any, would apply to this loss and are reserving our rights as we continue to investigate this matter We would like to take this opportunity to share with you the specific areas of concern regarding coverage

Please first refer to page one of your Commercial General Liability Coverage Form CG 00 01 12 07 (pg 1)

## SECTION I – COVERAGES
## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY
**1. Insuring Agreement**

EXHIBIT D

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies We will have the right and duty to defend the insured against any "suit" seeking those damages However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

b. This insurance applies to "bodily injury" and "property damage" only if

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory",

(2) The "bodily injury" or "property damage" occurs during the policy period,

The commercial general liability policy does not provide coverage for an insured's allegedly defective workmanship that does not result in damages to anything other than the work itself, as this does not meet the definition of "property damage" within the policy

We also refer you to pages 2-5 of CG 00 01 as the following exclusion may apply

**2. Exclusions**

This insurance does not apply to.

1 Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operation hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

There may be no coverage for damage to your work unless that work was completed by a subcontractor on your behalf To the extent that the consequential damages are to replace any of the work that you were contracted to perform, there may be no coverage unless that work was performed by a subcontractor on your behalf and is not otherwise excluded

The policy also contains an endorsement that may exclude coverage for damages resulting from pollutants The sulfides being released from the drywall may be considered a pollutant As such, please refer to endorsement CG 71 03 01 06 which states

**THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ IT CAREFULLY**

## TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION, HOSTILE FIRE EXCEPTION, AND CONTRACTOR JOB SITE EXCEPTION

**This endorsement modifies insurance provided under the following**

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

**All of the terms, provisions, exclusions, and limitations of the coverage form apply except as specifically stated below.**

**Exclusion f. under Paragraph 2, Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following**

**This insurance does not apply to**

**f Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time

This exclusion does not apply to.

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests,

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated.

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment or waste, or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(c)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor

**(2)** Any loss, cost or expense arising out of any

(a) **Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or**

(b) **Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"**

There may be no coverage for any bodily injury, if later claimed, or property damage arising out of sulfides, as they may be excluded under the Total Pollution Exclusion CG 71 03 01 06   Sulfides may be considered "pollutants" and this exclusion could operate to preclude those damages associated with it

Certain words or phrases in your policy are enclosed in quotation marks showing they have special meaning   Please refer to SECTION V- DEFINITIONS found on pages 12-16 of CG 00 01

**3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time**

**13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.**

**15   "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.   Waste includes materials to be recycles, reconditioned or reclaimed.**

**16. "Products-completed operations hazard"**

**a   Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:**

**(1) Products that are still in your physical possession; or**

**(2) Work that has not yet been completed or abandoned   However, "your work" will be deemed completed at the earliest of the following times:**

**(a) When all of the work called for in your contract has been completed.**

**(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site**

(c) When that part of the work done at a job site has been put to its
intended use by any person or organization other than another
contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or
replacement, but which is otherwise complete, will be treated as
completed

17. "Property damage" means

a. Physical injury to tangible property, including all resulting loss of use of
that property  All such loss of use shall be deemed to occur at the time of the
physical injury that caused it, or

b. Loss of use of tangible property that is not physically injured  All such loss
of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property

As used in this definition, electronic data means information, facts or
programs stored as or on, created or used on, or transmitted to or from
computer software, including systems and applications software, hard or
floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any
other media which are used with electronically controlled equipment

22  "Your work"

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work
or operations

b. Includes

(1) Warranties or representations made at any time with respect to the
fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

As Amerisure continues its investigation of the matter, it reserves its rights to amend this
Reservation of Rights letter based on newly discovered facts that would impact any
coverage that might be available under the policy for this loss

Any action that Amerisure Insurance Company may take in this investigation is not to be
construed as a waiver of any of the terms and conditions of the policy, in fact, by sending
this letter, the company expressly reserves the right to rely on those terms and conditions
in deciding whether or not coverage is afforded under the policy  Amerisure also
reserves the right to file any actions it deems necessary to protect its position with respect
to the possible denial of insurance coverage for this lawsuit which may include the filing
of a declaratory judgment action to seek a determination by a court regarding the possible
absence of insurance coverage for this claim

Regards,

Ryan Coons, AIC, AIS
Adjuster
rcoons@amerisure.com

cc      Kevin Ramirez – Brown & Brown Ft Laudedale
        Diana Ballou, Esq – via e-mail

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
CROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE 1 · SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES  FLORIDA 33134

(305) 442 1700 TELEPHONE
(305) 442 2559 FACSIMILE
www.rdlawnet.com

February 9, 2010

### NOTICE OF CLAIM PURSUANT TO FLORIDA STATUTE § 558.001 et seq.

Via Certified United States Mail

Cáceres Drywall Corporation
12316 SW 129 Ct
Miami, FL 33186

To All Interested Parties

Please accept this letter as Claimants' notice of claims for construction defects pursuant to Florida Statute § 558.001 et seq.  Claimants are homeowners in Ft. Lauderdale, Florida, and reside at the following address

1  Richard A  Hamburg, 2421 NE 65th Street, Unit #603, Ft Lauderdale, FL 33308
2  Richard A  Hamburg, 2421 NE 65th Street, Unit #217, Ft. Lauderdale, FL 33308
3  Doreen & Nino Federico, 2421 NE 65th Street, Unit #602, Ft. Lauderdale  FL 33308
4  Ralph Mangiarelli, Jr , 2401 NE 65th Street, Unit #306, Ft  Lauderdale, FL 33308
5  Tricia L  Brown, 2421 NE 65th Street, Unit #607, Ft  Lauderdale, FL 33308

Specifically, Claimants describe the following construction defects present in Claimants' home

(1)   Claimants' home contains, was designed with, and was built using defective products and components including, but not limited to, drywall and related components which were designed, manufactured, and processed in China.

(2)   The drywall used to build Claimants' home is defective and emits levels of sulfur, methane and/or other volatile organic compounds that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, and other household items, and creates noxious "rotten egg-like" odors  The drywall is inherently defective and not suitable for its intended use

(3)   The drywall used to build Claimants' home is defective and contains harmful components, including but not limited to, iron

EXHIBIT E

disulfide, fly ash and industrial waste products which are harmful to health and property

(4)   The drywall used in Claimants' home was manufactured using waste products and consequently emits harmful gases including, but not limited to, hydrogen sulfide, carbonyl sulfide, sulfur dioxide, cordon disulfide, methane and/or other volatile organic compounds that cause damage to health and property

(5)   The drywall used in Claimants' home and the gases that it emits, causes and contributes to health and physical injuries including but not limited to, shortness of breath, dizziness, headaches, fatigue, insomnia, eye irritations, respiratory difficulties, and many other health symptoms

Indeed, the construction defects described above will require Claimants to remedy all defective drywall in their home, to perform extensive remedial repairs to Claimants' home, including the complete removal of all defective drywall, and to repair damaged property made visible during the performance of these repairs  The monetary scope of these damages include, but are not limited to, the costs of inspection, the costs and expenses necessary to replace and remove the defective drywall, adjoining components, electrical wiring, interior finishes and replacement of personal property, and loss of use of Claimants' home during the repair period Consequently, the use of defective drywall in Claimants' home has also resulted in substantial diminution in value of Claimants' home.

Additionally, the use of defective drywall in Claimants' home has exposed Claimants to potential health risks that may require future medical care, attention, and services  Please be advised, however, that the construction defects and damages identified above are based on information available to Claimants and their counsel at this time  Claimants' investigation continues and all claims will be amended as additional information is received

Lastly, our clients (Claimants) have asked that all communications between you, your affiliates, agents or employees, and/or respective legal counsel be directed to our office  Be advised that your statutory obligations under Florida Statute § 558 004 will begin running from the date of receipt of this notice  Should you have any questions or comments, please feel free to contact the undersigned

Very truly yours,

C  David Durkee, Esq

ROBERTS & DURKEE, P A

209

# ROBERTS & DURKEE, P A

### ATTORNEYS AT LAW

H  CLAY ROBERTS
ROBERTS@RDLAWNET COM

C  DAVID DURKEE
DURKEE@RDLAWNET COM

MORRIS C  PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I  SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES  FLORIDA 33134

(305) 442 1700 TELEPHONE
(305) 442 2559 FACSIMILE
www rdlawnet com

March 1, 2010

## NOTICE OF CLAIM PURSUANT TO FLORIDA STATUTE § 558 001 et seq

### Via Certified United States Mail

Caceres Drywall Corporation
Laura P  Martin
14984 S W  93 Street
Miami, FL 33196

To All Interested Parties

Please accept this letter as Claimants' notice of claims for construction defects pursuant to Florida Statute § 558 001 et seq  Claimants are homeowners in Ft  Lauderdale, Florida, and reside at the following address

1   Joseph CaraDonna, 2421 NE 65th Street, Unit #601, Ft  Lauderdale, FL 33308
2   Garrison Westbrook, 2421 NE 65th Street, Unit #604, Ft  Lauderdale, FL 33308

Specifically, Claimants describe the following construction defects present in Claimants' home

(1)   Claimants' home contains, was designed with, and was built using defective products and components including, but not limited to, drywall and related components which were designed, manufactured, and processed in China

(2)   The drywall used to build Claimants' home is defective and emits levels of sulfur, methane and/or other volatile organic compounds that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, and other household items, and creates noxious "rotten egg-like" odors  The drywall is inherently defective and not suitable for its intended use

(3)   The drywall used to build Claimants' home is defective and contains harmful components, including but not limited to, iron disulfide, fly ash and industrial waste products which are harmful to health and property

EXHIBIT F

(4)     The drywall used in Claimants' home was manufactured using
        waste products and consequently emits harmful gases including,
        but not limited to, hydrogen sulfide, carbonyl sulfide, sulfur
        dioxide, cordon disulfide, methane and/or other volatile organic
        compounds that cause damage to health and property

(5)     The drywall used in Claimants' home and the gases that it emits,
        causes and contributes to health and physical injuries including but
        not limited to, shortness of breath, dizziness, headaches, fatigue,
        insomnia, eye irritations, respiratory difficulties, and many other
        health symptoms

Indeed, the construction defects described above will require Claimants to remedy all
defective drywall in their home, to perform extensive remedial repairs to Claimants' home,
including the complete removal of all defective drywall, and to repair damaged property made
visible during the performance of these repairs   The monetary scope of these damages include,
but are not limited to, the costs of inspection, the costs and expenses necessary to replace and
remove the defective drywall, adjoining components, electrical wiring, interior finishes and
replacement of personal property, and loss of use of Claimants' home during the repair period
Consequently, the use of defective drywall in Claimants' home has also resulted in substantial
diminution in value of Claimants' home

Additionally, the use of defective drywall in Claimants' home has exposed Claimants to
potential health risks that may require future medical care, attention, and services   Please be
advised, however, that the construction defects and damages identified above are based on
information available to Claimants and their counsel at this time   Claimants' investigation
continues and all claims will be amended as additional information is received

Lastly, our clients (Claimants) have asked that all communications between you, your
affiliates, agents or employees, and/or respective legal counsel be directed to our office   Be advised
that your statutory obligations under Florida Statute § 558 004 will begin running from the date of
receipt of this notice   Should you have any questions or comments, please feel free to contact the
undersigned

Very truly yours,

C  David Durkee, Esq

ROBERTS & DURKEE, P A

LAW OFFICES

## DAVID L SWIMMER, P A
7990 SW 117TH AVENUE
SUITE 100
MIAMI FLORIDA 33183

DIANA L BALLOU
CHRISTOPHER D MEYER
KYLE J SMITH
MICHAEL C SPRING
DAVID L SWIMMER

TELEPHONE. (305) 274-1222
FACSIMILE (305) 595-0470
E-MAIL. DBallou@dlspalaw com

March 9, 2010

**VIA ELECTRONIC MAIL**

Elizabeth Goutman, Corporate Claims Consultant
Amerisure Insurance Company
26777 Halstead Road
Farmington Hills, MI 48331

| Re: | Owner/Claimant | **Lauderdale One Condominium Association, Inc** |
|---|---|---|
| | Developer | **Sixty-Fifth and One, LLC** |
| | Contractor. | **BJ&K Condo Construction, Inc** |
| | Subcontractor/Insured· | **Caceres Drywall Corp** |
| | Supplier: | **Banner Supply Co.** |
| | Project. | **Lauderdale One Condominium located in Fort Lauderdale, Florida** |
| | Policy No · | **GL 2035546** |
| | Policy Period. | **3/02/09 - 3/02/10** |
| | Claim No | **1177485** |
| | Our File No . | **3009** |

Dear Elizabeth

Please find attached correspondence dated February 8, 2010, from Becker & Poliakoff, P A, alleging construction defects in the Lauderdale One Condominium in Fort Lauderdale, Florida Becker & Poliakoff, P A have requested that Caceres Drywall Corp 's insurer respond to the standard Section 627 4137, Florida Statutes, insurance request

If you have any questions or concerns please don't hesitate to contact me

Yours Very Truly,

Diana L Ballou, Esq

DLB/kfz
CC Becker & Poliakoff, P A
Enclosures Becker & Poliakoff letter dated 2/8/10

P \WPERF\3009 Caceres   Lauderdale One Condo\Correspondence\Goutman02 wpd

EXHIBIT G

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

RICHARD A HAMBURG, TRICIA
BROWN, DOREEN & NINO FEDERICO,
JOSEPH A CARADONNA, GARRISON
WESTBROOK, AND RALPH
MANGIARELLI JR, individually, and on
behalf of all others similarly situated,

Plaintiffs,

vs

SIXTY FIFTH AND ONE LLC, a Florida
Limited Liability Company, BJ&K
CONDO CONSTRUCTION, INC, a
Florida Corporation, and CACERES
DRYWALL CORP, a Florida Corporation,

Defendants

CASE NO **1011665**

**CLASS REPRESENTATION
COMPLAINT FOR DAMAGES.**

1  STRICT PRODUCTS LIABILITY
2  NEGLIGENCE AND NEGLIGENCE
   PER SE
3  BREACH OF EXPRESS
   WARRANTY
4  BREACH OF IMPLIED WARRANTY

**DEMAND FOR JURY TRIAL**



A TRUE COPY

MAR 1 1 2010

HOWARD C FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

---

## CLASS REPRESENTATION COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, RICHARD A HAMBURG, TRICIA BROWN, DOREEN & NINO

FEDERICO, JOSEPH A CARADONNA, GARRISON WESTBROOK, and RALPH

MANGIARELLI JR, individually, and on behalf of all others similarly situated

(collectively "PLAINTIFFS"), bring this action as defined below against Defendants,

SIXTY FIFTH AND ONE LLC, BJ&K CONDO CONSTRUCTION, INC, and

CACERES DRYWALL CORP, (collectively "DEFENDANTS") and for their complaint

alleges, upon information and belief and based on the investigation to date of counsel, as

EXHIBIT H

follows

## **INTRODUCTION**

1      This is a class action suit brought on behalf of PLAINTIFFS and all others similarly situated, who own condominium units in the Lauderdale One Condominium located in Fort Lauderdale, Florida, that were built using defective drywall

2      The drywall used to build PLAINTIFFS' condominium units is defective and causes corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, and other household items, as well as creates noxious, "rotten egg-like" odors   The drywall was inherently defective and not suitable for its intended use

3      This defect is latent and existed in DEFENDANTS' drywall at the time of installation regardless of the way the product was installed, maintained, and/or painted

4      As a result of DEFENDANTS' conduct as alleged herein, PLAINTIFFS and all others similarly situated, have suffered economic losses in that the defective drywall has caused damage to their units and other personal property within the units

5      PLAINTIFFS, and all other similarly situated, have incurred or will incur tens of thousands of dollars in damages including, but not limited to repair/replacement of the drywall itself, ceiling materials, insulations, wiring, electrical boxes, plumbing, and other properties, and any materials contaminated or corroded as a result of the defective drywall, incidental and consequential damages, clean up of the drywall dust, additional living expenses, loss of use, and diminution of value of their units

6      DEFENDANT has been placed or soon will be placed on Notice of Fla

Stat 558, and all pre-suit notice provisions have been completed or will be timely completed

## JURISDICTION AND VENUE

7   This action is for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000 00) exclusive of interest and costs and is founded upon Florida state law including, but not limited to, common law violations, which are subject to the jurisdiction of this court

8   Venue is proper in that the real property that is the subject of this lawsuit is located within Broward County, the Plaintiffs own real property located in Broward County, and the Defendants are Florida Corporations and/or did business in Broward County, Florida

## PARTIES

9   PLAINTIFFS, Richard A Hamburg, Tricia Brown, Doreen & Nino Federico, Joseph A CaraDonna, Garrison Westbrook, and Ralph Mangiarelli Jr , own real property in the County of Broward, State of Florida

10   The subject of this action are properties that contain residential dwelling units and other improvements thereon, owned by PLAINTIFFS respectively, (hereinafter collectively referred to as the "PROPERTIES") located in the County of Broward, State of Florida, described as follows

| | |
|---|---|
| **Richard A Hamburg** | **2421 NE 65th Street Unit 217, Fort Lauderdale, FL 33308** |
| | **2421 NE 65th Street Unit 603, Fort Lauderdale, FL 33308** |
| **Tricia Brown** | **2421 NE 65th Street Unit 607, Fort Lauderdale, FL 33308** |

ROBERTS & DURKEE, P A
Alhambra Towers Penthouse I 121 Alhambra Plaza, Suite 1603 Coral Gables Florida 33134 (305) 442 1700 FAX (305) 442 2559

| | |
|---|---|
| **Doreen & Nino Federico** | **2421 NE 65th Street Unit 602, Fort Lauderdale, FL 33308** |
| **Joseph A CaraDonna** | **2421 NE 65th Street Unit 606, Fort Lauderdale, FL 33308** |
| **Garrison Westbrook** | **2421 NE 65th Street Unit 604, Fort Lauderdale, FL 33308** |
| **Ralph Mangiarelli Jr** | **2401 NE 65th Street Unit 306, Fort Lauderdale, FL 33308** |

11      PLAINTIFFS are informed and believe and based thereon allege that at all times herein mentioned and material hereto that SIXTY FIFTH AND ONE LLC a Florida Limited Liability Company with offices in Palm Beach Gardens, FL, was and is a company authorized to conduct business in Florida and engaged in business in the County of Broward, and were the *developers* of the PROPERTIES and the project within which the PROPERTIES are located   This entity has been, or will be provided with, proper notice pursuant to Fla Stat §558 001 and therefore suit is timely and proper

12      PLAINTIFFS are informed and believe and based thereon allege that at all times herein mentioned and material hereto that BJ&K CONDO CONSTRUCTION, INC , a Florida Corporation with offices in Fort Lauderdale, FL, was and is a corporation authorized to conduct business in Florida and engaged in business in the County of Broward, and were the *general contractors* of the PROPERTIES and the project within which the PROPERTIES are located   This entity has been, or will be provided with, proper notice pursuant to Fla Stat §558 001 and therefore suit is timely and proper

13      PLAINTIFFS are informed and believe and based thereon allege that at all times herein mentioned and material hereto that CACERES DRYWALL CORP , a Florida Corporation with offices in Miami, FL, was and is a corporation authorized to

conduct business in Florida and engaged in business in the County of Broward, and were the *suppliers or installers* of the drywall in the PROPERTIES This entity has been, or will be provided with, proper notice pursuant to Fla Stat §558 001 and therefore suit is timely and proper

## GENERAL ALLEGATIONS

14   DEFENDANTS   negligently   designed,   constructed,   manufactured, delivered, inspected and/or sold the subject PROPERTIES with defective drywall, which was unreasonably dangerous in its normal use in that the drywall caused corrosion to air-conditioning and refrigerator units, electrical wires and copper tubes

15   The defective drywall used in the PROPERTIES was made with material that is not suitable for use as drywall

16   As a result of DEFENDANTS' conduct as alleged herein, PLAINTIFFS have suffered economic losses by owning condominium units built by DEFENDANTS with defective drywall that has caused damage to their units and other personal property within the units

17   PLAINTIFFS have incurred or will incur tens of thousands of dollars in damages including, but not limited to repair/replacement of the drywall itself, ceiling materials, insulations, wiring, electrical boxes, plumbing, and other properties, and any materials contaminated or corroded as a result of the defective drywall, incidental and consequential damages, clean up of the drywall dust, additional living expenses, loss of use, and diminution of value of their units

## EQUITABLE TOLLING OF THE APPLICABLE STATUTES OF LIMITATIONS

18     The running of any statute of limitations has been tolled by reason of DEFENDANTS' concealment  DEFENDANTS, through failing to disclose a known defect to PLAINTIFFS and misrepresenting the PROPERTIES as safe for its intended use, actively concealed from PLAINTIFFS the true risks associated with their condominium units containing the defective drywall

19     As a result of DEFENDANTS' actions, PLAINTIFFS could not reasonably know how or have learned through reasonable diligence of the defects with the drywall within their condominium units and that PLAINTIFFS had been exposed to the risks alleged herein and that those risks were a direct and proximate result of DEFENDANTS' acts and omissions

20     Furthermore, DEFENDANTS are estopped from relying on any statute of limitations because of their concealment of the defective nature of the drywall used in the PROPERTIES  DEFENDANTS were under a duty to disclose the true character, quality, and nature of the PROPERTIES and the defective drywall used therein because this was non-public information over which DEFENDANTS had, and continue to have, exclusive control, and because DEFENDANTS knew that this information was not available to PLAINTIFFS  In addition, DEFENDANTS are estopped from relying on any statute of limitations because of their concealment of these facts

21     PLAINTIFFS had no knowledge that DEFENDANTS were engaged in the wrongdoing alleged herein   Because of the wrongdoing by DEFENDANTS, PLAINTIFFS could not have reasonably discovered the wrongdoing at any time

-6-

## CLASS DEFINITION

22      Plaintiffs bring this action pursuant to Rule 1 220 of the Florida Rules of

Civil Procedure and Florida Statutes Ch 86 as class representatives indicated herein

below, individually and on behalf of all persons or entities similarly situated   The classes

are more specifically defined below

A       "All owners of either common areas and/or condominium units in
         the Lauderdale One condominium development located at 2401-
         2421 NE 65th Street, Fort Lauderdale, FL 33308 which contain
         defective drywall and have sustained damage due to the defective
         drywall within the building   Defendants, their officers, directors,
         subsidiaries, or any person or other entity related to, affiliated with,
         or employed by Defendants are excluded from the Class Definition "

B       "All owners of either common areas and/or condominium units in
         the Lauderdale One condominium development located at 2401-
         2421 NE 65th Street, Fort Lauderdale, FL 33308 which do not
         contain defective drywall but who have sustained damage due to the
         defective drywall within the building   Defendants, their officers,
         directors, subsidiaries, or any person or other entity related to,
         affiliated with, or employed by Defendants are excluded from the
         Class Definition "

## NUMEROUSITY

23      The Class is so numerous that the individual joinder of all its members in

this, or any action, is impracticable   The exact number or identification of all Class

members is presently unknown to PLAINTIFFS, however, the Lauderdale One

Condominium has approximately 174 residential units in two 6-story buildings, and a

four-level parking structure   Therefore, the Class is sufficiently numerous that the joinder of all members of the Class in a single action is impracticable

## COMMONALITY

24     There are numerous common questions of law and fact that predominate over any questions affecting only individual members of the Class   Among these questions of law and fact common to the class are

a       Whether DEFENDANTS built and installed condominium units and the common areas with defective drywall,

b       Whether DEFENDANTS are liable for the repair and replacement of all defective drywall,

c       Whether DEFENDANTS are liable for the repair and replacement of all damaged items in the affected condominium units,

d       Whether DEFENDANTS breached express warranties,

e       Whether DEFENDANTS breached implied warranties,

f       Whether PLAINTIFFS are entitled to compensatory, and other damages as a result of Defendants acts and/or omissions,

g       Whether DEFENDANTS are guilty of negligence

## TYPICALITY

25     The legal claims of PLAINTIFFS are typical of the legal claims of other members of the class   PLAINTIFFS have the same legal interests as other members of the Class   PLAINTIFFS' claims are typical of the claims of the Class and all such claims

-8-
ROBERTS & DURKEE, P A
Alhambra Towers Penthouse I 121 Alhambra Plaza  Suite 1603, Coral Gables  Florida 33134 (305) 442 1700 FAX  (305) 442 2559

arise out of the wrongful course of conduct engaged in by DEFENDANTS PLAINTIFFS and each class member have sustained or will sustain the same type of economic damage  Thus, the legal remedies available to PLAINTIFFS and the Class are the same for the wrongful conduct of the DEFENDANTS

## ADEQUACY OF REPRESENTATION

26      PLAINTIFFS are an adequate representative of the Class because they are a member of the Class and their interests do not conflict with the interests of the members of the Class he seeks to represent  PLAINTIFFS are represented by experienced and able counsel who have litigated numerous class actions, and PLAINTIFFS' counsel intends to prosecute this action vigorously for the benefit of the entire Class  PLAINTIFFS and their counsel can fairly and adequately protect the interests of the members of the Class

## RULE 1.220(b)(1) REQUIREMENTS

27      Certification is appropriate under Rule 1 220(b)(1) because the first four elements of Rule 1 220(a) are satisfied, the class has numerosity, commonality, typicality and the representative parties will fairly and adequately protect the interests of the class

28      Further, the prosecution of separate claims or defenses by or against members would create a risk of

a      inconsistent or varying adjudications concerning individual members of the class which would establish incompatible standards of conduct for the party opposing the class, and

b      adjudications concerning individual members of the class which would, as a practical matter, be dispositive of the interest of other

-9-

ROBERTS & DURKEE, P A.
Alhambra Towers Penthouse I 121 Alhambra Plaza, Suite 1603 Coral Gables Florida 33134 (305) 442 1700 FAX (305) 442 2559

members of the class who are not parties to the adjudications or substantially impair or impede the ability of other members of the class who are not parties to the adjudications to protect their interests

29      More specifically, the rights of PLAINTIFFS and class members to be entitled to damages for the damage caused by DEFENDANTS' defective drywall are overlapping

30      Under these circumstances, it is not possible for the rights of the class members to be determined individually without disposing of or substantially affecting the rights of other class members

### RULE 1 220(b)(3) REQUIREMENTS

31      The common questions set forth above predominate over individual issues and a class action is superior to other methods of dispute resolution   The class members have an interest in class adjudication rather than individual adjudication because of the overlapping rights   It is highly desirable to concentrate the resolution of these claims in this single forum because it would be difficult and highly unlikely that the affected class members would protect their rights on their own without this class action case Management of the class will be efficient and far superior to the management of individual lawsuits   A class action is the superior method of handling this case

### FIRST CAUSE OF ACTION
### STRICT PRODUCTS LIABILITY

-10-

ROBERTS & DURKEE, P A
Alhambra Towers Penthouse I, 121 Alhambra Plaza  Suite 1603  Coral Gables  Florida 33134 (305) 442-1700 FAX  (305) 442 2559

32    PLAINTIFFS repeat and reallege the foregoing paragraphs, inclusive, and incorporates the same as if set forth herein at length

33    DEFENDANTS, at all times herein mentioned, built and/or sold the units described herein and/or otherwise participated in the stream of commerce for sale of these units

34    At all times herein mentioned and material hereto, DEFENDANTS knew and intended that the PROPERTIES would be purchased by members of the public at large, and used by them without further inspection for defects

35    PLAINTIFFS purchased the PROPERTIES from the DEFENDANTS

36    At the time of the purchase by PLAINTIFFS, the PROPERTIES were defective and unfit for their intended purpose because DEFENDANTS did not construct the PROPERTIES in a workmanlike manner as manifested by, but not limited to, numerous drywall defects which have resulted in damage to the condominium units, their component parts, and other property

37    The drywall used in the PROPERTIES was in an unsafe, defective, and inherently dangerous condition which was unreasonably dangerous to the condominium units and, in particular, PLAINTIFFS'S PROPERTIES

38    The drywall was so defective in design or formulation or manufacture that when it left the hands of the manufacturer and/or suppliers and was used by DEFENDANTS, the foreseeable risks exceeded the benefits associated with the design, formulation or manufacture of the drywall

39    At all times herein mentioned, the drywall used by DEFENDANTS was in

ROBERTS & DURKEE, P A.
Alhambra Towers Penthouse I 121 Alhambra Plaza Suite 1603 Coral Gables Florida 33134 (305) 442 1700 FAX. (305) 442 2559

a defective condition and unsafe, and DEFENDANTS knew, had reason to know, or should have known that the drywall was defective and unsafe, especially when used in the form and manner in the PROPERTIES

40    DEFENDANTS knew, or should have known, that at all times herein mentioned the drywall used by DEFENDNANTS was/is inherently dangerous and unsafe

41    PLAINTIFFS utilized the drywall for the purposes and manner normally intended

42    DEFENDANTS had a duty to utilize a product that was not unreasonably dangerous for its normal, intended use

43    The drywall utilized by DEFENDANTS was designed, constructed, manufactured, delivered, inspected and/or sold in a defective condition and was unreasonably dangerous to its intended users, including PLAINTIFFS

44    DEFENDANTS manufactured, processed, distributed, delivered, supplied, inspected and/or sold the defective PROPERTIES which created an unreasonable risk to the PLAINTIFFS' condominium units    DEFENDANTS are, therefore, strictly liable for the injuries sustained by PLAINTIFFS

45    PLAINTIFFS, acting as a reasonably prudent person, could not discover that the drywall utilized by DEFENDANTS was defective as herein mentioned or perceive its danger

46    The defects in the drywall utilized by DEFENDANTS were a substantial factor in causing PLAINTIFFS'S damages

12

47     As a direct and proximate result of the defective condition of the drywall used by ~~DEFENDANTS in the~~ PROPERTIES, PLAINTIFFS suffered, and will continue to suffer, damages

48     By reason of the foregoing, PLAINTIFFS experienced financial damage and injury

49     The defects alleged herein above are defects that were not apparent by reasonable inspection of the PROPERTIES at the time of the purchase   The defects thereafter manifested

50     Because of the acts of the Defendant as  alleged, PLAINTIFFS have been specifically damaged in the following ways

    A)     The plaintiffs will be forced to incur expenses for the removal and the replacement of the defective drywall

    B)     The plaintiffs will be forced to repair and/or replace other components of the units that have been damaged by the drywall, including, but not limited to, the air conditioning, the insulation, the ceiling materials, the wiring of the units, affected plumbing, other appliances, etc

    C)     The plaintiffs have also sustained damage in the form of the diminished value of the property

    D)     The plaintiffs have incurred or will incur damages in the form of additional living expenses

    E)     The plaintiffs have incurred or will incur damages in the form of loss

ROBERTS & DURKEE, P A
Alhambra Towers Penthouse I  121 Alhambra Plaza  Suite 1603  Coral Gables  Florida 33134 (305) 442 1700 FAX. (305) 442 2559

of use

F)    The plaintiffs have been forced to incur damages in the form of retaining expert consultants to analyze and determine the method of repairing the aforementioned defects and damage

G)    The Plaintiffs have incurred or will incur damages in the form of moving and storage expenses

51    DEFENDANTS, as developers, mass producers, builders, sellers and/or otherwise within the stream of commerce are strictly liable and responsible to PLAINTIFFS for all damage suffered as a result of the above described damage, defects and deficiencies in the PROPERTIES

52    WHEREFORE, PLAINTIFFS, and all others similarly situated, demand judgment against the DEFENDANTS as follows

a    Damages in an amount to be determined at trial, but in an amount exceeding fifteen thousand dollars,

b    Pre-judgment and post-judgment interest at the maximum rate allowable at law,

c    The costs and disbursements incurred by PLAINTIFFS in connection with this action,

d    All statutory damages,

e    Disgorgement of DEFENDANTS' profits from the sale of the PROPERTIES,

f    Reimbursement for all costs and expenses incurred in the repair of